# U.S. District Court

## California Northern - San Francisco

Receipt Date: Feb 6, 2023 12:29PM

Allan Adam Miller
3385 Claudia Dr
Concord , CA 94519

Rcpt. No: 311163159               Trans. Date: Feb 6, 2023 12:29PM               Cashier ID: #AS

| CD  | Purpose                    | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|----------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                  | 1   | 402.00 | 402.00 |

| CD | Tender      | Amt     |
|----|-------------|---------|
| CC | Credit Card | $402.00 |

Total Due Prior to Payment: $402.00
Total Tendered: $402.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: C23-0533KAW

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.