AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of California

ALLAN MILLER )
)
)
)
_____ )
*Plaintiff(s)* )
v. )  Civil Action No. **CV 23 - 0533**  **KAW**
)
HFN, INC. d/b/a NANOHEAL BY HFN, KALAARI )
CAPITAL ADVISORS PRIVATE LIMITED, SRIDHAR )
SANTHANAM, KUMAR SHIRALAGI, PAVAN VAISH, )
and VANI KOLA )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HFN, Inc. c/o
A Registered Agent, Inc.
8 The Green, Ste A
Dover, DE  19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Allan Miller
3385 Claudia Dr
Concord, CA  94519

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARK B. BUSBY
*CLERK OF COURT*

ANNA SPRINKLES

Date: 2-6-2023

_____
*Signature of Clerk or Deputy Clerk*