| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>Allan Miller <allan.miller@alumni.stanford.edu><br>3385 Claudia Dr, Concord, CA 94519 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: 650-468-7387   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: ALLAN MILLER | **FILED**<br>FEB 1 3 2023<br>CLERK, U.S. DISTRICT COURT<br>NORTH DISTRICT OF CALIFORNIA |
| United States District Court, Northern District of California<br>STREET ADDRESS: 1301 Clay St. Suite 400 S<br>MAILING ADDRESS: 1301 Clay St. Suite 400 S<br>CITY AND ZIP CODE: Oakland 94612<br>BRANCH NAME: Ronald V. Dellums Federal Building | |
| PLAINTIFF/PETITIONER: ALLAN MILLER | CASE NUMBER:<br>CV23-0533-KAW |
| DEFENDANT/RESPONDENT: HFN INC | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>REF-11949993 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   SUMMONS; COMPLAINT; EXHIBITS; ECF REGISTRATION INFORMATION; STANDING ORDER; NOTICE OF ASSIGNMENT OF CASE TO A US MAGISTRATE JUDGE; OAKLAND DIVISION FILING INFORMATION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES

3. a. Party served *(specify name of party as shown on documents served)*:
   HFN, Inc.

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:
   A Registered Agent, Inc., Registered Agent

4. Address where the party was served:
   8 The Green, Ste A, Dover, DE 19901

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 02/10/2023 at *(time)*: 12:47 PM

   b. [ ] **by substituted service.** On *(date)*:     at *(time)*:     I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*:     from *(city)*:     or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

BY FAX

| PLAINTIFF/PETITIONER: ALLAN MILLER | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: HFN INC | CV23-0533-KAW |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date)*:              (2) from *(city)*:

  (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify)*   HFN, Inc. c/o A Registered Agent, Inc., Registered Agent
      under the following Code of Civil Procedure section:

  | | |
  |---|---|
  | ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
  | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
  | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
  | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
  | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
  | | ☐ other: |

7. **Person who served papers**
  a. Name:                Marcia Boyer
  b. Address:             26976 Bethesda Rd, Suite b, millsboro, DE 19966
  c. Telephone number:    302-316-3926
  d. The fee for service was: $ 200.00
  e. I am:
    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
        (i)  ☐ owner  ☐ employee  ☐ independent contractor.  For:
        (ii) ☐ Registration No.:                              Registration #:
        (iii) ☐ County:                                        County:

BY FAX

POS-010 [Rev. January 1, 2007]                    **PROOF OF SERVICE OF SUMMONS**              Tracking #: 0100983130


REF: REF-11949993



8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 02/10/2023

**Marcia Boyer**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_(signed) Marcia Boyer_
(SIGNATURE)

REF: REF-11949993

**PROOF OF SERVICE OF SUMMONS**

Tracking #: 0100983130



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| ALLAN MILLER <br><br> *Plaintiff(s)* <br><br> v. <br><br> HFN, INC. d/b/a NANOHEAL BY HFN, KALAARI CAPITAL ADVISORS PRIVATE LIMITED, SRIDHAR SANTHANAM, KUMAR SHIRALAGI, PAVAN VAISH, and VANI KOLA <br><br> *Defendant(s)* | Civil Action No. **CV 23-0533 KAW** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HFN, Inc. c/o
A Registered Agent, Inc.
8 The Green, Ste A
Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Allan Miller
3385 Claudia Dr
Concord, CA 94519

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARK B. BUSBY
CLERK OF COURT

Date: 2-6-2023

*Signature of Clerk or Deputy Clerk*
ANNA SPRINKLES