**FILED**

FEB 21 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALLAN MILLER,
      Plaintiff,

    v.

HFN INC,
      Defendant.

Case No. 23-cv-00533-KAW

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

INSTRUCTIONS: Please indicate below by checking one of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

[X] **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

      **OR**

( ) **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:
Feb. 21, 2023

NAME:
COUNSEL FOR:
(OR "PRO SE:)

_Allan A. Miller_ pro se
Signature

      * see attached sheet

2

United States District Court
Northern District of California
Case No. 23-cv-00533-KAW
Allan Miller v. HFN Inc. et al.

Please note that the deadline for filing the Consent or Declination to Magistrate Judge Jurisdiction is 14 days after the filing date of the complaint, February 6, 2023. However, this deadline is February 20, 2023, a federal holiday when the Court and the Clerk's office are both closed.

Pursuant to Fed. R. Civ. P. 6(a)(1)(C) and 6(a)(3)(A), the deadline has been extended to February 21, 2023, and this Consent is timely filed.

Allan Miller
pro se Plaintiff