UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN MILLER<br><br>Plaintiff(s),<br><br>v.<br><br>HFN, INC., et al.<br><br>Defendant(s). | Case No. 23-0533 KAW<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☑ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: February 24, 2023

NAME: Matthew H. Ladner

/s/ Matthew H. Ladner
Signature

PLEASE BE ADVISED that Defendant HFN, Inc. is submitting this Declination Form in express reservation of, and without prejudice to or waiver of, any arguments HFN, Inc. may make in any future motion, including, but not limited to, with respect to personal jurisdiction, venue, subject matter jurisdiction, and standing.

COUNSEL FOR (OR "PRO SE"): Defendant HFN, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing HFM, INC.'S DECLINATION TO MAGISTRATE JUDGE JURISDICTION FORM with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on February 24, 2023.

I certify that on February 24, 2023, a copy of the foregoing HFM, INC.'S DECLINATION TO MAGISTRATE JUDGE JURISDICTION was mailed by first class U.S. Mail, postage prepaid and properly addressed to the following:

Alan Miller
3385 Claudia Drive
Concord, CA 94519
Tel: (650) 468-7387
Allan.miller@alumni.stanford.edu

*Pro Se Plaintiff*

I declare under penalty of perjury of the laws of the Unites States of America that I am employed by a member of the Bar of this Court at whose direction the service is made and that the foregoing is true and correct.

Executed on February 24, 2023, at Irvine, California.

_____
Janine Philips