UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HFN, INC., et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-00533-KAW<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk will now reassign this case to a United States District Judge because either:

[x]　　One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

[ ]　　One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

**Important:** All hearing dates currently scheduled before KANDIS A. WESTMORE are vacated and should be re-noticed for hearing before the District Judge to whom this case is reassigned.

Dated: February 27, 2023

　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　Clerk of Court, United States District Court

　　　　　　　　　　　　　　　　　　　　By: *[signature]*
　　　　　　　　　　　　　　　　　　　　William F. Tabunut, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable KANDIS A. WESTMORE

*Rev. 10-18*