## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing MOTION TO DISMISS FOR: (1) LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE, OR, IN THE ALTERNATIVE, FOR (2) FAILURE TO STATE A CLAIM, ETC., AND DECLARATION OF S. SANTHANAM with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on March 3, 2023.

I certify that on March 3, 2023, a copy of the CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS, AND CORPORATE DISCLOSURE STATEMENT documents was mailed by first class U.S. Mail, postage prepaid and properly addressed to the following:

Alan Miller
3385 Claudia Drive
Concord, CA 94519
Tel: (650) 468-7387
Allan.miller@alumni.stanford.edu
*Pro Se Plaintiff*

I declare under penalty of perjury of the laws of the Unites States of America that I am employed by a member of the Bar of this Court at whose direction the service is made and that the foregoing is true and correct.

Executed on March 3, 2023, at Irvine, California.

_____
Janine Philips