**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Matthew H. Ladner (SBN 284594)
350 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: (213) 928-9816
E-mail: Matthew.Ladner@troutman.com

Attorneys for Defendant
HFN, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN MILLER,<br><br>                      Plaintiff,<br>    vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>                      Defendants. | Case No. 23-CV-0533-VC<br><br>**DEFENDANT HFN, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS, AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the undersigned certifies as follows:

1. Defendant HFN, Inc. ("**HFN**") is not owned by any parent corporation and no publicly held corporation owns 10 percent or more of its stock.

2. As of this date, there is no conflict involving this Court to report.

3. The following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- HFN IT Services Pvt Ltd. This entity – which is incorporated in Bangalore, India – is a wholly-owned subsidiary of HFN.

This Certification and Corporate Disclosure Statement is filed without prejudice to, and in express reservation of, the arguments made in HFN's concurrently filed Motion to Dismiss.

Dated: March 3, 2023   TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Matthew H. Ladner
    Matthew H. Ladner
    Attorneys for Defendant HFN, INC.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing HFM, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS, AND CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on March 3, 2023.

I certify that on March 3, 2023, a copy of the CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS, AND CORPORATE DISCLOSURE STATEMENT documents was mailed by first class U.S. Mail, postage prepaid and properly addressed to the following:

Alan Miller
3385 Claudia Drive
Concord, CA 94519
Tel: (650) 468-7387
Allan.miller@alumni.stanford.edu
*Pro Se Plaintiff*

I declare under penalty of perjury of the laws of the Unites States of America that I am employed by a member of the Bar of this Court at whose direction the service is made and that the foregoing is true and correct.

Executed on March 3, 2023, at Irvine, California.

_____
Janine Philips