**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Matthew H. Ladner (SBN 284594)
350 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: (213) 928-9816
E-mail: Matthew.Ladner@troutman.com

Attorneys for Defendant
HFN, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN MILLER,<br><br>　　　　　　　　　Plaintiff,<br>　vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>　　　　　　　　　Defendants. | Case No. 23-CV-0533-VC<br><br>**JOINT STIPULATION BY PLAINTIFF ALLAN MILLER AND DEFENDANT HFN, INC. TO MODIFY BRIEFING SCHEDULE AND HEARING DATE RELATED TO HFN'S MOTION TO DISMISS [DKT. NO. 11]; AND [PROPOSED] ORDER THEREON**<br><br>[Filed concurrently with Declaration of Matthew H. Ladner] |

# STIPULATION

Plaintiff Allan Miller ("**Miller**") and Defendant HFN, Inc. ("**HFN**") hereby submit the following Joint Stipulation and [Proposed] Order for the Court's consideration and approval:

**WHEREAS**, on March 3, 2023, HFN filed Notice of Motion and Motion to Dismiss Miller's Complaint for: (1) Lack of Personal Jurisdiction and Improper Venue, or in the Alternative, for (2) Failure to State a Claim, Lack of Subject Matter Jurisdiction, and Lack of Standing (the "**Motion to Dismiss**") (Dkt. No. 11);

**WHEREAS**, Miller's deadline to file an opposition to the Motion to Dismiss ("**Opposition**") is currently March 17, 2023;

**WHEREAS**, HFN's deadline to file a reply in support of the Motion to Dismiss ("**Reply**") is currently March 24, 2023;

**WHEREAS**, the Motion to Dismiss is currently scheduled to be heard in this Court on April 20, 2023 (the "**Hearing Date**");

WHEREAS, on March 16, 2023, Miller requested that HFN agree to extend his deadline to file an Opposition to the Motion to Dismiss;

**WHEREAS**, an extension of Miller's Opposition deadline will also require a modification of HFN's current Reply deadline, as well as the current Hearing Date for the Motion to Dismiss;

**WHEREAS**, the Parties agree that, in order to accommodate Miller's request for an extension, good cause exists for modifying the current briefing schedule and Hearing Date for the Motion to Dismiss, as follows:

1. Miller's new deadline to file an Opposition to the Motion to Dismiss shall be March 30, 2023;

2. HFN's new deadline to file a Reply in support of the Motion to Dismiss shall be April 13, 2023; and

3. The new Hearing Date for the Motion to Dismiss shall be April 27, 2023, or the first available date thereafter on the Court's calendar.

146861242v1

WHEREAS, the Parties agree that, by filing this Stipulation, HFN does not waive any arguments or positions set forth in the Motion to Dismiss, including, but not limited to, all arguments related to personal jurisdiction, venue, and subject matter jurisdiction.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, SUBJECT TO THE APPROVAL OF THE COURT, THAT**:

1. Miller's deadline to file an Opposition to the Motion to Dismiss shall be March 30, 2023.

2. HFN's deadline to file a Reply in support of the Motion to Dismiss shall be April 13, 2023.

3. The Hearing Date for the Motion to Dismiss shall be April 27, 2023, or the first available date thereafter on the Court's calendar.

**IT IS SO STIPULATED.**

Dated:                                           **ALLAN MILLER**

                                                 By: _/s/ Allan Miller_____
                                                     Allan Miller
                                                     Plaintiff (Pro se)


Dated: March 16, 2023                            **TROUTMAN PEPPER HAMILTON SANDERS LLP**


                                                 By: ___/s/ Matthew H. Ladner_____
                                                     Matthew H. Ladner
                                                     Attorneys for Defendant HFN, Inc.


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:                                           By: _____
                                                     The Honorable Vince Chhabria
                                                     United States District Judge

146861242v1

# ATTESTATION

I hereby attest that all other signatories listed herein, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:   /s/ Matthew H. Ladner
       Matthew H. Ladner