**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Matthew H. Ladner (SBN 284594)
350 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: (213) 928-9816
E-mail: Matthew.Ladner@troutman.com

Attorneys for Defendant
HFN, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN MILLER,<br><br>                    Plaintiff,<br><br>vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>                    Defendants. | Case No. 23-CV-0533-VC<br><br>**DECLARATION OF MATTHEW H. LADNER IN SUPPORT OF JOINT STIPULATION**<br><br>[Filed concurrently with Joint Stipulation and [Proposed] Order Thereon] |

I, Matthew H. Ladner, declare as follows:

1. I am an active member of the State Bar of California, duly licensed to practice before all courts of the State of California. I am a partner in the Business Litigation Practice Group of Troutman Pepper Hamilton Sanders LLP, attorneys of record for Defendant HFN, Inc. ("**HFN**") in the above-captioned action. I have personal knowledge of the facts stated in this Declaration which is submitted pursuant to Northern District of California Civil Local Rule 6-2 in support of Plaintiff Allan Miller's ("**Miller**") and HFN's (collectively, the "**Parties**") Joint Stipulation to Modify Briefing Schedule and Hearing Date Related to HFN's Motion to Dismiss (the "**Stipulation**"). If called and sworn as a witness, I could and would testify to the following under oath.

2. On March 3, 2023, HFN filed Notice of Motion and Motion to Dismiss Miller's Complaint for: (1) Lack of Personal Jurisdiction and Improper Venue, or in the Alternative, for (2) Failure to State a Claim, Lack of Subject Matter Jurisdiction, and Lack of Standing (the "**Motion to Dismiss**") (Dkt. No. 11).

3. Miller's deadline to file an opposition to the Motion to Dismiss ("**Opposition**") is currently March 17, 2023.

4. HFN's deadline to file a reply in support of the Motion to Dismiss ("**Reply**") is currently March 24, 2023.

5. The Motion to Dismiss is currently scheduled to be heard in this Court on April 20, 2023 (the "**Hearing Date**").

6. On March 16, 2023, Miller requested that HFN agree to extend his deadline to file an Opposition to the Motion to Dismiss.

7. An extension of Miller's Opposition deadline will also require a modification of HFN's current Reply deadline, as well as the current Hearing Date for the Motion to Dismiss.

8. The Parties have agreed that, in order to accommodate Miller's request for an extension, good cause exists for modifying the current briefing schedule and Hearing Date for the Motion to Dismiss, as follows: (i) Miller's new deadline to file an Opposition to the Motion to

1

Dismiss shall be March 30, 2023; (ii) HFN's new deadline to file a Reply in support of the Motion to Dismiss shall be April 13, 2023; and (iii) the new Hearing Date for the Motion to Dismiss shall be April 27, 2023, or the first available date thereafter on the Court's calendar.

9. The Parties also have agreed that, by filing this Stipulation, HFN does not waive any arguments or positions set forth in the Motion to Dismiss, including, but not limited to, all arguments related to personal jurisdiction, venue, and subject matter jurisdiction.

10. The Parties have not requested any prior time modifications in this case, and granting the Parties' Stipulation should not have any impact on the schedule for this case, which was only recently filed and is still at the pleading stage.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on March 17, 2023 in Los Angeles, California.

/S/Matthew H. Ladner
Matthew H. Ladner