## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing JOINT STIPULATION BY PLAINTIFF ALLAN MILLER AND DEFENDANT HFN, INC. TO MODIFY BRIEFING SCHEDULE AND HEARING DATE RELATED TO HFN'S MOTION TO DISMISS [DKT NO. 11]; AND [PROPOSED] ORDER THEREON; DECLARATION OF MATTHEW H. LADNER IN SUPPORT OF JOINT STIPULATION with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on March 17, 2023.

      I certify that on March 17, 2023, a copy of the JOINT STIPULATION BY PLAINTIFF ALLAN MILLER AND DEFENDANT HFN, INC. TO MODIFY BRIEFING SCHEDULE AND HEARING DATE RELATED TO HFN'S MOTION TO DISMISS [DKT NO. 11]; AND [PROPOSED] ORDER THEREON; DECLARATION OF MATTHEW H. LADNER IN SUPPORT OF JOINT STIPULATION was mailed by first class U.S. Mail, postage prepaid and properly addressed to the following:

Allan Miller
3385 Claudia Drive
Concord, CA 94519
Tel: (650) 468-7387
Allan.miller@alumni.stanford.edu
*Pro Se Plaintiff*

      I declare under penalty of perjury of the laws of the Unites States of America that I am employed by a member of the Bar of this Court at whose direction the service is made and that the foregoing is true and correct.

      Executed on March 17, 2023, at Irvine, California.

_____
Janine Philips