# EXHIBIT 1



← Ⓡ **Rahul Singh**
Mobile · +1 617- ▮ ⋮

↗ Outgoing call 📶 53m 29s
Jul 23, 11:01 AM

↙ Incoming call 📶 19m 0s
Jul 23, 11:59 AM

↗ Outgoing call 📶 54m 44s
Jul 24, 9:23 AM

↖ Missed call 📶
Jul 25, 4:36 PM

↗ Outgoing call 📶 1m 16s
Jul 25, 6:20 PM

↙ Incoming call 📶 13s
Jul 26, 2:23 PM

↗ Outgoing call 📶 7m 47s
Jul 26, 3:49 PM

↙ Incoming call 📶 39s
Aug 29, 12:55 PM

↗ Outgoing call 📶 14s
Aug 29, 4:39 PM

📹 ☎ Call 💬
Video call        Message

← Ⓡ **Rahul Singh**
Mobile · +1 617- ▮ ⋮

↙ Incoming call 📶 1m 0s
Aug 29, 5:19 PM

↗ Outgoing call 📶 4s
Aug 30, 2:01 PM

↙ Incoming call 📶 25m 5s
Aug 30, 2:19 PM

↙ Incoming call 📶 12s
Sep 12, 8:27 AM

↗ Outgoing call 📶 15m 45s
Sep 12, 8:37 AM

↗ Outgoing call
Sep 12, 8:53 AM

↙ Incoming call 18m 52s
Sep 12, 8:53 AM

↙ Incoming call 📶 13m 29s
Sep 19, 5:40 PM

↖ Missed call
Sep 29, 8:17 AM

📹 ☎ Call 💬
Video call        Message



# EXHIBIT 2

← Rahul Singh    🎥   📞   🔍   ⋮

Friday, Jul 22 · 9:20 PM

**R** Allan, this is Rahul Singh, Sridhar requested I give you a buzz re meeting in Boston , either Tuesday or Wednesday; also, as I know Shirish well, he is aware I am reaching out to You. Please call
Regards Rahul

Saturday, Jul 23 · 6:20 AM

**R** Morning Allan, let me know a good time to call west coast time. Regards Rahul

Saturday, Jul 23 · 7:43 AM

Can you talk at 11 AM my time = 2 PM your time?

**R** Sure, confirmed, you will call?

OK

Sunday, Jul 24 · 10:18 AM

Alessandro (Alex) Donnini, William Harding ↓

Text message     😊   🎤

---

← Rahul Singh    🎥   📞   🔍   ⋮

Sunday, Jul 24 · 10:18 AM

Alessandro (Alex) Donnini, William Harding

Thanks

**R** Chat later

OK

Monday, Jul 25 · 4:37 PM

**R** Hi Allan, tried calling, call Am in SF

Tuesday, Aug 30 · 2:01 PM

**R** Call you in 10 mints, on a call

Sure

Sunday, Sep 11 · 6:48 PM

Hi Rahul, do you have time to talk for a bit? I know it is getting late there so maybe tomorrow morning

With Family, tom↓ w is better,
11:00am East Coast Time

Text message     😊   🎤



← Rahul Singh        📷 📞 🔍 ⋮

Sunday, Sep 11 · 6:48 PM

Hi Rahul, do you have time to talk for
a bit? I know it is getting late there so
maybe tomorrow morning

With Family, tomorrow is better,
11:30am East Coast Time

R   Your 8:30am

Sounds perfect, thanks

Have a good evening

Monday, Sep 19 · 7:17 AM

R   Morning Allan, let me know a good
    time to call

Monday, Sep 19 · 4:46 PM

We could talk any time tonight. I also
have a meeting tomorrow morning
from 7 AM to 8 AM my time, so we
could talk shortly after 11 AM your
time tomorrow

Thursday, Sep 29 · 5:16 AM

R   Morning Allan, le ↓ know a good
    time to call

⊕  🖻   Text message          ☺  🎤

---

← Rahul Singh        📷 📞 🔍 ⋮

Thursday, Sep 29 · 5:16 AM

R   Morning Allan, let me know a good
    time to call

Thursday, Sep 29 · 8:18 AM

R   Tried calling

Friday, Sep 30 · 1:42 PM

Hi Rahul, I can talk any time for the
next 2 hours

R   Call you 7:30 my time, 4:30 pm your
    time

Saturday, Oct 1 · 4:50 PM

Rahul, this ceremony is much longer
than I expected. Can we talk tomorrow
or Monday?

R   Sure, 2:30pm Your time tomorrow?

Ok, that sounds good, thanks

Sunday, ↓ 2:18 PM

⊕  🖻   Text message          ☺  🎤



← Rahul Singh

Sunday, Oct 2 • 2:18 PM

Rahul, can we talk one hour later at 3:30 PDT 6:30 your time instead?

I got a little tied up in one thing

R  Ok, call when you are ready, give me a 5 mint heads up

Will do

Thanks

OK, I'm done - you can call any time

Monday, Oct 3 • 6:54 AM

Can we talk at 7:15 / 10:15, sorry about this

R  Ok

R  Tried calling

R  Let me know

Wednesda ↓  • 12:16 PM

⊕  Text message  ☺  🎤

← Rahul Singh

OK, I'm done - you can call any time

Monday, Oct 3 • 6:54 AM

Can we talk at 7:15 / 10:15, sorry about this

R  Ok

R  Tried calling

R  Let me know

Wednesday, Oct 5 • 12:16 PM

R  Afternoon Allan, am confirmed arriving Monday early midday,  leaving Wednesday, will call you later today

Monday, Oct 10 • 10:38 AM

R  Morning Allan , have, arrived in San Francisco , here for a few days, let me know when we can chat & connect Regards Rahul
10:38 AM

🖼 Attach recent photo

⊕  Text message  ☺  🎤

# EXHIBIT 3

Sridhar + Kumar -
  ` wants to sort stuff out
notice for meeting next 48 hrs.
      after 9/9th – wk. of 9/11 meet

. Meet? →

              Send notice
              NDA (or ~~sent~~ drop it)
              send materials.

---

corp atty - AGM
    3 law firms
  catalyst for change
auditor
              Kaleari

last co. in fund
want $ out
      agreement Kalaari /Sridhar

9/21-22  he comes

~~Jackson~~
Trontman + Pepper
Nicholas - Boston
      A. Stawasz

5 PM -

# EXHIBIT 4

**Subject:** (none)

**Date:**  Sunday, July 10, 2022 at 9:52:35 PM Pacific Daylight Time

**From:**  Sridhar

**To:**  Allan Miller

Hi Allan

As mentioned in my previous email I will have the invite sent.

I understand the background why this request has been raised.

In the last three months we have made an independent review of the sales team managed by Shirish. It showed the pipeline logged into the CRM approximately $17M had a lot of flaws and after independent reviews with sales team members we discovered the new business sales closure will be to an effect of $450K and a pipeline of approx $3M. This was presented to Kumar and was agreed by Shirish during that call.

Since the review has bought up question with respect sales leadership and overall sales effort a narrative about product in efficiency as reason is spun by Shirish in the last 2 months and the customers are also being dragged by him along with shareholders.

I also want you to understand Shirish is officially not yet a shareholder since he must pay for his esop allocation and execute a shareholder agreement. There is no dispute on his allocation, but he must pay for the shares and execute a shareholder agreement to be officially a shareholder.

Just want to give an update as I understand why this request had come from you. This is the reason why I wanted to have a call with you as I have been having with individual shareholders except you and the list you had on bcc.

Looking forward to speaking with you, I agree you are not representing other shareholders interest but would be good if we speak and you understand the situation before the shareholder meeting.

Regards
Sridhar

Get Outlook for iOS

# EXHIBIT 5



Rahul  7/23/2022

package financing        # disclosure

corp. strategy    McKinsey
corp. financing   Wall St.

Flying to Boston
Sridhar West Coast - late tomorrow
Rahul west coast.
Mon. night 3PM on

→ prejudice meeting
record? - notes
     purpose? - not disclosed -
                 dialog
                 listening to me

"laws of me" -
fundraising has to start before Christmas.

                        - Issues on
                          customer retention

important to meet & comm.

Talked to Sridhar
   want to move co. forward
   my thoughts
   ★ whats in it for me
      listen to everything I want to say

Rahul. leaves 6 AM mon.

# EXHIBIT 6

# HFN head count by region as of November 2021

|        | Nanoheal | Bask |
|--------|----------|------|
| India  | 31       |      |
| Manila |          | 36   |
| US     | 5        | 5    |

# EXHIBIT 7

 





in Home My Network 6 Jobs Messaging 22 Notifications 23 Me Work Lear

People | Connections | Locations | Current company | All filters

196 results

**Sridhar Santhanam** • 2nd
CEO, Nanoheal
Bengaluru
Current: CEO at **Nanoheal**
David Thibodeau, Scott Noone, and 5 other mutual connections
Connect

**Shirish Nimgaonkar** • 2nd in
Co-Founder, President, Investor, Advisor
Boston, MA
Current: President at **Nanoheal**
1K followers • Sentthil Padmanaban DG is a mutual connection
Follow

**Joshua Linton** • 2nd
Nanoheal Support Engineer at Nanoheal & Owner of Hi...
Salt Lake City, UT
Current: SSL Engineer at **Nanoheal**
Tharun Kumar and Sentthil Padmanaban DG are mutual connections
Connect

**Harshita Pawar** • 2nd
Nanoheal "HR - Talent Acquisition & Resource Manage...
Bengaluru
Current: "HR - Talent Acquisition & Resource Management" at **Nanoheal**
Sentthil Padmanaban DG is a mutual connection
Connect

**Vasu Balakrishna Udupa** • 2nd
Engineering at Nanoheal
Bengaluru
Current: Engineering Lead at **Nanoheal**
Sentthil Padmanaban DG is a mutual connection
Connect

**Sentthil Padmanaban DG** • 1st
Digital Experience Automation | Digital Workplace Serv...
Bengaluru
Current: Director - Delivery and Technical Sales at **Nanoheal**
Prafull Jha, Vidhyacharan Somanur Ponnuswamy, and 1 other mutual connection
Message

**Norbe Gado** • 2nd
Business Development Consultant at Nanoheal
Metro Manila
Sentthil Padmanaban DG is a mutual connection
Connect

**Nitin Tadge** • 2nd
Software Developer
Bengaluru
Current: Trainee Engineer at **Nanoheal**
Sentthil Padmanaban DG is a mutual connection
Connect

**Naveen K** • 2nd
Software Engineer
Coimbatore
Current: Engineer trainee at **Nanoheal**
Sentthil Padmanaban DG is a mutual connection
Connect

**Jitendra Singh Sankhla** • 2nd
Connect

**Engineering Manager at Microsoft**
Bengaluru South
Past: Director Of Engineering at **Nanoheal**
Arthur van Hoff, Vidhyacharan Somsnur Ponnuswamy,
and 3 other mutual connections

**Are these results helpful?**
Your feedback helps us improve search results

< Previous   1   2   3   4   5   6   7   8   ...   20   Next >

Ad ···

Get the latest jobs and industry news

USDA
ARS

Allan, explore relevant opportunities
with ARS USDA

( Follow )

About          Accessibility      Talent Solutions    Questions?          Select Language
                                                      Visit our Help
Community      Careers            Marketing           Center.              English (English) ▼
Guidelines                        Solutions
                                                      Manage your
Privacy & Terms Ad Choices        Advertising         account and
▼                                                     privacy
Sales Solutions Mobile            Small Business       Go to your
                                                      Settings.
Safety Center
                                                      Recommendation
                                                      transparency
                                                      Learn more about
                                                      Recommended
                                                      Content.

LinkedIn Corporation © 2023



in Home | My Network 6 | Jobs | Messaging 22 | Notifications 23 | Me | Work | Lear

People | Connections | Locations | Current company | All filters

196 results

**yesdani Begum** • 2nd
Software Engineer at Nanoheal
Bengaluru
Current: Associate Engineer at **Nanoheal**
Sentthil Padmanaban DG is a mutual connection
Connect

**Princess Borleo** • 2nd
Business Development Consultant
Philippines
Current: Business Development Consultant at **Nanoheal**
Sentthil Padmanaban DG is a mutual connection
Connect

**MADAN MOHAN** • 2nd
|Graduate | National Institute of Technology, Srinagar | ...
Bengaluru
Current: Engineering Trainee at **Nanoheal**
Sentthil Padmanaban DG is a mutual connection
Connect

**Manoj C** • 2nd
Software Developer
Karur
Current: Junior Web Developer at **Nanoheal**
Sentthil Padmanaban DG is a mutual connection
Connect

**Ed Bohme** • 2nd in
SMB Renewals and Account Manager at Bask/Nanoheal
Salt Lake City, UT
Sentthil Padmanaban DG is a mutual connection
Connect

**Satish Jagajampi** • 2nd
Sr Practice Lead
Bengaluru
Current: Sr Practice Lead at **Nanoheal**
Sentthil Padmanaban DG is a mutual connection
Connect

**Amber Bhatnager** • 2nd
Technical Director @ATOS
Bengaluru
Past: Director of Professional Services at **Nanoheal**
Vidhyacharan Somanur Ponnuswamy, Tharun Kumar, and 3 other mutual connections
Connect

**Ranjan Kumar** • 2nd
Lead Manager - Samsung KNOX |BFIL Enterprise Mobility...
Hyderabad
Current: Manager - **Nanoheal** Mobility Manager at Bharat Financial Inclusion Limited (Formerly known as SKS...
313 followers • Tharun Kumar and Sentthil Padmanaban DG are mutual connections
Follow

**Tim Kapp** • 2nd
Chief Data Officer | Professor AI & Predictive Analytics | F...
Provo, UT
Past: Vice President & General Manager at **Nanoheal**
2K followers • Andy Scott, Tharun Kumar, and 1 other mutual connection
Follow

**Deepak Natanmai** • 2nd in
Connect

SDE 2 - IQVIA | Full Stack Developer
Bengaluru
Past: Associate Engineer at **Nanoheal**

Sentthil Padmanaban DG is a mutual connection

‹ Previous    1    2    3    4    5    6    7    8    ...    20    Next ›

Ad ···

Get the latest jobs and industry news



Allan, explore relevant opportunities
with **AAA NCNU**

( **Follow** )



| About | Accessibility | Talent Solutions ❓ | Questions? | Select Language |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. | English (English) ▼ |
| Privacy & Terms Ad Choices ▼ | | Advertising ⚙ | Manage your account and privacy | |
| Sales Solutions Mobile | | Small Business | Go to your Settings. | |
| Safety Center | | | | |

🏳 Recommendation transparency
Learn more about Recommended Content.

Linkedin Corporation © 2023

 Q

 

Home   My Network   Jobs   Messaging   Notifications   Me ▾   Work ▾   Lear

People ▾   Connections ▾   Locations ▾   Current company ▾   All filters

196 results


**Scott Clark** · 2nd                                    [ Connect ]
Remote Support Technician | Passion for Customer Su...
Orem, UT
Current: Support Technician, SMB Support at **Nanoheal**
🫂 Tharun Kumar and Sentthil Padmanaban DG are mutual
connections


**Vivek Raju** · 2nd                                    [ Connect ]
Managing digital experience through AI, Automation an...
Bangalore Urban
Current: Global Lead – Sales & Alliances at **Nanoheal**
🫂 Sentthil Padmanaban DG is a mutual connection


**Brian Burditt** · 2nd                                 [ Connect ]
VP of Engineering at Advice Media
South Jordan, UT
Past: VP of Engineering at **Nanoheal**
🫂 Tharun Kumar and Sentthil Padmanaban DG are mutual
connections


**Sabyasachi (Saby) Das** · 2nd                         [ Follow ]
Digital Transformation. P&L Management. Global Delivery...
Bengaluru
Talks about #leadership, #globaldelivery, #digitalworkplace, and
#digitaltransformation
🫂 5K followers · Sentthil Padmanaban DG is a mutual connection


**Prerana Srinivas** · 2nd                              [ Connect ]
Enterprise Marketing Leader | Growth & Strategy | Tran...
Portland, OR
Past: Director – Enterprise Product Marketing and Strategy
at **Nanoheal**
🫂 Sentthil Padmanaban DG is a mutual connection


**Sravanthi Kola** · 2nd                                [ Connect ]
--
Bengaluru
Current: Android Developer at **Nanoheal**
🫂 Sentthil Padmanaban DG is a mutual connection


**Yogesh Saini** · 2nd                                  [ Connect ]
FULL STACK /MERN STACK SOFTWARE DEVELOPER A...
Delhi, India
Current: Full-stack Developer at **Nanoheal**
🫂 Sentthil Padmanaban DG is a mutual connection


**Surya Singh** · 2nd                                   [ Connect ]
Manager
India
Past: Sr. manager engineering at **Nanoheal** by HFN, Inc.
🫂 Vidhyacharan Somanur Ponnuswamy, Tharun Kumar,
and 1 other mutual connection


**Vadim Tkachenko** · 2nd                               [ Connect ]
Full Stack Engineer – Nanoheal
Rostov
Current: Full Stack Engineer at **Nanoheal**
🫂 Sentthil Padmanaban DG is a mutual connection



**Justin J.** · 2nd in
**Frontline Group**
United States
Past: Vice President of Sales at **Nanoheal**
Mercedes Blackhurst, Tharun Kumar, and 2 other mutual connections

Connect

‹ Previous    1    2    **3**    4    5    6    7    8    …    20    Next ›

Ad ···

Get the latest jobs and industry news

Allan, explore relevant opportunities
with E. & J. Gallo Winery

Follow

| About | Accessibility | Talent Solutions ? | Questions? | Select Language |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. | English (English) ▼ |
| Privacy & Terms Ad Choices ▼ | | Advertising | Manage your account and privacy | |
| Sales Solutions Mobile | | Small Business | Go to your Settings. | |
| Safety Center | | | | |

Recommendation transparency
Learn more about Recommended Content.

