# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALLAN MILLER | CASE No C 3:23-cv-00533-VC |
| Plaintiff(s) | |
| v. | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| HFN, INC., et al. | |
| Defendant(s) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: April 18, 2023          HFN, INC.
_____
                                              Party

Date: April 18, 2023          Matthew H. Ladner
_____
                                              Attorney


Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference


Date: April 18, 2023          /s/Matthew H. Ladner
_____
                                              Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **ADR CERTIFICATE BY PARTIES AND COUNSEL FOR DEFENDANT HFN, INC.** with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on April 18, 2023.

I certify that on April 18, 2023, a copy of the **ADR CERTIFICATE BY PARTIES AND COUNSEL FOR DEFENDANT HFN, INC.** was mailed by first class U.S. Mail, postage prepaid and properly addressed to the following:

Allan Miller
3385 Claudia Drive
Concord, CA 94519
Tel: (650) 468-7387
Allan.miller@alumni.stanford.edu
*Pro Se Plaintiff*

I declare under penalty of perjury of the laws of the Unites States of America that I am employed by a member of the Bar of this Court at whose direction the service is made and that the foregoing is true and correct.

Executed on April 18, 2023, at Irvine, California.

_____
Janine Philips