UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allan Miller<br><br>Plaintiff(s)<br>v.<br><br>HFN, Inc.<br><br>Defendant(s) | CASE No Cv-0533-VC (23)<br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 4/18/2023

/Allan A. Miller/ pro se
Party

Date:

Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 4/18/2023

/Allan A. Miller/ pro se
Attorney

*E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

Form ADR-Cert rev. 1-15-2019

Please note that the deadline for a conference on ADR, and the ADR certification, is April 18, 2023 for all defendants. However, defendants:

- Kalaari Capital Advisors Private Limited
- Sridhar Santhanam
- Kumar Shiralagi
- Pavan Vaish
- Vani Kola

have not responded to the request for a waiver of service, properly sent on February 15, 2023. Since this response was required by April 17, 2023, the plaintiff still needs to serve the remaining defendants other than HFN, Inc. before it is possible to contact those defendants for a conference on ADR.

The plaintiff will keep the Court apprised of the service process.

/Allan Miller/
Allan Miller
April 18, 2023
Plaintiff (pro se)

## CERTIFICATE OF SERVICE

I, Allan A. Miller, certify that this document was filed with the Clerk's office of the Northern District of California United States District Court on April 18, 2023, and that a paper copy will be sent on April 19, 2023 to:

Matthew H. Ladner
350 S. Grand Ave. Suite 3400
Los Angeles, CA 90071
Tel: (213) 928-9816
E-mail: Matthew.Ladner@troutman.com
Attorney for Defendant HFN, Inc.


Date:  April 18, 2023               Sign Name:  /Allan A. Miller/

                                    Print Name:  Allan A. Miller