LinkedIn Corporation © 2023

  (S1) "nanoheal" | Search | LinkedIn

     
Home  My Network  Jobs  Messaging  Notifications  Me ▾  Work ▾  Lear


People ▾   |  Connections ▾  |  Locations ▾  |  Current company ▾  |  All filters

196 results


**Clancey Dollard** · 2nd                              **Connect**
Director, 24/7 Support Center at University of Arizona
Marana, AZ
Past: Director, Service Delivery at **Nanoheal**
👥 Tharun Kumar and Sentthil Padmanaban DG are mutual
connections


**Divya Ch** · 2nd [in]                               **Follow**
Product Manager
Bengaluru
Current: Product Manager at **Nanoheal**
👥 5K followers · Sentthil Padmanaban DG is a mutual connection


**Rupak DebBarma** · 2nd                              **Connect**
| Certified Business Analyst | IIBA – CBAP® / CCBA Trai...
Bangalore Urban
Current: Business Analyst at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection


**Naveenkumar Thiyagarajan** · 2nd                    **Connect**
Data Analyst at Infosys
Current: Data Analyst at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection


**Nandeesh Kumar** · 2nd                              **Follow**
Operations Manager
United Kingdom
Past: Senior Practice Lead at **Nanoheal**
👥 2K followers · Tharun Kumar and Sentthil Padmanaban DG
are mutual connections


**Katrina Reyes** · 2nd                               **Connect**
Director of Operations
Metro Manila
Current: Business Development Consultant at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection


**Suresh Narayana** · 2nd                             **Connect**
Group Technical Manager
Bengaluru
Past: Senior Engineering (Coplo, Nanoheal) at Nanoheal - ...,
Replication, Python **Nanoheal** : Development, QA, Coplo...
👥 Tharun Kumar and Sentthil Padmanaban DG are mutual
connections


**Akshay Shonik** · 2nd                               **Follow**
Managing digital experience through AI, Automation and ...
New Delhi
Current: Global Lead - Sales & Alliances at **Nanoheal**
👥 1K followers · Sentthil Padmanaban DG is a mutual connection


**Aaron Urquhart** · 2nd                              **Connect**
Director of DevOps at Advice Media
Salt Lake City, UT
Past: Head of Information Technology Operations at **Nanoheal**
👥 Tharun Kumar and Sentthil Padmanaban DG are mutual
connections

**Nisha Singh** · 2nd



Quality Analyst
Bloomington, IL
Past: Software Engineer at **Nanoheal**

Sentthil Padmanaban DG is a mutual connection

**Connect**

⟨ Previous    1    2    3    **4**    5    6    7    8    ...    20    Next ⟩

Ad •••

Get the latest jobs and industry news



Allan, explore relevant opportunities
with 8x8

**Follow**

| About | Accessibility | Talent Solutions ❓ | Questions? | Select Language |
| --- | --- | --- | --- | --- |
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. | English (English) ▼ |
| Privacy & Terms Ad Choices ▼ | | Advertising | ⚙ Manage your account and privacy | |
| Sales Solutions | Mobile | Small Business | Go to your Settings. | |
| Safety Center | | | | |
| | | | 🛡 Recommendation transparency | |
| | | | Learn more about Recommended Content. | |

LinkedIn Corporation © 2023

 

   
Home    My Network    Jobs    Messaging    Notifications    Me ▼    Work ▼    Lear

People ▼   Connections ▼   Locations ▼   Current company ▼   All filters

196 results


**Bryce Alejandro** · 2nd                                    Connect
Senior Operations Manager and Business Development...
Metro Manila
Current: Director of Business Development at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection


**Nitin Chandra** · 2nd                                      Connect
Digital Transformation | Product Management | Progra...
Chennai
Current: Senior Practice Lead at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection


**ajit bansal** · 2nd [in]                                   Connect
C & C++ Software Developer at VMware
Pune
Past: Software Engineer at **Nanoheal**
👥 Tharun Kumar and Sentthil Padmanaban DG are mutual
connections


**Nitin Saharia** · 2nd                                      Connect
Assistant Finance Controller at Nanoheal
Bengaluru
Past: Finance Executive at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection


**Pooja Bansal** · 2nd                                       Connect
Sr. Associate-Projects at Cognizant
Bengaluru
Past: Junior Software Engineer at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection


**Muthu kumaraswami R.** · 2nd                               Connect
Senior Technical Business Analyst
Singapore
Past: Practice Lead at **Nanoheal**
👥 Tharun Kumar and Sentthil Padmanaban DG are mutual
connections


**David Holland** · 2nd
Enterprise Sales | Strategic Alliances
Bengaluru
Current: Sales Lead at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection


**Jake Ewing** · 2nd                                         Connect
"I hated every minute of training, but I said, 'Don't quit. ...
South Jordan, UT
Past: Sales & Strategic Alliance at **Nanoheal**
👥 Tharun Kumar and Sentthil Padmanaban DG are mutual
connections


**Isha Malegaonkar** · 2nd                                   Connect
Founder's Office | Strategy | Mergers & Acquisitions | ...
Bengaluru
Past: Strategy and M&A Associate at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection

**Soujanya Ala** · 2nd                                       Connect



**Mobile application Tester**
Hutto, TX
Past: Senior Customer Success Executive at **Nanoheal**

Sentthil Padmanaban DG is a mutual connection

‹ Previous    1    2    3    4    **5**    6    7    8    ...    20    Next ›

Ad  •••

Get the latest jobs and industry news

**GAN**

Allan, explore relevant opportunities
with **GAN**

Follow

**About**          **Accessibility**      **Talent Solutions** ?    **Questions?**          Select Language

**Community**      **Careers**            **Marketing**            Visit our Help          English (English) ▼
**Guidelines**                            **Solutions**            Center.

**Privacy & Terms** **Ad Choices**        **Advertising**          **Manage your**
▼                                                                  **account and**
                                                                   **privacy**
**Sales Solutions** **Mobile**            **Small Business**        Go to your
                                                                   Settings.
**Safety Center**

                                                                   **Recommendation**
                                                                   **transparency**
                                                                   Learn more about
                                                                   Recommended
                                                                   Content.

LinkedIn Corporation © 2023

 

       

Home  My Network  Jobs  Messaging  Notifications  Me ▼  Work ▼  Lear



People ▼ | Connections ▼ | Locations ▼ | Current company ▼ | All filters

196 results



**Scott Lincoln** · 2nd in  **Follow**
Digitization · Remastering · Image Finishing · Monetizatio...
Hopkinton, MA
Past: Global Partner Sales Lead at **Nanoheal**
👥 4K followers · Tharun Kumar and Sentthil Padmanaban DG
are mutual connections



**Matthew Cannon** · 2nd  **Follow**
Experienced MBA Candidate at Boise State with experien...
Saratoga Springs, UT
Talks about #textanalytics, #consumerinsights, #customerinsights,
#customerexperience, and #customerintelligence
👥 3K followers · Sentthil Padmanaban DG is a mutual connection



**Vadiraj Joshi** · 2nd  **Connect**
Associate Architect at Laerdal Bangalore LLP
Bengaluru
Past: Senior Software Lead at **Nanoheal** by HFN, Inc.
👥 Vidhyacharan Somanur Ponnuswamy, Tharun Kumar,
and 1 other mutual connection



**Dhruva Hegde** · 2nd  **Connect**
Software Engineer at Toshiba Software India Pvt Ltd.
Bengaluru
Past: Software Engineer at **Nanoheal**
👥 Tharun Kumar and Sentthil Padmanaban DG are mutual
connections



**Vibha Narayan** · 3rd+  **Message**
UX/UI Designer
Bengaluru
Current: UX Designer at **Nanoheal**



**Kishore Natesh** · 2nd  **Connect**
Expert in Robot Framework, Code-less Automation and...
Coblenz
Past: Test Automation Engineer II (Software Engineer)
at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection



**Victor Trapenok** · 2nd  **Connect**
Principal Engineer / Team Lead / Senior Full-stack deve...
Almaty, Kazakhstan
Current: Principal Engineer at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection



**Abhradeep Sarkar** · 2nd  **Connect**
Customer Success | Digital Experience Management | ...
Bengaluru
Past: Senior Practice Lead at **Nanoheal**
👥 Tharun Kumar and Sentthil Padmanaban DG are mutual
connections



**Jason Hadley** · 2nd  **Connect**
System Administrator at Compliance Information Syste...
Salt Lake City Metropolitan Area
Current: Escalation Engineer at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection

**Venkatesh Gopalakrishnan** • 2nd
🎯 Target | Software Engineer
Bengaluru
Past: Full Stack Engineer at **Nanoheal**

👥 Sentthil Padmanaban DG is a mutual connection

**Connect**

⟨ Previous    1    2    3    4    5    **6**    7    8    ...    20    Next ⟩

Ad •••

Get the latest jobs and industry news



Allan, explore relevant opportunities
with **Motive**

**Follow**

About            Accessibility       Talent Solutions ❓   Questions?              Select Language

Community        Careers             Marketing             Visit our Help          English (English) ▼
Guidelines                           Solutions             Center.

Privacy & Terms Ad Choices           Advertising       ⚙️  Manage your
▼                                                         account and
                                                          privacy
Sales Solutions  Mobile              Small Business        Go to your
                                                           Settings.
Safety Center

                                                      🛡️  Recommendation
                                                          transparency
                                                          Learn more about
                                                          Recommended
                                                          Content.

LinkedIn Corporation © 2023

      

Home   My Network   Jobs   Messaging   Notifications   Me ▼   Work ▼   Lear



People ▼    Connections ▼    Locations ▼    Current company ▼    All filters

196 results

 **Anurag Kumar Singh** · 2nd
Consultant at Atos Global
Bengaluru
Past: Senior Software Engineer at **Nanoheal**
130 followers · Tharun Kumar and Sentthil Padmanaban DG are mutual connections

**Follow**

 🖥 **Prathamesh More** · 2nd
SDE 1 @ Jio Fynd | JavaScript | Node.js | React.js
Bengaluru
Talks about #docker, #nodejs, #graphql, #reactjs, and #javascript
1K followers · Sentthil Padmanaban DG is a mutual connection

**Follow**

 **Akanksha Gulati** · 2nd 
Chief of Staff | Customer Success Leader | Partner Succe...
Portland, OR
Past: Global Director, Customer Success at **Nanoheal**
8K followers · Patty Azzarello is a mutual connection

**Follow**

 **G Shiva Ram** · 2nd
Partner Success - Nexthink
Bengaluru
Past: Manager - Technical Sales & Delivery - Enterprise Business Services at **Nanoheal**
Tharun Kumar and Sentthil Padmanaban DG are mutual connections

**Connect**

 **Prasenjit Bose** · 2nd
Proactive Experience Management | Digital Workplace ...
Bengaluru
Past: Director - Delivery and Technical Sales at Nanoheal -
...**Nanoheal**. Worked with global IT organisations by helping...
Tharun Kumar and Sentthil Padmanaban DG are mutual connections

**Connect**

 **Pranjal Suyal** · 2nd
Senior Software Engineer at KreditBee
Bengaluru
Past: Software Engineer at **Nanoheal**
Sentthil Padmanaban DG is a mutual connection

**Connect**

 **Nishita sharma** · 2nd
UX designer/freelancer
Guwahati
Past: Ux/UI designer at **Nanoheal**
Provides services - Brand Design, Graphic Design, Illustration, Interaction Design, Logo Design, UX Research, User Experience Design (UED), Visual Design, Writing

**Connect**

 **Prabhu Raja Singh** · 2nd
DevOpsArt.com | SRE | DevOps | Kubernetes | Ansible ...
Bengaluru
Past: Senior Engineer - DevOps at **Nanoheal**
Tharun Kumar and Sentthil Padmanaban DG are mutual connections

**Connect**

 **Safa Aftab Ahmed** · 2nd 
Business Intelligence Analyst at S&P Dow Jones Indices
Harrison, NJ
Past: Quality Assurance Analyst at **Nanoheal**

**Connect**



Pradeep Kumar Jena · 2nd

**Lead at UST**

Bengaluru

Past: Senior Software Engineer at **Nanoheal**

Sentthil Padmanaban DG is a mutual connection

**Connect**

⟨ Previous    1    2    3    4    5    6    **7**    8    ...    20    Next ⟩

Ad  •••

Get the latest jobs and industry news



Allan, explore relevant opportunities with **Shinola**

**Follow**

| | | | | |
|---|---|---|---|---|
| **About** | **Accessibility** | **Talent Solutions** ❓ | **Questions?** Visit our Help Center. | **Select Language** English (English) ▼ |
| **Community Guidelines** | **Careers** | **Marketing Solutions** | | |
| **Privacy & Terms Ad Choices** ▼ | | **Advertising** | ⚙ **Manage your account and privacy** Go to your Settings. | |
| **Sales Solutions Mobile** | | **Small Business** | | |
| **Safety Center** | | | 🛡 **Recommendation transparency** Learn more about Recommended Content. | |

LinkedIn Corporation © 2023

 

    
Home   My Network   Jobs   Messaging   Notifications   Me ▾   Work ▾   Lear



People ▾ | Connections ▾ | Locations ▾ | Current company ▾ | All filters

196 results



**Akshat Tiwari** · 2nd
MTS Software Engineer 2 at NetApp | Ex-Toshibian
Bengaluru
Past: Software Engineer at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection
**Connect**

**Anikesh Banik** · 2nd
Frontend Developer at Thermo Fisher Scientific
Bengaluru
Past: Software Engineer at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection
**Connect**

**Ayushi Daga** · 2nd
Talent Acquisition Partner at Upland India
Indore
Past: HR- Talent Acquisition and Resource Management
at **Nanoheal**
Provides services – IT Consulting
**Connect**

**Murali krishna J** · 2nd
murali krishna
Bengaluru
Past: Associate Engineer at **Nanoheal**
👥 Tharun Kumar and Sentthil Padmanaban DG are mutual
connections
**Connect**

**Adam Riley** · 2nd
Problem Solver | Growth Enabler | Strategist
Selby
Past: Associate Vice President - Customer Experience/ Support
at **Nanoheal**
👥 904 followers · Sentthil Padmanaban DG is a mutual
connection
**Follow**

**Nagaraj Manthale** · 2nd
Co-Founder at Hans Dataminds
Bengaluru
Past: Software Programmer at **Nanoheal**
👥 Tharun Kumar and Sentthil Padmanaban DG are mutual
connections
**Connect**

**Matt James** · 2nd
Business Startup Specialist at Inc Authority
Spanish Fork, UT
Past: Inside Sales Team Lead at **Nanoheal**
👥 Mercedes Blackhurst, Sentthil Padmanaban DG, and 1
other mutual connection
**Connect**

**Meenakshi S R** · 2nd
Sr UI Engineer at Palo Alto Networks
Bengaluru
Past: Associate Engineer at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection
**Connect**


**Punit Srivastava** · 2nd
| Business System Analyst | Scrum PO®| SAFe® Agilist |...
Bengaluru
Past: Business Analyst at **Nanoheal**
**Connect**



Ad •••

Get the latest jobs and industry news



Allan, explore relevant opportunities
with **Media.Monks**

Follow

| About | Accessibility | Talent Solutions ❓ | Questions? | Select Language |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. | English (English) ▼ |
| Privacy & Terms Ad Choices ▼ | | Advertising | ❖ Manage your account and privacy Go to your Settings. | |
| Sales Solutions Mobile | | Small Business | | |
| Safety Center | | | 🛡 Recommendation transparency Learn more about Recommended Content. | |

LinkedIn Corporation © 2023

 

      

Home | My Network | Jobs | Messaging | Notifications | Me ▼ | Work ▼ | Lear

People ▼ | Connections ▼ | Locations ▼ | Current company ▼ | All filters

196 results


**Shraddha Singh** · 2nd 
Software Engineer at EasyRewardz Software Services
Bengaluru
Past: Associate Engineer at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection
**Connect**


**Matthew Scholle** · 2nd
SMB Technology Support Technician (BASK FOR BUSI...
Sandy, UT
👥 Sentthil Padmanaban DG is a mutual connection
**Connect**


**Dhruv Kapila** · 2nd
Helping Global Managed Service Providers (MSPs) opti...
Bengaluru
Past: Manager - Inside Sales at **Nanoheal**
👥 Tharun Kumar and Sentthil Padmanaban DG are mutual
connections
**Connect**


**Vivek Annavarjula** · 2nd
Technical Delivery Manager | IIM Kozhikode | IIIT Banga...
Bengaluru
Past: Technical Sales and Delivery at **Nanoheal**
👥 Tharun Kumar and Sentthil Padmanaban DG are mutual
connections
**Connect**


**Saiprasad Palekar** · 2nd
Finance| Startup Enthusiast| Mentor | Investor | ...
Bengaluru
Talks about #finance, #startup, #structuring, #privateequity, and
#venturecapital
👥 4K followers · Tharun Kumar and Sentthil Padmanaban DG
are mutual connections
**Follow**


**Rajendra sethi** · 2nd
Lead product developer
Bengaluru
Past: Software Engineer at **Nanoheal**
👥 Tharun Kumar and Sentthil Padmanaban DG are mutual
connections
**Connect**


**Bala murali** · 2nd
Leadership | Vice President @ Stealth mode Innovation L...
Bengaluru
Past: Technology & Products Management at **Nanoheal**
👥 1K followers · Tharun Kumar and Sentthil Padmanaban DG are
mutual connections
**Follow**


**Wasif Ahamed Kampli** · 2nd
Senior QA Lead at Interface.ai
Bengaluru
Past: Team Lead - Testing at **Nanoheal**
👥 745 followers · Tharun Kumar and Sentthil Padmanaban DG
are mutual connections
**Follow**


**Priyanka Kanak** · 2nd
Testing | CAST Certified Professional | Scrum Master | ...
Belfast
Past: Software Test Engineer at **Nanoheal**
**Connect**

3/26/23, 7:58 PM

Case 3:23-cv-00533-VC Document 17-1 Filed 03/30/23 Page 34 of 90



Tharun Kumar and Sentthil Padmanaban DG are mutual connections

**Vishal Chanda** · 2nd

EUCA-Nexthink Consultant

Bengaluru

Past: Senior Configuration Engineer at **Nanoheal**

Tharun Kumar and Sentthil Padmanaban DG are mutual connections

**Connect**

⟨ Previous    1  ...  6   7   8   **9**   10   11   ...   20    Next ⟩

Ad •••

Get the latest jobs and industry news



Allan, explore relevant opportunities with **Trinchero Family Estates**

**Follow**

| About | Accessibility | Talent Solutions ② | Questions? | Select Language |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. | English (English) ▼ |
| Privacy & Terms ▼ | Ad Choices | Advertising | Manage your account and privacy |  |
| Sales Solutions | Mobile | Small Business | Go to your Settings. |  |
| Safety Center |  |  | Recommendation transparency Learn more about Recommended Content. |  |

LinkedIn Corporation © 2023

https://www.linkedin.com/search/results/people/?heroEntityKey=urn%3Ali%3Aautocomplete%3A1101677274&keywords=nanoheal&origin=CLUSTER_EXPANSI…    2/2



196 results

**Prafull Jha** · 1st
Information Security | DevSecOps
United Kingdom
Past: Senior Web Developer at **Nanoheal** (formerly HFN Inc. /
HandsFree Networks Pvt. Ltd. / Acris...
Vidhyacharan Somanur Ponnuswamy, Tharun Kumar,
and 1 other mutual connection

[ Message ]

**Venkatakrishnan Venkatesan** · 2nd
Lead Software Engineer at Big Bang Boom Solutions Pri...
Tiruchirappalli
Past: Senior Software engineer at **Nanoheal**
Sentthil Padmanaban DG is a mutual connection

[ Connect ]

**Travis G.** · 2nd
Business Analyst II
Eagle Mountain, UT
Past: Data Analyst / QA Engineere at **Nanoheal**
Sentthil Padmanaban DG is a mutual connection

[ Connect ]

**Bijender Jakhar** · 2nd
Sr Technical SME - SG Public sector
Singapore
Current: Pre & Post-Sales Technical SME, Sr. Systems Engineer,
Automation Engineer at PCCW Solutions Limited -...
Tharun Kumar and Sentthil Padmanaban DG are mutual
connections

[ Connect ]

**Swapneel Reddy** · 2nd
Quality Assurance Engineer at Citrix
Bengaluru
Past: Software Engineer Test at **Nanoheal**
Sentthil Padmanaban DG is a mutual connection

[ Connect ]

**Srilaxmi Mandadapu** · 2nd
Senior Software Engineer at Zebra Technologies
Bengaluru
Past: Associate Engineer at **Nanoheal** by HFN, Inc.
Vidhyacharan Somanur Ponnuswamy, Tharun Kumar,
and 1 other mutual connection

[ Connect ]

**Tanmay Choudhury** · 2nd in
Product Marketing | B2B SaaS | Storyteller
Bengaluru
Past: Product Marketing at **Nanoheal**
Sentthil Padmanaban DG is a mutual connection

[ Connect ]

**Kousthubha Palachanda** · 2nd
Investor Relations & Project Partnership
Bengaluru
Talks about #globalmobility, #luxuryrealestate,
#investmentmigration, and #citizenshipbyinvestment
Provides services - Business Consulting, Real Estate,
Immigration Law, Relocation, Market Research, Customer
Service, Search Engine Optimization (SEO), Wealth
Management, Real Estate Marketing

[ Follow ]

**Anand Sundaresan** · 2nd in
Project Manager | Fintech | Certified scrum master | In...
Bengaluru

[ Connect ]



**Shubham Upadhyay** · 2nd

Hackathon Community Manager - APAC at Major Leag...

Bengaluru

Past: Product Analyst Community at **Nanoheal**

Sentthil Padmanaban DG is a mutual connection

**Connect**

< Previous   1   ...   7   8   9   10   11   12   ...   20   Next >

Ad •••

Get the latest jobs and industry news



Allan, explore relevant opportunities
with VSP Vision

**Follow**

| About | Accessibility | Talent Solutions | Questions? | Select Language |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. | English (English) ▼ |
| Privacy & Terms ▼ | Ad Choices | Advertising | Manage your account and privacy | |
| Sales Solutions | Mobile | Small Business | Go to your Settings. | |
| Safety Center | | | | |
| | | | Recommendation transparency Learn more about Recommended Content. | |

LinkedIn Corporation © 2023

        

Home   My Network   Jobs   Messaging   Notifications   Me ▾   Work ▾   Lear



People ▾    Connections ▾    Locations ▾    Current company ▾    All filters

196 results



**Iftikhar Khan** · 2nd          **Follow**
Sr. Application Developer at Amazon Web Services(Healt...
Amsterdam
Past: Sr. Software Engineer at **Nanoheal**
👥 697 followers · Sentthil Padmanaban DG is a mutual
   connection



**Anjali Subudhi** · 2nd          **Connect**
MSP Sales at Nexthink
Bengaluru
Past: Sales & Strategic Alliances Lead at **Nanoheal**
👥 Tharun Kumar and Sentthil Padmanaban DG are mutual
   connections

**Braxton Bruni** · 2nd          **Connect**
Account Executive at Weave HQ
Draper, UT
Past: Enterprise Account Executive at **Nanoheal**
👥 Mercedes Blackhurst and Sentthil Padmanaban DG are
   mutual connections



**Karishma Gaikwad** · 2nd          **Connect**
Attended Rajiv Gandhi College of Engineering and Rese...
Nagpur
Past: Practice Lead at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection



**Anusha Jain** · 2nd          **Connect**
Software engineer at Unisys India
Tumkur
Past: QA Engineer at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection



**Mohit Aphale** · 2nd          **Follow**
Automotive Security | TARA | Secure by Design | Penetrat...
Hannover-Braunschweig-Göttingen-Wolfsburg Region
Past: Network and Security Administrator at **Nanoheal**
👥 2K followers · Tharun Kumar and Sentthil Padmanaban DG
   are mutual connections

**Kevin DuMoulin** · 2nd          **Connect**
Marketing Project Manager at Nexio
Draper, UT
Past: Senior Project Manager for Marketing and Product
Divisions at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection



**Priyank Daga** · 2nd 🔗          **Connect**
Associate Director of Sales
Bengaluru
Past: Global Lead, Sales & Alliances at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection



**Hitesh Tanwani** · 2nd          **Connect**
Director Technical Delivery | CSM | ITIL
Bengaluru
Past: Senior Delivery Manager at **Nanoheal**
👥 Tharun Kumar and Sentthil Padmanaban DG are mutual
   connections

  



**Sachin Udupi Ramesh** · 2nd
Engineering Program Manager at Broadcom Inc.
Bengaluru
Past: Senior Practice Lead - Delivery at **Nanoheal**

Sentthil Padmanaban DG is a mutual connection

Connect

‹ Previous   1   ...   8   9   10   (11)   12   13   ...   20   Next ›

Promoted

**WSJ**

**Subscribe Now: Just $1/Wk**
Discover expert tax insights with WSJ's special offer.

Learn more

**Post Jobs For Free Today!**
ZipRecruiter makes hiring faster and easier. Try it now for FREE!

Learn more

About                 Accessibility        Talent Solutions      Questions?            Select Language
                                                                 Visit our Help
Community             Careers              Marketing             Center.               English (English) ▼
Guidelines                                 Solutions
                                                                 Manage your
Privacy & Terms Ad Choices                 Advertising           account and
▼                                                                privacy
                                                                 Go to your
Sales Solutions  Mobile                    Small Business        Settings.

Safety Center
                                                                 Recommendation
                                                                 transparency
                                                                 Learn more about
                                                                 Recommended
                                                                 Content.

LinkedIn Corporation © 2023





People ▾ | Connections ▾ | Locations ▾ | Current company ▾ | All filters

196 results

**Constantine Panayotopoulos** · 2nd
Account Channel Manager at Micro Focus
Stamford, CT
Past: Sales Partner Lead at **Nanoheal**
Santthil Padmanaban DG is a mutual connection

[ Connect ]

**Mikah Thayer** · 3rd+
Manager of Billing+Customer Service at Nanoheal
West Jordan, UT

[ Connect ]

**Whitney Troxel** · 3rd+
Marketing Content Manager
Pleasant Grove, UT
Past: Copywriter at **Nanoheal**

[ Message ]

**Dinesh Kumar** · 2nd in
Growth Marketer (Japan – Webinars & Events) at Near
Bengaluru
Past: Sales Operations at **Nanoheal**
3K followers · Santthil Padmanaban DG is a mutual connection

[ Follow ]

**Keerthan Reddy** · 2nd
CEO, Founder Celestine Ventures at Celestine Ventures
Bengaluru
Past: Marketing and Business Consultant at **Nanoheal** by HFN, Inc.
Tharun Kumar and Santthil Padmanaban DG are mutual connections

[ Connect ]

**Meenakshi Jha** · 2nd
Sr. Manager at Target
Bengaluru
Past: Account Manager at **Nanoheal**
Vinanth b and Santthil Padmanaban DG are mutual connections

[ Connect ]

**Tejeswi Sreekantan** · 2nd
Vice President Global Partnership II Key Accounts Leader...
Bengaluru
Past: Key Account Manager – Enterprise sales || Partnership and Strategic Alliances at **Nanoheal**
3K followers · Tharun Kumar and Santthil Padmanaban DG are mutual connections

[ Follow ]

**Sreyashi Bhattacharya** · 2nd
Assistant Manager - HR Business Partner
Gurugram
Past: Senior Executive - Human Resources at **Nanoheal**
Santthil Padmanaban DG is a mutual connection

[ Connect ]

**Ranjith Panicker** · 2nd in
Director Partner Ecosystem
Bengaluru
Past: Director Global Alliances at **Nanoheal**
Santthil Padmanaban DG is a mutual connection

[ Connect ]

**Zach Smith** · 2nd
Sales Operations SME @honeywell #FutureShaper
Atlanta Metropolitan Area

[ Connect ]

Past: SMB/PPC Sales Manager at **Nanoheal**

🔗 Sentthil Padmanaban DG is a mutual connection

❮ Previous    1    ...    9    10    11    **12**    13    14    ...    20    Next ❯

Ad ⋯

Get the latest jobs and industry news



Allan, explore relevant opportunities
with Gainsight

( Follow )

About          Accessibility      Talent Solutions ❔   Questions?          Select Language

Community      Careers            Marketing             Visit our Help     [ English (English) ▼ ]
Guidelines                        Solutions             Center.

Privacy & Terms Ad Choices        Advertising        ⚙ Manage your
▼                                                       account and
                                                        privacy
Sales Solutions Mobile            Small Business        Go to your
                                                        Settings.
Safety Center

                                                   🛡 Recommendation
                                                      transparency
                                                      Learn more about
                                                      Recommended
                                                      Content.

LinkedIn Corporation © 2023



People ▾    Connections ▾    Locations ▾    Current company ▾    All filters

196 results

**Manika Sharma** · 2nd                                          Connect
Full Stack Developer at JPMC
Bengaluru
Past: Software Engineer at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection

**Kalin Berg** · 3rd+                                           Connect
SMB Technician at Nanoheal
Salt Lake City, UT

**Suresh Kumar V** · 2nd                                        Connect
To be Updated
Bengaluru
Past: Director - Projects at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection

**Shruti C.** · 2nd                                             Connect
Android Developer
Bengaluru
Past: Software Engineer (Android) at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection

**Sydney Peterson** · 2nd                                       Connect
Hospitality Major at UVU Aspiring Event Planner Merch...
Salt Lake City, UT
Past: Supervisor at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection

**Prasad Thimmaiah** · 2nd                                      Connect
Lead - Sales & Partner Alliance
Bangalore Urban
Past: Sales Lead at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection

**Shobhit Bhatt** · 2nd                                         Connect
Full Stack Developer at IBM
Bengaluru
Past: Software Engineer at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection

**Michael Ingleton** · 3rd+                                     Message
IT Specialist II
San Francisco, CA
Past: Inside Sales Representative at **Nanoheal**

**Ajith Shetty** · 2nd in                                       Connect
Staff software engineer | Full stack developer | Event D...
Bengaluru
Past: Software Engineer at **Nanoheal**
👥 Sentthil Padmanaban DG is a mutual connection

**Nishant Tripathi** · 2nd                                      Follow
Celebrating Friend-sips!
Bengaluru
Talks about #seotips, #foodindustry, #customerexperience,
#marketingautomation, and #performancemarketing
Provides services - Strategic Planning, Business Consulting

‹ Previous    1    ...    13    14    15    16    17    18    19    20        Next ›

Ad  •••

Get the latest jobs and industry news



Allan, explore relevant opportunities
with **CA-EDD**

Follow

| About | Accessibility | Talent Solutions | Questions? | Select Language |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. | English (English) ▼ |
| Privacy & Terms Ad Choices ▼ | | Advertising | Manage your account and privacy Go to your Settings. | |
| Sales Solutions Mobile | | Small Business | | |
| Safety Center | | | Recommendation transparency Learn more about Recommended Content. | |

LinkedIn Corporation © 2023



Home My Network Jobs Messaging Notifications Me Work Lear

People Connections Locations Current company All filters

196 results

**Goutham Sridhar** • 2nd
Senior DevOps Engineer at Accion Labs
Salem
Past: Senior Engineer - DevOps at **Nanoheal**
Sentthil Padmanaban DG is a mutual connection
Connect

**Rahul Kumar** • 2nd
Senior Quality Analyst | Functional | API | Postman | Perfo...
Noida
Past: Software Test Engineer at **Nanoheal**
Provides services - Software Testing
Follow

**Khoushik Kumar (KK)** • 2nd
Dream | Explore | Execute
Bengaluru
Past: Sales Manager - APAC at **Nanoheal**
Tharun Kumar is a mutual connection
Connect

**Ankit Deepchand Jain** • 2nd
Salesforce Solutions Expert at Persistent Systems
Nagpur
Past: Practice Lead at **Nanoheal**
Sentthil Padmanaban DG is a mutual connection
Connect

**Harshil Patel** • 2nd
IT Product Marketing | IIM Alum | Telling stories that mak...
Bengaluru
Past: Product Marketing Lead at **Nanoheal**
3K followers • Sentthil Padmanaban DG and Ritvik Mahajan are mutual connections
Follow

**LinkedIn Member**
Diagnostic Technician at Nanoheal
Provo, UT

**Danny Gomez** • 3rd+
Head of Sales at Skedit
Eagle Mountain, UT
Past: Inside Sales Team Leader at **Nanoheal**
Message

**Aarohi Chouksey** • 2nd
Marketing Consultant I Nestle I BCG I Sprinklr
Bengaluru
Past: Marketing Specialist at **Nanoheal**
Sentthil Padmanaban DG is a mutual connection
Connect

**Sushmitha N** • 3rd+
Frontend developer
Bengaluru
Current: Junior frontend developer at **Nanoheal**
Connect

**Nicholas Bryan** • 3rd+
Fee-only Financial Planning
Franklin, TN
Past: Sales Specialist at **Nanoheal**
Message

‹ Previous     1    ...    13    **14**    15    16    17    18    19    20        Next ›

Ad  •••

Get the latest jobs and industry news



**MENLO**

Allan, explore relevant opportunities
with **Menlo Ventures**

( Follow )

| About | Accessibility | Talent Solutions ❓ | Questions? | Select Language |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. | English (English) ▼ |
| Privacy & Terms Ad Choices ▼ | | Advertising | ⚙ Manage your account and privacy | |
| Sales Solutions | Mobile | Small Business | Go to your Settings. | |
| Safety Center | | | | |
| | | | ⬛ Recommendation transparency Learn more about Recommended Content. | |

LinkedIn Corporation © 2023



  

Home   My Network   Jobs   Messaging   Notifications   Me ▼   Work ▼   Lear



People ▼    Connections ▼    Locations ▼    Current company ▼    All filters

196 results

**Will Postma** · 3rd+ in
Chief Technical Officer at Honest Rockies IT
Salt Lake City, UT
Past: Account Manager at **Nanoheal**

[ Message ]

**Tyler H. Ochsenhirt** · 3rd+
Hardworking, Service Oriented, Team Player, Persisten...
Salt Lake City Metropolitan Area
Past: Information Technology Support Technician at **Nanoheal**

[ Message ]

**Bryce Jensen** · 3rd+
Cybersecurity
Kamas, UT
Past: Project Manager/Product Manager at **Nanoheal**

[ Connect ]

**Karl Svendsen** · 3rd+
Customer Service
Orem, UT
Current: Technology Advisor / Customer Service Specialist
at **Nanoheal**

[ Connect ]

**Nenad Vukicevic** · 3rd+
Chief Architect
Stari Grad
Past: Software Consultant at **NanoHeal**

[ Message ]

**LinkedIn Member**
IT Tech
Spanish Fork, UT
Past: Junior Technician at **Nanoheal**

**Kate (Kapp) Lakey** · 3rd+
Senior Creative Director at Elevator Ads
Provo, UT
Past: Video Contractor at **Nanoheal**

[ Message ]

**Jacob Palmer** · 3rd+
QA Speech Analyst at Extra Space Storage (S&P 500)
Orem, UT
Past: Quality Assurance Manager at **Nanoheal**

[ Message ]

**Michael Rossberg** · 3rd+
Consulting CFO with Ampleo
Salt Lake City Metropolitan Area
Past: Interim CFO at **Nanoheal**

[ Message ]

**Tomas Retamales** · 3rd+
Product Specialist | Software Development Student
Salt Lake City Metropolitan Area
Past: Diagnostic Technician at **Nanoheal**

[ Message ]

❮ Previous    1   ...   13   14   **15**   16   17   18   19   20    Next ❯

Ad  •••

Get the latest jobs and industry news

 

Allan, explore relevant opportunities
with **Salk Institute**

( **Follow** )



| | | | | |
|---|---|---|---|---|
| About | Accessibility | Talent Solutions ❓ | Questions? | Select Language |
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. | English (English) ▼ |
| Privacy & Terms Ad Choices ▼ | | Advertising | ⚙ Manage your account and privacy | |
| Sales Solutions Mobile | | Small Business | Go to your Settings. | |
| Safety Center | | | | |
| | | | 🛡 Recommendation transparency Learn more about Recommended Content. | |

LinkedIn Corporation © 2023



(5) \* "nanoheal" | Search | LinkedIn

      

Home    My Network    Jobs    Messaging    Notifications    Me ▾       Work ▾    Lear

---

[ People ▾ ]   [ Connections ▾ ]   [ Locations ▾ ]   [ Current company ▾ ]   [ All filters ]

196 results

**Michael Justesen** · 3rd+                                     [ Connect ]
Your best investment is self investment.
Waukesha, WI
Past: Sales Representative at **Nanoheal**

**Miguel Lira Zabala** · 3rd+                                   [ Message ]
Analyst at Optis Consulting
Salt Lake City Metropolitan Area
Past: Diagnostic Technician at **Nanoheal**

**Adam Durrant** · 3rd+                                         [ Message ]
Technical Support Analyst II at Holland & Hart LLP
Sandy, UT
Past: Tier 3 Escalation Engineer at **Nanoheal**

**Suyog Agrawal** · 2nd                                         [ Connect ]
Business Expansion | Customer Success | Retain and G...
Bengaluru
Past: Senior Practice Lead Customer Success at **Nanoheal**
👥 Santthil Padmanaban DG is a mutual connection

**Nathan Warkentin** · 3rd+                                     [ Connect ]
Level 1 Support Engineer at Instructure
Salt Lake City Metropolitan Area
Past: Tier 1 Technician at **Nanoheal**

**Gentry Betts** · 3rd+                                         [ Message ]
Account Development Representative Team Lead at Le...
Payson, UT
Past: Inside Sales Representative at **Nanoheal**

**Maurice Limon** · 3rd+                                        [ Follow ]
Regional Manager
United States
Past: Sales Team Lead at **Nanoheal**
👥 399 followers

**Tim Rocheleau** · 3rd+                                        [ Connect ]
IT Consultant Team Lead
Salt Lake City Metropolitan Area
Past: Support Technician at **Nanoheal**

**Dylan Hafen** · 3rd+                                          [ Message ]
Utility Auditor at Entrata
Pleasant Grove, UT
Past: IT Support Specialist at **Nanoheal**

**Devon Terry** · 3rd+                                          [ Connect ]
Level 1 Support at Instructure
Herriman, UT
Past: Internal Technician at **Nanoheal**

‹ Previous    1   ...   13   14   15   **16**   17   18   19   20    Next ›



Ad •••

Get the latest jobs and industry news

 

Allan, explore relevant opportunities
with **Nexient**


Follow



| About | Accessibility | Talent Solutions | Questions? | Select Language |
| --- | --- | --- | --- | --- |
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. | English (English) ▼ |
| Privacy & Terms Ad Choices ▼ | | Advertising | Manage your account and privacy | |
| Sales Solutions Mobile | | Small Business | Go to your Settings. | |
| Safety Center | | | | |

Recommendation transparency
Learn more about Recommended Content.

LinkedIn Corporation © 2023

 

     
Home   My Network   Jobs   Messaging   Notifications   Me ▼   Work ▼   Lear



People ▼ | Connections ▼ | Locations ▼ | Current company ▼ | All filters

196 results


**Poul-Eric G. Nielsen** · 3rd+                    [ Message ]
Sr. Marketing Operations Manager at Huntress
Santa Cruz, CA
Past: Independent Contractor at AgilePQ, Aleya, **Nanoheal**


**Zak Knowlton** · 3rd+                            [ Message ]
Web & Creative at Kozu Labs
Salt Lake City Metropolitan Area
Past: Computer Technician at **Nanoheal**
Provides services – Web Development, Graphic Design, User
Experience Design (UED)

**Carissa Ferris** · 3rd+                          [ Message ]
Stay-at-home mom
Provo, UT
Past: HR Recruitment and Culture Specialist at **Nanoheal**


**rajani bothula** · 3rd+                          [ Message ]
Python Developer at Societe Generale Global Solution ...
Irving, TX
Past: Technology Lead at **Nanoheal**


**Alfredo Torres** · 3rd+                          [ Connect ]
Technical Support Specialist
Orem, UT
Past: Technical Support Specialist at **Nanoheal**


**JJ Reid** · 3rd+                                 [ Message ]
Help Desk Technician at Cotiviti
Pleasant Grove, UT
Past: Technical Support Representative at **Nanoheal**


**Patrick L.** · 3rd+                              [ Follow ]
IT and Desktop Support Specialist, GIS Analyst, recoverin...
Morrisville, NC
Talks about #gisjobs, #itcareer, and #computerrepair
Provides services – Technical Support, Computer Repair, Backup
& Recovery Systems, Computer Networking, Cybersecurity, Data
Recovery, IT Consulting, Home Networking, Network Support,
Customer Service


**Carolina Justesen** · 3rd+                       [ Message ]
Channel Marketing - eCommerce at Milwaukee Tool
Milwaukee, WI
Past: Field Sales and Marketing Representative at **Nanoheal**


**Praxedez Vazquez** · 3rd+                        [ Connect ]
Tier 3 Tech/ServiceNow Admin at Salt Lake Community...
Magna, UT
Past: Computer Tech at **Nanoheal**


**Michael McConkie** · 3rd+                        [ Follow ]
Marketing Information Manager, AVP at Bank of America
Frisco, TX
Past: Diagnostic Technician/Sales Agent at **Nanoheal**
👥 893 followers



❮ Previous    1   ...   13   14   15   16   17   18   19   20      Next ❯

Ad •••

Get the latest jobs and industry news



Allan, explore relevant opportunities
with **Ghirardelli Associates**

( Follow )

| About | Accessibility | Talent Solutions ❓ | Questions? | Select Language |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. | English (English) ▼ |
| Privacy & Terms Ad Choices ▼ | | Advertising ♻ | Manage your account and privacy | |
| Sales Solutions Mobile | | Small Business | Go to your Settings. | |
| Safety Center | | | | |
| | | | ❶ Recommendation transparency Learn more about Recommended Content. | |

LinkedIn Corporation © 2023





People ▼ | Connections ▼ | Locations ▼ | Current company ▼ | All filters

196 results

**LinkedIn Member**
Research And Development Specialist at Nanoheal
Tehran Province, Iran

**Nikesh Landge** · 3rd+ — Message
DevOps Engineer
Bengaluru
Current: DevOps Engineer at **Nanoheal**

**Sriraja D** · 3rd+ — Message
Cloud Engineer
Dharmapuri
Past: Software Engineer Devops at **Nanoheal**

**Pradeep kumar Reddy** · 3rd+ — Follow
Android engineer
Hyderabad
Talks about #jnl, #mdm, #java, and #android
8 followers

**LinkedIn Member**
Product Support Engineer at Nanoheal
Bengaluru

**LinkedIn Member**
Had an internship at Nanoheal
Bijnor
Current: Web Developer at **Nanoheal**

**Swati Bhatia** · 3rd+ — Message
Sr Business Analyst Accenture || MBA IIM, Nagpur || D...
Nagpur
Past: Associate Engineer at **Nanoheal**

**Mohit Verma** · 3rd+ — Follow
Senior Software Engineer at Paytm (iOS)
Bengaluru
Past: Software Engineer at **Nanoheal**
516 followers

**Pritesh Subedi** · 3rd+ — Follow
UX/UI Designer and Researcher
Nārāyani, Nepal
Talks about #uxui, #uxdesign, #uxresearch, #prototyping, and #problemsolving
42 followers

**Avigyan Patowary** · 3rd+ — Message
Web Development and React enthusiast
Guwahati
Past: Frontend Developer at **Nanoheal**

‹ Previous   1   ...   13   14   15   16   17   **18**   19   20   Next ›

Get the latest jobs and industry news



Allan, explore relevant opportunities
with **Unravel Data**

( **Follow** )



| About | Accessibility | Talent Solutions ❓ | Questions? | Select Language |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. | English (English) ▼ |
| Privacy & Terms Ad Choices ▼ | | Advertising | ⚙ Manage your account and | |
| Sales Solutions Mobile | | Small Business | privacy Go to your | |
| Safety Center | | | Settings. | |

🛡 Recommendation
transparency
Learn more about
Recommended
Content.

LinkedIn Corporation © 2023



Home · My Network · Jobs · Messaging 22 · Notifications 23 · Me · Work · Lear

People · Connections · Locations · Current company · All filters

196 results

**Abhishray Anant** • 3rd+ in
Staff Technical Program Manager at Walmart Global T...
Bengaluru
Past: Project Manager at **Nanoheal**
Message

**Satish Patil ,PMP®** • 3rd+
AVP Digital Delivery
Hyderabad
Past: Business Analyst at **Nanoheal**
Message

**Nidhi D.** • 3rd+
Embedded Software Developer at Continental Automoti...
India
Past: Product Development Engineer at **Nanoheal**
Connect

**Dinakaran Shanmugam** • 3rd+
Delivery Head at doodleblue & xponential.digital || Ex : Zo...
Chennai
Past: Senior Practice Lead - Delivery at **Nanoheal**
861 followers
Follow

**Ashish Sharma** • 3rd+
Software Engineer at Interface Inc. | React.js | Next.js |...
Bengaluru
Past: Software Engineer at **Nanoheal**
Message

**Vivek Singh** • 3rd+
Lead Engineer
Bengaluru
Past: Software Engineer at **Nanoheal**
Message

**LinkedIn Member**
--
Nur-Sultan
Past: Javascript-разработчик at **Nanoheal**

**Harsh Kapoor** • 2nd
Product Management Professional | CSPO | PLM | Sup...
Stockholm
Past: Practice Lead at **Nanoheal** at HFN, Inc.
Tharun Kumar and Sentthil Padmanaban DG are mutual connections
Connect

**Brian Hoge** • 3rd+
Senior Software Engineer
Toronto, ON
Past: Frontend Engineer at **Nanoheal**
Message

**Deepak R** • 3rd+
Partner Marketing Lead at Infosys Finacle
India
Past: Product Marketing Lead at **Nanoheal**
Message

❮ Previous 1 ... 13 14 15 16 17 18 19 20 Next ❯

Ad ···

Get the latest jobs and industry news



Allan, explore relevant opportunities
with **Thrive Market**

**Follow**

About | Accessibility | Talent Solutions ? | Questions? | Select Language

Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. | English (English) ▼

Privacy & Terms Ad Choices ▼ | Advertising | Manage your account and privacy Go to your Settings.

Sales Solutions Mobile | Small Business

Safety Center

Recommendation transparency
Learn more about Recommended Content.

LinkedIn Corporation © 2023




     

Home   My Network   Jobs   Messaging   Notifications   Me ▼   Work ▼   Lear

People ▼   Connections ▼   Locations ▼   Current company ▼   All filters

196 results

**LinkedIn Member**
Lead Generation Manager | Market Research
Bengaluru
Past: Lead Generation Specialist at **Nanoheal**

**Anitha K** · 2nd                                   [ Connect ]
Senior System Engineer at Wipro Limited
Coimbatore
Past: Senior System Engineer (SME for NEXTHINK **NANOHEAL** &
BLANCCO) at Infosys
👥 Sentthil Padmanaban DG is a mutual connection

**Teresa Liberto** · 3rd+                            [ Follow ]
Assistant Professor at TU Wien
Austria
Talks about #rheology, #interaction, #cementchemistry, and
#sustainablebinders
👥 397 followers

**Manju Nath Reddy** · 3rd+                          [ Message ]
Team Lead Manager
Bengaluru
Past: Talent Acquisition- INDIA/USA at **Nanoheal**

**Moroni Allred** · 3rd+                             [ Connect ]
Sander at Quality Craft Cabinets
Salt Lake City, UT
Past: Sales Agent at **Nanoheal**

**LinkedIn Member**
IT Field Technician
Lehi, UT
Past: Information Technology Help Desk Technician at **Nanoheal**

‹ Previous   1   ...   13   14   15   16   17   18   19   20   Next ›

Ad ···
Get the latest jobs and industry news

Allan, explore relevant opportunities
with Apex.AI

[ Follow ]

About          Accessibility     Talent Solutions ❓   Questions?        Select Language
                                                       Visit our Help
Community      Careers           Marketing            Center.             English (English) ▼
Guidelines                       Solutions

Privacy & Terms Ad Choices       Advertising      ⚙ Manage your
▼                                                   account and
                                                    privacy

Sales Solutions  Mobile          Small Business       (S) "nanoheal"  |Search |(analytics)

Safety Center                                          Go to your
                                                       Settings.

                                                🛡  Recommendation
                                                   transparency
                                                   Learn more about
                                                   Recommended
                                                   Content.

LinkedIn Corporation © 2023

 

      

Home   My Network   Jobs   Messaging   Notifications   Me ▼   Work ▼   Lear

People ▼    Connections ▼    Locations ▼    Current company ▼    All filters

74 results


**Victor Gill** · 3rd+
CEO & Co-Founder
Salt Lake City, UT
Current: Adjunct Professor at University of **Utah** - David Eccles
School of Business

**Message**


**Eric Hutchinson** · 3rd+
Student at Utah Valley University
Orem, UT
Current: Support Technician at **Bask** Technology, Inc.

**Message**


**Isaac W.** · 3rd+
Entrepreneur & Investor
Salt Lake City Metropolitan Area
Past: Sales Manager at **Bask** Technology, Inc.

**Message**


**Justin Likes** · 2nd
IT Guru, Project Manager, 15+ years experience in IT ro...
American Fork, UT
Past: **Bask** for Business IT Team Lead at **Bask** Technology, Inc.
👥 Mercedes Blackhurst is a mutual connection

**Connect**


**Eric Lance** · 3rd+
CRM Software Development Engineer
Provo, UT
Past: Technology Advisor at **Bask** Technology, Inc.

**Connect**


**Bret Skousen** · 2nd
Strategy, Marketing and Entrepreneurship Professional ...
Alpine, UT
Current: Professional in Residence / Dean's Executive in
Residence at **Utah** Valley University
👥 Tharun Kumar and Sentthil Padmanaban DG are mutual
connections

**Connect**


**Jarrod Van Doren** · 3rd+ in
Full Stack Software Developer | React | Node | MERN | Py...
Salt Lake City Metropolitan Area
Talks about #reactjs and #developer
Provides services - Mobile Application Development, Web
Development, Android Development

**Follow**


**Tim Kapp** · 2nd
Chief Data Officer | Professor AI & Predictive Analytics | F...
Provo, UT
Current: Adjunct Professor | AI, Automation & Predictive Analytics
at University of **Utah**
👥 2K followers · Andy Scott, Tharun Kumar, and 1 other mutual
connection

**Follow**


**Zac Shenkal** · 3rd+ in
Product Manager | Dad | Positive Vibes
Vineyard, UT
Past: System Support Technician at **Bask** Technology, Inc.

**Message**


**Nick Cook** · 2nd in
Recruiting Manager
Eagle Mountain, UT

**Connect**






Past: Service Delivery Manager, Sales Recruiter, Technical
Recruiter at **Bask** Technology, Inc.

**Mercedes Blackhurst** is a mutual connection

**Are these results helpful?**
Your feedback helps us improve search results

## People also searched for

‹ Previous     **1**   2   3   4   5   6   **7**   8     Next ›

Ad •••

Get the latest jobs and industry news



Allan, explore relevant opportunities
with SIA

Follow

 

 Home   My Network   Jobs   Messaging   Notifications   Me ▼   Work ▼   Lear

People ▼   Connections ▼   Locations ▼   Current company ▼   All filters

74 results


**Whitney Troxel** · 3rd+
Marketing Content Manager
Pleasant Grove, UT
Past: IT Communications Specialist at **Utah** Valley University

[ Message ]


**Devin Hoole** · 3rd+
Student at Utah Valley University
Orem, UT
Current: Technician at **Bask** Technology, Inc.

[ Connect ]


**Seth Bailey** · 3rd+
Partner at Mezy, Inc.
United States
Past: Member Board of Directors at **Bask** Technology, Inc.

[ Message ]


**Andrew Knorr** · 3rd+
Client Services Associate at WePay
Washington, UT
Past: Escalation Engineer at **Bask** Technology, Inc.

[ Message ]


**Brad Griffin** · 3rd+
Senior User Experience Designer at Bluehost
Saratoga Springs, UT
Past: Lead UX/UI Designer at **Bask** Technology, Inc. (Formerly ITOK)

[ Message ]


**Brandon Childers** · 2nd
DevOps Engineer / Cloud Architect
Salt Lake City, UT
Current: DevOps Engineer at State of **Utah**
👥 Mercedes Blackhurst is a mutual connection

[ Connect ]


**Lance Correa** · 3rd+ 
Senior HR & TA Leader / People Leader & Motivator
Salt Lake City Metropolitan Area
Past: Senior Manager, Talent Acquisition at Discover Financial Services - Senior Manager; **Utah** and Phoenix Region

[ Message ]


**Kyle Severn** · 3rd+ 
Human Resources at L3Harris Technologies
Salt Lake City Metropolitan Area
Past: Orientation Team Lead at **Bask** Technology, Inc.

[ Message ]


**Joe Fitisemanu** · 2nd 
Strategic Account Executive
Salt Lake City Metropolitan Area
Past: Account Development Manager, Team Lead at **Bask** Technology, Inc.
👥 Mercedes Blackhurst is a mutual connection

[ Connect ]


**Susie Johansen** · 3rd+ 
Human Resources/Recruiter
Salt Lake City Metropolitan Area
Past: Director of People at Girl Scouts of **Utah**

[ Message ]

‹ Previous    1   2  3  4  5  6  7  8    Next ›

Ad ...

Get the latest jobs and industry news

 

Allan, explore relevant opportunities
with **Reforge**

( **Follow** )

About          Accessibility      Talent Solutions      Questions?            Select Language

Community      Careers            Marketing             Visit our Help         English (English) ▼
Guidelines                        Solutions             Center.

Privacy & Terms Ad Choices        Advertising           Manage your
▼                                                       account and
Sales Solutions Mobile            Small Business        privacy
                                                        Go to your
Safety Center                                           Settings.

                                                        Recommendation
                                                        transparency
                                                        Learn more about
                                                        Recommended
                                                        Content.

LinkedIn Corporation © 2023

3/26/23, 8:06 PM
Case 3:23-cv-00533-VC Document 17-1 Filed 03/30/23 Page 61 of 90
(3) "bask utah" | Search | LinkedIn



  



74 results



**Corey Davis** · 3rd+ [in]
CEO at DaysToHappy (future of employee experience)
Boise Metropolitan Area
Past: Vice President of Marketing at **Bask**

**Message**

**Michael Ashton** · 3rd+
Years of experience in the payment processing industr...
Salt Lake City Metropolitan Area
Past: Account Manager at **Bask** Technology, Inc.

**Message**

**Dane Robertson** · 3rd+
10b5-1 Analyst at E*Trade
American Fork, UT
Past: Tech Advisor at **Bask** Technology, Inc.

**Message**

**Ashley Bingham** · 3rd+
Business Professional
Provo, UT
Past: Technology Advisor at **Bask** Technology, Inc.

**Connect**

**Parker Allen** · 3rd+
Head of Product at Monumetric
Farmington, UT
Past: Product Manager | Products & Partnerships at **Bask** Technology, Inc.

**Connect**

**Jesse Budd** · 3rd+
Video Professional | Marketer
Provo, UT
Current: Video Producer at **Bask** Technology, Inc.

**Connect**

**Ashton Kellems** · 3rd+
Assurance Associate at WSRP, LLC
Salt Lake City Metropolitan Area
Past: Accounting Student at **Utah** State University

**Message**

**Matt Hyer** · 3rd+
Sales/Customer Success
Lehi, UT
Past: Diagnostic Technician at **Bask**

**Message**

**LinkedIn Member**
Full Stack Developer at Orion Partners
Washington, UT
Past: Remote Technician at **Bask** Technology, Inc.

**LinkedIn Member**
Medical Supply Courier at IMH
West Jordan, UT
Past: COVID-19 Logistics Tech at **Utah** Salt Lake County

‹ Previous     1   2   **3**   4   5   6   7   8     Next ›

Ad •••

Get the latest jobs and industry news

 

Allan, explore relevant opportunities
with **Chan Zuckerberg**

( **Follow** )



About    Accessibility    Talent Solutions    Questions?    Select Language

Community    Careers    Marketing    Visit our Help    [ English (English) ▼ ]
Guidelines      Solutions    Center.

Privacy & Terms Ad Choices    Advertising    Manage your
▼      account and

Sales Solutions Mobile    Small Business    privacy
     Go to your
Safety Center      Settings.

Recommendation
transparency
Learn more about
Recommended
Content.

LinkedIn Corporation © 2023



in Home My Network Jobs Messaging Notifications Me Work Lear

People | Connections | Locations | Current company | All filters

74 results

**LinkedIn Member**
at Bask Tan
Clovis, CA
Past: Owner at **Bask** Tan

**Brittany LaMoreaux** • 3rd+ Message
Supervisor - Training and Development - Financial Ser...
Salt Lake City, UT
Past: Customer Service Specialist at **Bask** Technology, Inc

**Cade Howarth** • 3rd+ Message
QA Lead at IGN
Orem, UT
Past: QA Engineer/Project Manager at **Bask** Technology, Inc.

**Jewelya Lees** • 3rd+ Message
Manager, Administration at Silicon Valley Bank
Lehi, UT
Past: Customer Experience & Loyalty Manager at **Bask** Technology, Inc.

**Tyler Heugly** • 2nd Follow
Payment Processing Expert | Business Development Spe...
Lehi, UT
Current: Member Board of Directors at **Utah** Basketball Club
9K followers • Mercedes Blackhurst and Michael Fulton are mutual connections

**Ryan Olson** • 3rd+ Connect
Account Executive at eFileCabinet
Lehi, UT
Past: Senior Corporate Trainer at **Bask** Technology, Inc.

**Kjarsten Pedersen** • 3rd+ Message
Operations Supervisor
Riverton, UT
Past: Internal Technician Specialist at **Bask** Technology, Inc.

**Jordan Jarvis** • 3rd+ Message
DevOps Engineer at VeevaSystems
South Jordan, UT
Past: Helpdesk Technician at **Bask** Technology, Inc.

**Danelle Smith** • 3rd+ Connect
Founder and Owner at Valliant Investors | Entrepreneur...
Salt Lake City Metropolitan Area
Current: Criminal Info Tech at **Utah** Bureau of Criminal Identification and Investigation

**David Merrill** • 3rd+ Message
Executive Leadership, Business Operations, and Client...
Spanish Fork, UT
Past: Vice President, Marketing & Business Development at **Bask** Technology, Inc.

❮ Previous 1 2 3 **4** 5 6 7 8 Next ❯

Ad •••

Get the latest jobs and industry news



Allan, explore relevant opportunities
with **Airtower Networks**

( **Follow** )



| About | Accessibility | Talent Solutions ❓ | Questions? | Select Language |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. | English (English) ▼ |
| Privacy & Terms Ad Choices ▼ | | Advertising | 🔧 Manage your account and privacy | |
| Sales Solutions Mobile | | Small Business | Go to your Settings. | |
| Safety Center | | | | |

🛡 **Recommendation transparency**
Learn more about Recommended Content.

LinkedIn Corporation © 2023

3/26/23, 8:07 PM
Case 3:23-cv-00533-VC Document 17-1 Filed 03/30/23 Page 65 of 90
(51) "bask utah" | Search | LinkedIn



      

Home    My Network    Jobs    Messaging    Notifications    Me ▾    Work ▾    Lear

People ▾    ( Connections ▾ )    ( Locations ▾ )    Current company ▾    ( All filters )

74 results

**Dennis Kerkhoff** · 3rd+    ( Message )
IT Professional
Provo, UT
Past: Helpdesk Technician at **BASK**.

**Gabriel Jimenez** · 3rd+    ( Message )
Help Desk Tech
Eagle Mountain, UT
Past: Help Desk Technician at **Bask** Technology, Inc.

**Kelsey Cox** · 3rd+    ( Message )
Enterprise Account Executive
Provo, UT
Past: Sales and Service Specialist at **Bask** Technology, Inc.

**Brian Palmer** · 3rd+    ( Message )
Always Willing to Learn
Lehi, UT
Past: Service Delivery Manager at **Bask** Technology, Inc.

**Scott Peterson** · 2nd    ( Follow )
Entrepreneur & Investor | Salesforce Advisory
Greater Chicago Area
Talks about #culture, #business, #leadership, #salesforce, and
#entrepreneur
Provides services – Business Consulting, Financial Advisory, IT
Consulting, Web Development, Custom Software Development,
Database Development, Web Design, Finance Consulting,
Financial Analysis, Financial Planning

**Kristin Wankier** · 3rd+    ( Connect )
Sr. Marketing Manager at Check City
Provo, UT
Past: Service Delivery Manager at **Bask** Technology, Inc.

**Jordan Nunley RN BSN** · 3rd+    ( Connect )
Medical surgical nurse
Salt Lake City Metropolitan Area
Past: Registered Nurse at University of **Utah**

**Adora Pinkham** · 3rd+    ( Message )
Geek Squad Apple Pro at Best Buy
Lehi, UT
Past: Service Account Manager at **Bask** Technology, Inc.

**Dawson Myers** · 3rd+    ( Message )
System Administration | IT Systems Analysis | Operati...
Draper, UT
Current: Information Technology Specialist at **Utah** Army
National Guard

**Andrew Jones** · 3rd+    ( Connect )
Assistant Director at The Arise Society
Orem, UT
Past: Human Resources Assistant at **Bask** Technology, Inc.

⟨ Previous      1    2    3    4    **5**    6    7    8          Next ⟩

Ad  •••

Get the latest jobs and industry news



Allan, explore relevant opportunities
with **Sonoma Biotherapeutics**

( Follow )

**About**           **Accessibility**        **Talent Solutions** ❓      **Questions?**          Select Language

**Community**       **Careers**             **Marketing**              Visit our Help          [ English (English) ▼ ]
**Guidelines**                              **Solutions**              Center.

**Privacy & Terms Ad Choices**              **Advertising**     ✳️ **Manage your**
▼                                                                  **account and**
**Sales Solutions Mobile**                  **Small Business**      privacy
                                                                    Go to your
**Safety Center**                                                   Settings.

                                                                 🔵 **Recommendation**
                                                                    **transparency**
                                                                    Learn more about
                                                                    Recommended
                                                                    Content.

Linkedin Corporation © 2023

 

      
People ▼    Connections ▼    Locations ▼    Current company ▼    All filters

74 results


**Michael Rossberg** · 3rd+                    **Message**
Consulting CFO with Ampleo
Salt Lake City Metropolitan Area
Past: Interim CFO at Nanoheal - ...with their acquisition of **Bask**.
Mike has been leading the accounting and financial integration...


**Zac Paul** · 3rd+                    **Message**
Financial Advisor at Lighthouse Wealth Strategies
Salt Lake City, UT
Past: Construction Assistant at **Bask** Enterprises LLC


**Samuel Lake** · 3rd+                    **Message**
IT Systems Administrator at Akerna Corp
Orem, UT
Past: Student at **Utah** Valley University


**Jacob Byington** · 3rd+                    **Connect**
Audio Engineer, Content Creator, and Marketing Guru
Lindon, UT
Past: Sales Rep./Tech Advisor at **Bask** Technology, Inc.


**Lee Crain** · 3rd+                    **Connect**
Senior DBA and Consultant
Salt Lake City Metropolitan Area
Past: Senior DBA and Consultant at **Bask** Technology, Inc.


**Tim Madsen** · 3rd+                    **Message**
Demand Generation leader at Integrity
Salt Lake City Metropolitan Area
Past: SEM Manager at **Bask** Technology, Inc.


**Trevor Brogan** · 3rd+                    **Connect**
Rural Carrier Associate at United States Postal Service
Provo, UT
Past: Marketing Copywriter at **Bask**


**Matt James** · 2nd                    **Connect**
Business Startup Specialist at Inc Authority
Spanish Fork, UT
Past: New Leads Account Manager at **Bask** Technology, Inc.
Mercedes Blackhurst, Santthil Padmanaban DG, and 1
other mutual connection


**Kayla Benson** · 3rd+                    **Connect**
Communications
Salt Lake City Metropolitan Area
Past: Public Relations Specialist at **Bask** Technology, Inc.


**Lindsay Ford** · 3rd+                    **Message**
Growth Marketer
Provo, UT
Past: Social Media & PR Manager at **Bask** Technology, Inc.

‹ Previous     1   2   3   4   5   **6**   7   8     Next ›

(1) "bask utah" | Search | LinkedIn

Ad •••

Get the latest jobs and industry news



Allan, explore relevant opportunities
with **Chan Zuckerberg**

( **Follow** )

| About | Accessibility | Talent Solutions ❓ | Questions? | Select Language |
| --- | --- | --- | --- | --- |
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. | English (English) ▼ |
| Privacy & Terms Ad Choices ▼ | | Advertising | Manage your account and privacy | |
| Sales Solutions Mobile | | Small Business | Go to your Settings. | |
| Safety Center | | | | |
| | | | Recommendation transparency | |
| | | | Learn more about Recommended Content. | |

LinkedIn Corporation © 2023

People | Connections | Locations | Current company | All filters

74 results

**LinkedIn Member**
IT Support Technician
Provo, UT
Past: IT Support Technician at **Bask** Technology, Inc.

**Chad Knight** • 3rd+ — Connect
Underground Trenchless Solutions
American Fork, UT
Past: Senior Sales Professional at **Bask** Technology, Inc.

**Garrett Jensen** • 3rd+ — Connect
Phlebotomist at Mountain Point Medical Center
Provo, UT
Past: Customer Technical Support at **Bask** Technology, Inc.

**James Corrigan** • 3rd+ — Message
First Responder at Equinox IT Services
Orem, UT
Past: Technician at **Bask** Technology, Inc.

**Blake Henricksen** • 3rd+ — Message
HR/Controller at Electrical Contractors, Inc.
Price, UT
Past: Inside Sales Representative at **Bask** Technology, Inc.

**Peter Smith** • 2nd — Follow
Digital Marketing & Graphic Design
North Salt Lake, UT
Talks about #designer
323 followers • Mercedes Blackhurst is a mutual connection

**LinkedIn Member**
Data Analyst at DATASCAN
Dallas-Fort Worth Metroplex
Past: Inside Sales Associate at **Bask** Technology, Inc.

**Andrew Parker** • 3rd+ — Follow
Marketing Leader | Educator | Storytelling | Demand Gen ...
Herriman, UT
Talks about #branding, #strategy, #marketing, #leadership, and #copywriting
2K followers

**Karla Alice R.** • 3rd+ — Connect
An #ActuallyAutistic Content Strategist
Raleigh, NC
Past: Copy Editor at Daily **Utah** Chronicle at University of **Utah**

**Dion Jordan Frazier** • 3rd+ — Message
Director, Client Accounting at Drive Wealth Advisers, L...
Buckeye, AZ
Past: Full-time Student at **Utah** Valley University

‹ Previous 1 2 3 4 5 6 **7** 8 Next ›

(1) "bask utah" | Search | LinkedIn

Ad  •••

Get the latest jobs and industry news

 

Allan, explore relevant opportunities
with **Withersworldwide**

( **Follow** )



About                    Accessibility          Talent Solutions ?     Questions?              Select Language

Community          Careers               Marketing                    Visit our Help          English (English) ▼
Guidelines                                     Solutions                    Center.

Privacy & Terms Ad Choices            Advertising          🔧  Manage your
▼                                                                                account and

Sales Solutions  Mobile                 Small Business             privacy
                                                                                     Go to your
Safety Center                                                              Settings.

                                                                    🛡  Recommendation
                                                                          transparency
                                                                          Learn more about
                                                                          Recommended
                                                                          Content.

LinkedIn Corporation © 2023

 

 Home    My Network    Jobs    Messaging    Notifications   Me ▼    Work ▼   Lear

People ▼    Connections ▼    Locations ▼    Current company ▼    All filters

74 results


**Derek Patten** · 3rd+        Message
User Experience, Marketing Automation & Lifecycle M...
Springville, UT
Past: Email Marketing Specialist at **Bask** Technology, Inc.


**Michael Haynes** · 3rd+        Message
Vice President of Digital Marketing at Diathrive Health
American Fork, UT
Past: Digital Marketing Manager at **Bask** Technology, Inc.


**Bryan Garcia** · 3rd+        Message
Project Manager at Rocket55
Las Vegas Metropolitan Area
Past: TD/Partner Computer Technician at **Bask** Technology, Inc.


**Jordan F.** · 3rd+        Connect
Adept relationship builder with focus on customer need
Portland, OR
Past: General Manager at **Utah** Buccaneers Hockey Club

‹ Previous    1   2   3   4   5   6   7   **8**     Next ›

Ad ···

Get the latest jobs and industry news

 

Allan, explore relevant opportunities
with **FarmWise**

Visit Life

About    Accessibility    Talent Solutions     Questions?    Select Language

Community    Careers    Marketing    Visit our Help    English (English) ▼
Guidelines          Solutions      Center.

Privacy & Terms Ad Choices    Advertising    Manage your
▼                             account and

Sales Solutions   Mobile    Small Business    privacy
                                      Go to your
Safety Center                           Settings.

Recommendation
transparency
Learn more about
Recommended
Content.

LinkedIn Corporation © 2023

 

 Home    My Network    Jobs    Messaging    Notifications    Me ▼   Work ▼   Lear

People ▼   Connections ▼   Locations ▼   Current company ▼   All filters

9 results

 **Abraham Quiroz** · 3rd+     **Message**
Business & Coaching Assistant | Executive Assistant | ...
Quezon City
Current: Executive Assistant at **Bask** + Being
Provides services - Virtual Assistance, Executive
Administrative Assistance

 **Katrina Reyes** · 2nd     **Connect**
Director of Operations
Metro Manila
Current: Operations and Business Development Consultant
at **Bask** Technology, Inc.
👥 Sentthil Padmanaban DG is a mutual connection

 **Mary Antoinette "Fides" Ceniza** · 3rd+     **Message**
FOUNDER/ PRESIDENT of BASK INT'L _MEDIA (PR&M...
Los Angeles, CA
Current: President/Founder & Independent Contractor at **BASK**
Int'l.

 **Bryce Alejandro** · 2nd     **Connect**
Senior Operations Manager and Business Development...
Metro Manila
Current: Operations and Business Development Consultant
at **Bask** Technology, Inc.
👥 Sentthil Padmanaban DG is a mutual connection

 **Fernando Varela** · 3rd+     **Message**
Executive Chauffeur to CEO at Amber Capital UK LLP
United Kingdom
Past: VIP Coach Driver at **Philippines** Embassy

 **Mark Vincent Buqueron** · 3rd+     **Follow**
Senior Digital Publishing Consultant
Talisay
Past: IT Specialist at BBC Global - Works as IT @ BBC Global
(Cebu, **Philippines** Branch) Works as Tech Support Agent @ **Bask**...
👥 28 followers

 **Prakash Bask HR** · 3rd+     **Connect**
Lead Recruitment Consultant--- Philippines at Bask HR...
Bengaluru
Past: Recruitment Consultant-- Lateral Hiring Division
(**Philippines**) at **Bask** HR Consulting Private...

 **LinkedIn Member**
Accountant at Bask & Co. Ca firm
Uttar Pradesh, India

 **LinkedIn Member**
Billing and Collection Officer at Trans-Millennium Mercantile C...
Philippines

**Are these results helpful?**
Your feedback helps us improve search results    

**People also searched for**

🔍 bask philippines inc

🔍 bask corporation

🔍 bask philippines it

🔍 bask solutions

🔍 bask inc

🔍 bask bank

Ad  •••

Get the latest jobs and industry news

 

Allan, explore relevant opportunities
with **Adaptavist**

( Follow )

| About | Accessibility | Talent Solutions ❓ | Questions? Visit our Help Center. | Select Language English (English) ▼ |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | | |
| Privacy & Terms Ad Choices ▼ | | Advertising | ⚙ Manage your account and privacy Go to your Settings. | |
| Sales Solutions Mobile | | Small Business | | |
| Safety Center | | | | |

🛡 Recommendation transparency
Learn more about Recommended Content.

LinkedIn Corporation © 2023

# EXHIBIT 8

| Ord | Name | Title | Search | Current | Location | Region |
|---|---|---|---|---|---|---|
| 1 | Sridhar Santhanam | CEO | Nanoheal | Yes | Bengaluru | India |
| 2 | Shirish Nimgaonkar | President | Nanoheal | Yes | Boston, MA | US East |
| 3 | Joshua Linton | SSL engineer | Nanoheal | Yes | Salt Lake City, UT | Utah |
| 4 | Harshita Pawar | HR - Talent Acquisition & Resource M | Nanoheal | Yes | Bengaluru | India |
| 5 | Vasu Balakrishna Udur | Engineering Lead | Nanoheal | Yes | Bengaluru | India |
| 6 | Sentthil Padmanaban I | Director - Delivery and Technical Sales | Nanoheal | Yes | Bengaluru | India |
| 7 | Norbe Gado | Business Development Consultant | Nanoheal | Yes | Metro Manila | Philippines |
| 8 | Nitin Tadge | Trainee Engineer | Nanoheal | Yes | Bengaluru | India |
| 9 | Naveen K | Engineer trainee | Nanoheal | Yes | Coimbatore | India |
| 10 | Jitendra Singh Sankhla | Director of Engineering | Nanoheal | No | Bangalore South | India |
| 11 | yesdani Begum | Associate Engineer | Nanoheal | Yes | Bengaluru | India |
| 12 | Princess Borleo | Business Development Consultant | Nanoheal | Yes | Philippines | Philippines |
| 13 | MADAN MOHAN | Engineering Trainee | Nanoheal | Yes | Bengaluru | India |
| 14 | Manoj C | Junior Web Developer | Nanoheal | Yes | Karur | India |
| 15 | Ed Bohme | SMB Renewals and Account Manager | Nanoheal | Yes | Salt Lake City, UT | Utah |
| 16 | Satish Jagajampi | Sr Practice Lead | Nanoheal | Yes | Bengaluru | India |
| 17 | Amber Bhatnager | Director of Professional Services | Nanoheal | No | Bengaluru | India |
| 18 | Tim Kapp | Vice President and General Manager | Nanoheal | No | Provo, UT | Utah |
| 19 | Deepak Natanmai | Associate Engineer | Nanoheal | No | Bengaluru | India |
| 20 | Scott Clark | Support Technician, SMB Support | Nanoheal | Yes | Orem, UT | Utah |
| 21 | Vivek Raju | Global Lead - Sales & Alliances | Nanoheal | Yes | Bangalore Urban | India |
| 22 | Brian Burditt | VP of Engineering | Nanoheal | No | South Jordan, UT | Utah |
| 23 | Sabyasachi (Saby) Das | Business Development | Nanoheal | Yes | Bengaluru | India |
| 24 | Prerana Srinivas | Director - Enterprise Product Marketin | Nanoheal | No | Portland, OR | US West |
| 25 | Sravanthi Kola | Android Developer | Nanoheal | Yes | Bengaluru | India |
| 26 | Yogesh Saini | Full-stack Developer | Nanoheal | Yes | Delhi, India | India |
| 27 | Surya Singh | Sr. manager engineering | Nanoheal | No | India | India |
| 28 | Vadim Tkachenko | Full Stack Engineer | Nanoheal | Yes | Rostov, Russia | Asia |
| 29 | Justin J. | Vice President of Sales | Nanoheal | No | United States | US |
| 30 | Clancey Dollard | Director, Service Delivery | Nanoheal | No | Marana, AZ | US West |
| 31 | Divya Ch | Product Manager | Nanoheal | Yes | Bengaluru | India |
| 32 | Rupak DebBarma | Business Analyst | Nanoheal | Yes | Bangalore Urban | India |
| 33 | Naveenkumar Thiyaga | Data Analyst | Nanoheal | Yes | not specified | Unknown |
| 34 | Nandeesh Kumar | Senior Practice Lead | Nanoheal | No | United Kingdom | Europe |
| 35 | Katrina Reyes | Business Development Consultant | Nanoheal | Yes | Metro Manila | Philippines |
| 36 | Suresh Narayana | Senior Engineering | Nanoheal | No | Bengaluru | India |
| 37 | Akshay Shonik | Global Lead - Sales & Alliance | Nanoheal | Yes | New Delhi | India |
| 38 | Aaron Urquhart | Head of Information Technology Oper | Nanoheal | No | Salt Lake City, UT | Utah |
| 39 | Nisha Singh | Software Engineer | Nanoheal | No | Bloomington, IL | US Central |
| 40 | Bryce Alejandro | Director of Business Development | Nanoheal | Yes | Metro Manila | Philippines |
| 41 | Nitin Chandra | Senior Practice Lead | Nanoheal | Yes | Chennai | India |
| 42 | ajit bansal | Software Engineer | Nanoheal | No | Pune | India |
| 43 | Nitin Saharia | Finance Executive | Nanoheal | No | Bengaluru | India |
| 44 | Pooja Bansal | Junior Software Engineer | Nanoheal | No | Bengaluru | India |
| 45 | Muthu kumaraswami I | Practice Lead | Nanoheal | No | Singapore | Singapore |
| 46 | David Holland | Sales Lead | Nanoheal | Yes | Bengaluru | India |
| 47 | Jake Ewing | Sales & Strategic Alliance | Nanoheal | No | South Jordan, UT | Utah |
| 48 | Isha Malegaonkar | Strategy and M&A Associate | Nanoheal | No | Bengaluru | India |
| 49 | Soujanya Ala | Senior Customer Success Executive | Nanoheal | No | Hutto, TX | US Central |
| 50 | Scott Lincoln | Global Partner Sales Lead | Nanoheal | No | Hopkinton, MA | US East |
| 51 | Matthew Cannon | not specified | Nanoheal | No | Salt Lake City, UT | Utah |
| 52 | Vadiraj Joshi | Senior Software Lead | Nanoheal | No | Bengaluru | India |

| | | | | | |
|---|---|---|---|---|---|
| 53 Dhruva Hegde | Software Engineer | Nanoheal | No | Bengaluru | India |
| 54 Vibha Narayan | UX Designer | Nanoheal | Yes | Bengaluru | India |
| 55 Kishore Natesh | Test Automation Engineer II | Nanoheal | No | Dusseldorf, Germa Europe |
| 56 Victor Trapenok | Principal Engineer | Nanoheal | Yes | Almaty, Kazakhstar Asia |
| 57 Abhradeep Sarkar | Senior Practice Lead | Nanoheal | No | Bengaluru | India |
| 58 Jason Hadley | Escalation Engineer | Nanoheal | Yes | Salt Lake City, UT | Utah |
| 59 Venkatesh Gopalakrish Full Stack Engineer | | Nanoheal | No | Bengaluru | India |
| 60 Anurag Kumar Singh | Senior Software Engineer | Nanoheal | No | Bengaluru | India |
| 61 Prathamesh More | not specified | Nanoheal | No | Bengaluru | India |
| 62 Akanksha Gulati | Global Director, Customer Success | Nanoheal | No | Portland, OR | US West |
| 63 G Shiva Ram | Manager - Technical Sales & Delivery Nanoheal | | No | Bengaluru | India |
| 64 Prasenjit Bose | Director - Delivery and Technical Sale: Nanoheal | | No | Bengaluru | India |
| 65 Pranjal Suyal | Software Engineer | Nanoheal | No | Bengaluru | India |
| 66 Nishita sharma | Ux/Ui designer | Nanoheal | No | Guwahati | India |
| 67 Prabhu Raja Singh | Senior Engineer - DevOps | Nanoheal | No | Bengaluru | India |
| 68 Safa Aftab Ahmed | Quality Assurance Analyst | Nanoheal | No | Harrison, NJ | US East |
| 69 Pradeep Kumar Jena | Senior Software Engineer | Nanoheal | No | Bengaluru | India |
| 70 Akshat Tiwari | Software Engineer | Nanoheal | No | Bengaluru | India |
| 71 Anikesh Banik | Software Engineer | Nanoheal | No | Indore | India |
| 72 Ayushi Daga | HR- Talent Acquisition and Resource Nanoheal | | No | Bengaluru | India |
| 73 Murali krishna J | Associate Engineer | Nanoheal | No | Bengaluru | India |
| 74 Adam Riley | Associate Vice President - Customer E Nanoheal | | No | Selby, England | Europe |
| 75 Nagaraj Manthale | Software Programmer | Nanoheal | No | Bengaluru | India |
| 76 Matt James | Inside Sales Team Lead | Nanoheal | No | Spanish Fork, UT | Utah |
| 77 Meenakshi S R | Associate Engineer | Nanoheal | No | Bengaluru | India |
| 78 Punit Srivastava | Business Analyst | Nanoheal | No | Bengaluru | India |
| 79 Anmol Sharma | Product Designer | Nanoheal | No | Bengaluru | India |
| 80 Shraddha Singh | Associate Engineer | Nanoheal | No | Bengaluru | India |
| 81 Matthew Scholle | SMB Technology Support Technician ( Nanoheal | | Yes | Sandy, UT | Utah |
| 82 Dhruv Kapila | Manager - Inside Sales | Nanoheal | No | Bengaluru | India |
| 83 Vivek Annavarjula | Technical Sales and Delivery | Nanoheal | No | Bengaluru | India |
| 84 Saiprasad Palekar | Manager- Finance | Nanoheal | No | Bengaluru | India |
| 85 Rajendra sethi | Software Engineer | Nanoheal | No | Bengaluru | India |
| 86 Bala murali | Technology & Products Management Nanoheal | | No | Bengaluru | India |
| 87 Wasif Ahamed Kampli Team Lead - Testing | | Nanoheal | No | Bengaluru | India |
| 88 Priyanka Kanak | Software Test Engineer | Nanoheal | No | Belfast | Europe |
| 89 Vishal Chanda | Senior Configuration Engineer | Nanoheal | No | Bengaluru | India |
| 90 Prafull Jha | Senior Web Developer | Nanoheal | No | United Kingdom | Europe |
| 91 Venkatakrishnan Venk: Senior Software engineer | | Nanoheal | No | Tiruchirappalli | India |
| 92 Travis G. | Data Analyst / QA Engineere | Nanoheal | No | Eagle Mountain, U Utah |
| 93 Bijender Jakhar | Product Support Engineer | Nanoheal | No | Bengaluru | India |
| 94 Swapneel Reddy | Software Engineer Test | Nanoheal | No | Bengaluru | India |
| 95 Srilaxmi Mandadapu | Associate Engineer | Nanoheal | No | Bengaluru | India |
| 96 Tanmay Choudhury | Product Marketing | Nanoheal | No | Bengaluru | India |
| 97 Kousthubha Palachand HRBP | | Nanoheal | No | Bengaluru | India |
| 98 Anand Sundaresan | Product Lead | Nanoheal | No | Bengaluru | India |
| 99 Shubham Upadhyay | Product Analyst Community | Nanoheal | No | Bengaluru | India |
| 100 Iftikhar Khan | Sr. Software Engineer | Nanoheal | No | Amsterdam | Europe |
| 101 Anjali Subudhi | Sales & Strategic Alliances Lead | Nanoheal | No | Bengaluru | India |
| 102 Braxton Bruni | Enterprise Account Executive | Nanoheal | No | Draper, UT | Utah |
| 103 Karishma Gaikwad | Practice Lead | Nanoheal | No | Nagpur | India |
| 104 Anusha Jain | QA Engineer | Nanoheal | No | Tumkur | India |
| 105 Mohit Aphale | Network and Security Administrator | Nanoheal | No | Hannover-Braunsch Europe |

| 106 | Kevin DuMoulin | Marketing and Product Divisions | Nanoheal | No | Draper, UT | Utah |
| 107 | Priyank Daga | Global Lead, Sales & Alliances | Nanoheal | No | Bengaluru | India |
| 108 | Hitesh Tanwani | Senior Delivery Manager | Nanoheal | No | Bengaluru | India |
| 109 | Sachin Udupi Ramesh | Senior Practice Lead | Nanoheal | No | Bengaluru | India |
| 110 | Constantine Panayotop | Sales Practice Lead | Nanoheal | No | Stamford, CT | US East |
| 111 | Mikah Thayer | Manager of Billing+Customer Service | Nanoheal | Yes | West Jordan, UT | Utah |
| 112 | Whitney Troxel | Copywriter | Nanoheal | No | Pleasant Grove, UT | Utah |
| 113 | Dinesh Kumar | Sales Operations | Nanoheal | No | Bengaluru | India |
| 114 | Keerthan Reddy | Marketing and Business Consultant | Nanoheal | No | Bengaluru | India |
| 115 | Meenakshi Jha | Account Manager | Nanoheal | No | Bengaluru | India |
| 116 | Tejeswi Sreekantan | Key Account Manager – Enterprise sal | Nanoheal | No | Bengaluru | India |
| 117 | Sreyashi Bhattacharya | Senior Executive - Human Resources | Nanoheal | No | Gurugram | India |
| 118 | Ranjith Panicker | Director Global Alliances | Nanoheal | No | Bengaluru | India |
| 119 | Zach Smith | SMB/PPC Sales Manager | Nanoheal | No | Atlanta, GA | US East |
| 120 | Manika Sharma | Software Engineer | Nanoheal | No | Bengaluru | India |
| 121 | Kalin Berg | SMB Technician | Nanoheal | Yes | Orem, UT | Utah |
| 122 | Suresh Kumar V | Director - Projects | Nanoheal | No | Bengaluru | India |
| 123 | Shruti C. | Software Engineer (Android | Nanoheal | No | Bengaluru | India |
| 124 | Sydney Peterson | Supervisor | Nanoheal | No | Salt Lake City, UT | Utah |
| 125 | Prasad Thimmaiah | Sales Lead | Nanoheal | No | Bangalore Urban | India |
| 126 | Shobhit Bhatt | Software Engineer | Nanoheal | No | Bengaluru | India |
| 127 | Michael Ingleton | Inside Sales Representative | Nanoheal | No | San Francisco, CA | US West |
| 128 | Ajith Shetty | Software Engineer | Nanoheal | No | Bengaluru | India |
| 129 | Nishant Tripathi | Social Media Executive | Nanoheal | No | Bengaluru | India |
| 130 | Goutham Sridhar | Senior Engineer | Nanoheal | No | Salem, Tamil Nadu | India |
| 131 | Rahul Kumar | Software Test Engineer | Nanoheal | No | Noida | India |
| 132 | Khoushik Kumar (KK) | Sales Manager - APAC | Nanoheal | No | Bengaluru | India |
| 133 | Ankit Deepchand Jain | Practice Lead | Nanoheal | No | Nagpur | India |
| 134 | Harshil Patel | Product Marketing Lead | Nanoheal | No | Bengaluru | India |
| 135 | LinkedIn Member | Diagnostic Technician | Nanoheal | Unknow | Provo, UT | Utah |
| 136 | Danny Gomez | Inside Sales Team Leader | Nanoheal | No | Eagle Mountain, U | Utah |
| 137 | Aarohi Chouksey | Marketing Specialist | Nanoheal | No | Bengaluru | India |
| 138 | Sushmitha N | Junior frontend developer | Nanoheal | Yes | Bengaluru | India |
| 139 | Nicholas Bryan | Sales Specialist | Nanoheal | No | Franklin, TN | US East |
| 140 | Will Postma | Account Manager | Nanoheal | No | Salt Lake City, UT | Utah |
| 141 | Tyler H. Ochsenhirt | Information Technology Support Techi | Nanoheal | No | Salt Lake City Metr | Utah |
| 142 | Bryce Jensen | Project Manager/Product Manager | Nanoheal | No | Kamas, UT | Utah |
| 143 | Karl Svendsen | Technology Advisor / Customer Servic | Nanoheal | Yes | Orem, UT | Utah |
| 144 | Nenad Vukic | Software Consultant | Nanoheal | No | Stari Grad, Serbia | Europe |
| 145 | LinkedIn Member | Junior Technician | Nanoheal | No | Spanish Fork, UT | Utah |
| 146 | Kate (Kapp) Lakey | Video Contractor | Nanoheal | No | Provo, UT | Utah |
| 147 | Jacob Palmer | Quality Assurance Manager | Nanoheal | No | Orem, UT | Utah |
| 148 | Michael Rossberg | Interim CFO | Nanoheal | No | Salt Lake City Metr | Utah |
| 149 | Tomas Retamales | Diagnostic Technician | Nanoheal | No | Salt Lake City Metropolitan Area |
| 150 | Michael Justesen | Sales Representative | Nanoheal | No | Waukesha, WI | US West |
| 151 | Miguel Lira Zabala | Diagnostic Technician | Nanoheal | No | Salt Lake City Metr | Utah |
| 152 | Adam Durrant | Tier 3 Escalation Engineer | Nanoheal | No | Sandy, UT | Utah |
| 153 | Suyog Agrawal | Senior Practice Lead Customer Succes | Nanoheal | No | Bengaluru | India |
| 154 | Nathan Warkentin | Tier 1 Technician | Nanoheal | No | Salt Lake City Metr | Utah |
| 155 | Gentry Betts | Inside Sales Representative | Nanoheal | No | Payson, UT | Utah |
| 156 | Maurice Limon | Sales Team Lead | Nanoheal | No | United States | US |
| 157 | Tim Rocheleau | Support Technician | Nanoheal | No | Salt Lake City Metr | Utah |
| 158 | Dylan Hafen | IT Support Specialist | Nanoheal | No | Pleasant Grove, UT | Utah |

| | | | | | | |
|---|---|---|---|---|---|---|
| 159 Devon Terry | Internal Technician | Nanoheal | No | Herriman, UT | Utah |
| 160 Poul-Eric G. Nielsen | Independent Contractor | Nanoheal | No | Santa Cruz, CA | US West |
| 161 Zak Knowlton | Computer Technician | Nanoheal | No | Salt Lake City Metr | Utah |
| 162 Carissa Ferris | HR Recruitment and Culture Specialis | Nanoheal | No | Provo, UT | Utah |
| 163 rajani bothula | Technology Lead | Nanoheal | No | Irving, TX | US Central |
| 164 Alfredo Torres | Technical Support Specialist | Nanoheal | No | Orem, UT | Utah |
| 165 JJ Reid | Technical Support Representative | Nanoheal | No | Pleasant Grove, UT | Utah |
| 166 Patrick L. | IT Support Technician | Nanoheal | No | Orem, UT | Utah |
| 167 Carolina Justesen | Field Sales and Marketing Representa | Nanoheal | No | Milwaukee, WI | US West |
| 168 Praxedez Vazquez | Computer Tech | Nanoheal | No | Magna, UT | Utah |
| 169 Michael McConkie | Diagnostic Technician/Sales Agent | Nanoheal | No | Frisco, TX | US Central |
| 170 LinkedIn Member | Research And Development Specialist | Nanoheal | | Unknow Tehran Province, Ir | Asia |
| 171 Nikesh Landge | DevOps Engineer | Nanoheal | Yes | Bengaluru | India |
| 172 Sriraja D | Software Engineer Devops | Nanoheal | No | Dharmapuri | India |
| 173 Pradeep kumar Reddy Team Lead | | Nanoheal | No | Hyderabad, Telang | India |
| 174 LinkedIn Member | Product Support Engineer | Nanoheal | | Unknow Bengaluru | India |
| 175 LinkedIn Member | Web Developer | Nanoheal | Yes | Bijnor | India |
| 176 Swati Bhatia | Associate Engineer | Nanoheal | No | Nagpur | India |
| 177 Mohit Verma | Software Engineer | Nanoheal | No | Bengaluru | India |
| 178 Pritesh Subedi | UX Designer | Nanoheal | No | Nārāyanī, Nepal | Asia |
| 179 Avigyan Patowary | Frontend Developer | Nanoheal | No | Guwahati | India |
| 180 Abhishray Anant | Project Manager | Nanoheal | No | Bengaluru | India |
| 181 Satish Patil | Business Analyst | Nanoheal | No | Hyderabad | India |
| 182 Nidhi D. | Product Development Engineer | Nanoheal | No | India | India |
| 183 Dinakaran Shanm | Senior Practice Lead - Delivery | Nanoheal | No | Chennai | India |
| 184 Ashish Sharma | Software Engineer | Nanoheal | No | Bengaluru | India |
| 185 Vivek Singh | Software Engineer | Nanoheal | No | Bengaluru | India |
| 186 LinkedIn Member | Javascript developer | Nanoheal | No | Nur-Sultan, Kazakh | Asia |
| 187 Harsh Kapoor | Practice Lead | Nanoheal | No | Stockholm | Europe |
| 188 Brian Hoge | Frontend Engineer | Nanoheal | No | Toronto, ON | Canada |
| 189 Deepak R | Product Marketing Lead | Nanoheal | No | India | India |
| 190 LinkedIn Member | Lead Generation Specialist | Nanoheal | No | Bengaluru | India |
| 191 Manju Nath Reddy | Talent Acquisition- INDIA/USA | Nanoheal | No | Bengaluru | India |
| 192 Moroni Allred | Sales Agent | Nanoheal | No | Salt Lake City, UT | Utah |
| 193 LinkedIn Member | Information Technology Help Desk Te | Nanoheal | No | Lehi, UT | Utah |
| 194 Abraham Quiroz | Executive Assistant | Bask Philippir | Yes | Quezon City | Philippines |
| 197 Mark Vincent Buquero IT Specialist | | Bask Philippir | No | Talisay | Philippines |
| 198 Victor Gill | Director of Product | Bask Utah | No | Greater Salt Lake C | Utah |
| 199 Eric Hutchinson | Support Technician | Bask Utah | Yes | Orem, UT | Utah |
| 200 Isaac W. | Sales Manager | Bask Utah | No | Salt Lake City Metr | Utah |
| 201 Justin Likes | IT Team Lead | Bask Utah | No | American Fork, UT | Utah |
| 202 Eric Lance | Technology Advisor | Bask Utah | No | Provo, UT | Utah |
| 203 Bret Skousen | Chief Operating Officer | Bask Utah | No | Provo, UT | Utah |
| 204 Jarrod Van Doren | Support Technician | Bask Utah | No | Lehi, UT | Utah |
| 206 Zac Shenkal | System Support Technician | Bask Utah | No | Vineyard, UT | Utah |
| 207 Nick Cook | Recruiter | Bask Utah | No | Eagle Mountain, U | Utah |
| 209 Devin Hoole | Technician | Bask Utah | Yes | Orem, UT | Utah |
| 210 Seth Bailey | Member Board of Directors | Bask Utah | No | United States | US |
| 211 Andrew Knorr | Escalation Engineer | Bask Utah | No | Washington, UT | Utah |
| 212 Brad Griffin | Lead UX/UI Designer | Bask Utah | No | Saratoga Springs, L | Utah |
| 213 Brandon Childers | Account Executive | Bask Utah | No | Greater Salt Lake C | Utah |
| 214 Lance Correa | Sr Sales Manager | Bask Utah | No | Lehi, UT | Utah |
| 215 Kyle Severn | Orientation Team Lead | Bask Utah | No | Salt Lake City Metr | Utah |

| 216 | Joe Fitisemanu | Account Development Manager | Bask Utah | No | Salt Lake City Metr Utah | |
| 217 | Susie Johansen | Director of Human Development | Bask Utah | No | Salt Lake City Metr Utah | |
| 218 | Corey Davis | Vice President of Marketing | Bask Utah | No | Boise Metropolitan US West | |
| 219 | Michael Ashton | Account Manager | Bask Utah | No | Salt Lake City Metr Utah | |
| 220 | Dane Robertson | Tech Advisor | Bask Utah | No | American Fork, UT Utah | |
| 221 | Ashley Bingham | Technology Advisor | Bask Utah | No | Provo, UT | Utah |
| 222 | Parker Allen | Product Manager \| Products & Partne Bask Utah | | No | Farmington, UT | Utah |
| 223 | Jesse Budd | Video Producer | Bask Utah | Yes | Provo, UT | Utah |
| 224 | Ashton Kellems | Technical Support | Bask Utah | No | Salt Lake City Metr Utah | |
| 225 | Matt Hyer | Diagnostic Technician | Bask Utah | No | Lehi, UT | Utah |
| 226 | LinkedIn Member | Remote Technician | Bask Utah | No | Washington, UT | Utah |
| 227 | Brittany LaMoreaux | Customer Service Specialist | Bask Utah | No | Salt Lake City, UT | Utah |
| 228 | Cade Howarth | QA Engineer/Project Manager | Bask Utah | No | Orem, UT | Utah |
| 229 | Jewelya Lees | Customer Experience & Loyalty Manaį Bask Utah | | No | Lehi, UT | Utah |
| 230 | Tyler Heugly | Vice President of Sales | Bask Utah | No | Lehi, UT | Utah |
| 231 | Ryan Olson | Senior Corporate Trainer | Bask Utah | No | Lehi, UT | Utah |
| 232 | Kjarsten Pedersen | Internal Technician Specialist | Bask Utah | No | Riverton, UT | Utah |
| 233 | Jordan Jarvis | Helpdesk Technician | Bask Utah | No | South Jordan, UT | Utah |
| 234 | Danelle Smith | Technical Advisor/Account Manager ( Bask Utah | | No | Salt Lake City Metr Utah | |
| 235 | David Merrill | Vice President, Marketing & Business Bask Utah | | No | Spanish Fork, UT | Utah |
| 236 | Dennis Kerkhoff | Helpdesk Technician | Bask Utah | No | Provo, UT | Utah |
| 237 | Gabriel Jimenez | Help Desk Technician | Bask Utah | No | Eagle Mountain, U⁻ Utah | |
| 238 | Kelsey Cox | Sales and Service Specialist | Bask Utah | No | Provo, UT | Utah |
| 239 | Brian Palmer | Service Delivery Manager | Bask Utah | No | Lehi, UT | Utah |
| 240 | Scott Peterson | Diagnostic Technician | Bask Utah | No | Greater Salt Lake C Utah | |
| 241 | Kristin Wankier | Service Delivery Manager | Bask Utah | No | Provo, UT | Utah |
| 242 | Jordan Nunley RN BSN | Sales Representative | Bask Utah | No | Salt Lake City Metr Utah | |
| 243 | Adora Pinkham | Service Account Manager | Bask Utah | No | Lehi, UT | Utah |
| 244 | Dawson Myers | Information Technology Help Desk | Bask Utah | No | Draper, UT | Utah |
| 245 | Andrew Jones | Human Resources Assistant | Bask Utah | No | Orem, UT | Utah |
| 247 | Zac Paul | Construction Assistant | Bask Utah | No | Salt Lake City, UT | Utah |
| 248 | Samuel Lake | SMB Systems Engineer | Bask Utah | No | Orem, UT | Utah |
| 249 | Jacob Byington | Sales Rep./Tech Advisor | Bask Utah | No | Lindon, UT | Utah |
| 250 | Lee Crain | Senior DBA and Consultant | Bask Utah | No | Salt Lake City Metr Utah | |
| 251 | Tim Madsen | SEM Manager | Bask Utah | No | Salt Lake City Metr Utah | |
| 252 | Trevor Brogan | Marketing Copywriter | Bask Utah | No | Provo, UT | Utah |
| 254 | Kayla Benson | Public Relations Specialist | Bask Utah | No | Salt Lake City Metr Utah | |
| 255 | Lindsay Ford | Social Media & PR Manager | Bask Utah | No | Provo, UT | Utah |
| 256 | LinkedIn Member | IT Support Technician | Bask Utah | No | Provo, UT | Utah |
| 257 | Chad Knight | Senior Sales Professional | Bask Utah | No | American Fork, UT Utah | |
| 258 | Garrett Jensen | Customer Technical Support | Bask Utah | No | Provo, UT | Utah |
| 259 | James Corrigan | Technician | Bask Utah | No | Orem, UT | Utah |
| 260 | Blake Henricksen | Inside Sales Representative | Bask Utah | No | Price, UT | Utah |
| 261 | Peter Smith | Quality Assurance Manager | Bask Utah | No | North Salt Lake, UT Utah | |
| 262 | LinkedIn Member | Inside Sales Associate | Bask Utah | No | Dallas-Fort Worth I US Central | |
| 263 | Andrew Parker | VP of Communications and Corporate Bask Utah | | No | Herriman, UT | Utah |
| 264 | Karla Alice R. | Content Manager | Bask Utah | No | Raleigh, NC | US East |
| 265 | Dion Jordan Frazier | Member Services Team Lead | Bask Utah | No | Buckeye, AZ | US West |
| 266 | Derek Patten | Email Marketing Specialist | Bask Utah | No | Springville, UT | Utah |
| 267 | Michael Haynes | Digital Marketing Manager | Bask Utah | No | American Fork, UT Utah | |
| 268 | Bryan Garcia | TD/Partner Computer Technician | Bask Utah | No | Las Vegas Metropo US West | |
| 269 | Jordan F. | Sales Associate | Bask Utah | No | Portland, OR | US West |

| Ord | Name | Title | Search | | Current Location | Region |
|---|---|---|---|---|---|---|
| | **DUPLICATES** | | | | | |
| 195 | Katrina Reyes | Operations and Business Developmen | Bask Philippir | Yes | Metro Manila | Philippines |
| 196 | Bryce Alejandro | Operations and Business Developmen | Bask Philippir | Yes | Metro Manila | Philippines |
| 205 | Tim Kapp | Vice President | Bask Utah | No | Lehi, UT | Utah |
| 208 | Whitney Troxel | Copywriter | Bask Utah | No | Pleasant Grove, UT | Utah |
| 246 | Michael Rossberg | Interim CFO | Bask Utah | No | Salt Lake City Metr | Utah |
| 253 | Matt James | New Leads Account Manager | Bask Utah | No | Spanish Fork, UT | Utah |

| Current? | Yes |
| --- | --- |

| Row Labels | Count of Region |
| --- | --- |
| Asia | 2 |
| India | 23 |
| Philippines | 5 |
| Unknown | 1 |
| US East | 1 |
| Utah | 11 |
| Grand Total | 43 |

# EXHIBIT 9



This Side-Shareholder Agreement is made and entered into on 1 May 2021 in the Emirate of Dubai, The United Arab Emirates, by and between:

1. **SEED MENA BUSINESSMEN SERVICES L.L.C**, a corporation organized and existing in accordance with the laws of Dubai, United Arab Emirates, and having its principal place of business at The H Hotel, 17th Floor, Dubai, United Arab Emirates, hereafter referred to as **"SEED"** or the **First Party** (which expression shall unless excluded by or repugnant to the context be deemed to include its successors-in-title, authorized representatives, administrators and permitted assigns) and represented in this Agreement by its Chief Executive Officer, Mr. Hesham Al Gurg, UAE National and holder of Passport No: ZL7700655.

2. **HFN, Inc.**, having its principal offices located at 514 East Timpanogos Circle, Building G, Suite 2100, Orem, Utah 84097, with License/ Registration number 120315657,, hereafter referred to as **"HFN "** or the **"Second Party"** (which expression shall, unless excluded by or repugnant to the context be deemed to include its authorized representatives, administrators, successors-in-title and permitted assigns) and represented in this Agreement by Mr. Sridhar Santhanam, A National Passport holder from Republic of India whom holds Passport No R7310507.

The **"First Party"** and the **"Second Party"** shall be hereinafter individually called the **"Party"** and collectively the **"Parties."**






## DEFINITIONS

In this **Agreement**, the following terms and expressions have the meanings defined in this clause unless the context demands a different meaning:

- **"Agreement"** means this Side-Shareholder Agreement.

- **"Cooperation Agreement"** means the agreement entered between the **First Party** and the **Second Party** as a framework to their collaboration.

- **"Sponsorship Fee"** is considered the fee payable by the **Second Party** to the **First Party** on an annual basis to receive the support listed in this Cooperation Agreement.

## PREAMBLE

WHEREAS, the **Second Party** wishes to carry out its business activities in the United Arab Emirates (UAE) by registering a Limited Liability Company in Dubai, The United Arab Emirates under the commercial name of **"HFN LLC"** or other legal name to be approved by local authorities hereinafter referred to as the "**Company**". The authorized and paid-up capital of the **Company** is AED <300,000/-> (Dirham <Three hundred thousand>)

WHEREAS the article No.10 of the Commercial Companies Law of U.A.E No. 2 for the year 2015 implemented in the UAE concerning the LLC stipulates that an LLC shall be constituted with Local partners holding UAE nationality and that the shares of the UAE nationals in the **Company's** capital shall not be less than 51% of the total share capital of the said **Company**.

WHEREAS the **First Party** has willingly cooperated with the **Second Party** to enable the **Second Party,** to register, amend the **Cooperation Agreement** and maintain the above-mentioned **Company** in the commercial register of the Department of Economic Development and Chamber of Commerce and Industry but without contributing its share

INITIALS



MAY 2021

INITIALS



of AED <153,000/-> (Dirham <One hundred fifty-three thousand> only) to the paid-up capital of the **Company**. The **Second Party** will however control, manage and run the **Company** under its own responsibility in its own manner and at its sole discretion without causing any liability to the **First Party**.

AND WHEREAS the **Parties** have agreed to the above and have entered into on the date hereof, this **Agreement** in order to regulate the said collaboration:

## RECITALS

Now it is hereby agreed as follows:

1.    The preamble shall be considered an integral part of this **Agreement**.

2.    The **Second Party** has voluntarily secured from their personal funds Dhs.300,000 (Dirham Three Hundred thousand only) representing the total authorized & paid-up capital of the **Company**.

3.    The **Cooperation Agreement** governing the relation between the **Parties** should be read in conjunction with this **Agreement**.

## ARTICLE 1 - THE DECLARATION OF THE FIRST PARTY

1. The **First Party** declares that it has not paid the value of the 153 shares, the **First Party** is the holder only in name of such shares, and hence the **First Party** is not entitled to receive profits which will absolutely be the right of the **Second Party** alone. Since the **First Party** is a shareholder only in name, the **First Party** has elected not to attend or vote in the Board of Directors meeting or the General Meeting of the **Company**.







sign all papers and forms related to the same, assist in facilitating the business of the **Second Party** with the Ministries and other official departments including but not limited to Ministry of Labor and Immigration Department, Ministry of Information and Culture, assist in obtaining work permits and visit visas for The **Company**'s staff, employees and laborers.

3.  The **First Party** undertakes to accept the oncoming of any other new partner in **Second Party** who will be determined solely by the **Second Party**.

4.  The **First Party** shall, upon 30 days notice placed by the **Second Party**, transfer its 51% in the share capital of the **Company** to an un-named party nominated by the **Second Party** without any objection or claim for consideration, whatsoever & for whatsoever reason against such transfer. The **First Party** shall cooperate in all stages of such transfer without any unreasonable delay until such transfer is completed to the **Second Party's** full and final satisfaction, subject to the settlement of any unpaid fees owed to the **First Party** and should the term of the **Cooperation Agreement** be fulfilled.

5.  The **First Party** agrees that this **Agreement** is binding on it as well as its heirs, successors, legal representatives, and any person or legal entity that may become at any time entitled to receive funds on behalf of the **First Party** including creditors.

6.  In case of unfortunate demise or incompetence of the **First Party** for whatsoever reason to act as a sponsor, the **Second Party** shall be at liberty at its discretion to appoint any other party of its choice to replace the **First Party** and the legal heirs of the **First Party** shall not have any claims whatsoever against the **Second Party** other than any unpaid fees owed to the **First Party**.

7.  The **First Party** shall hold and keep the **Second Party** and their beneficial owners, officers, employees, shareholders, representatives, successors and assigns indemnified from and against any and all costs, losses, damages, liabilities and





# EXHIBIT 10

| Name | 2012 shares | Settlement | Adjusted |
|---|---|---|---|
| Settlement | | 307,155 | |
| | | | |
| Allan Miller | 10,000 | 228,080 | 230,247 |
| Max Kupchik | 764 | 17,425 | 17,425 |
| William Harding | 741 | 16,901 | 16,901 |
| Dennis Callagy | 421 | 9,602 | 9,602 |
| State Street Bank | 410 | 9,351 | 9,351 |
| Richard Gabriel | 300 | 6,842 | 6,842 |
| Scott Noone | 252 | 5,748 | 5,748 |
| Gene Robinson | 180 | 4,105 | 4,105 |
| John Murgo | 180 | 4,105 | 4,105 |
| Victoria Silioutina | 108 | 2,463 | 2,463 |
| Eric Brown | 95 | 2,167 | 0 |
| Geoff Meek | 16 | 365 | 365 |
| | | | |
| Total | 13,467 | 307,155 | 307,155 |
| | | | |
| | | | |
| | | | |
| Santhanam | 6,560,000 | | |
| Donnini | 823,500 | | |
| Kalaari | 6,666,000 | | |
| Half of options | 1,308,250 | Options: | 2,616,500 |
| Total | 15,357,750 | | |
| 2% of total | 307,155 | | |

## HFN Inc Cap table (December, 2019)

| Name | Shares | % |
|---|---|---|
| Alessandro Donnini | 823,500 | 4.94% |
| Allan Miller | 230,247 | 1.38% |
| Dennis Callagy | 9,602 | 0.06% |
| Gene Robinson | 4,105 | 0.02% |
| Geoffry Meek | 365 | 0.00% |
| Victoria Dudin Silioutina | 2,463 | 0.01% |
| John Murgo | 4,105 | 0.02% |
| Kalaari Capital Partners II, LLC | 6,666,000 | 40.00% |
| Max Kupchik | 17,425 | 0.10% |
| Richard Gabriel | 6,842 | 0.04% |
| Scott Noone | 5,748 | 0.03% |
| Sridhar Santhanam | 6,252,846 | 37.52% |
| State Street Bank & Trust Comp | 9,351 | 0.06% |
| William Harding | 16,901 | 0.10% |
|  |  |  |
| **Equity Awards** |  |  |
| Ganesh Krishnan | 200,000 | 1.20% |
| Pavan Vaish | 250,000 | 1.50% |
|  |  |  |
| **Stock Option** |  |  |
| Stock Option Plan | 2,166,500 | 13.00% |
|  |  |  |
| **Total** | **16,666,000** | **100.00%** |

## HFN Inc. Cap table June 2021

| Name | Shares | % |
|---|---|---|
| Alessandro Donnini | 823,500 | 4.94° ₒ |
| Allan Miller | 230,247 | 1.38° ₒ |
| Dennis Callagy | 9,602 | 0.06° ₒ |
| Gene Robinson | 4,105 | 0.02° ₒ |
| Geoffry Meek | 365 | 0.00° ₒ |
| Victoria Dudin Siliontina | 2,463 | 0.01° ₒ |
| John Murgo | 4,105 | 0.02° ₒ |
| Kalaari Capital Partners II, LLC | 6,666,000 | 40.00° ₒ |
| Max Kupchik | 17,425 | 0.10° ₒ |
| Richard Gabriel | 6,842 | 0.04° ₒ |
| Scott Noone | 5,748 | 0.03° ₒ |
| Sridhar Santhanam | 6,560,000 | 39.36° ₒ |
| State Street Bank & Trust Comp | 9,351 | 0.06° ₒ |
| William Harding | 16,901 | 0.10° ₒ |
| | | |
| **Equity Awards** | | |
| Ganesh Krishnan | 200,000 | 1.20° ₒ |
| Pavan Vaish | 250,000 | 1.50° ₒ |
| | | |
| **Stock Option** | | |
| Stock Option Plan | 1,859,346 | 11.16° ₒ |
| | | |
| **Total** | **16,666,000** | **100.00%** |