**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Matthew H. Ladner (SBN 284594)
350 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: (213) 928-9816
E-mail: Matthew.Ladner@troutman.com

Attorneys for Defendant
HFN, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN MILLER,<br><br>                        Plaintiff,<br>   vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>                        Defendants. | Case No. 23-CV-0533-VC<br><br>**JOINT STIPULATION BY PLAINTIFF ALLAN MILLER AND DEFENDANT HFN, INC. TO CONTINUE MAY 12, 2023 CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER THEREON**<br><br>[Filed concurrently with Declaration of Matthew H. Ladner] |

## STIPULATION

Plaintiff Allan Miller ("**Miller**") and Defendant HFN, Inc. ("**HFN**") hereby submit the following Joint Stipulation and [Proposed] Order for the Court's consideration and approval:

**WHEREAS**, on March 3, 2023, HFN filed a Notice of Motion and Motion to Dismiss Miller's Complaint for: (1) Lack of Personal Jurisdiction and Improper Venue, or in the Alternative, for (2) Failure to State a Claim, Lack of Subject Matter Jurisdiction, and Lack of Standing (the "**Motion to Dismiss**") (Dkt. No. 11);

**WHEREAS**, the hearing on HFN's Motion to Dismiss is set for April 27, 2023;

**WHEREAS**, on March 6, 2023, the Court set an Initial Case Management Conference ("**CMC**") for May 12, 2023 (Dkt. No. 13);

**WHEREAS**, Miller and HFN agree that the Court's ruling on the Motion to Dismiss could potentially eliminate, or otherwise significantly impact, the scope and nature of the claims and issues in this action as to HFN;

**WHEREAS**, Miller and HFN agree that because it is not known when the Court will issue a ruling on the Motion to Dismiss, or how the Court will rule on the Motion to Dismiss, they are not currently in a position to have productive meet and confer discussions regarding the matters to be addressed at the May 12, 2023 CMC, including, but not limited to, a full litigation schedule;

**WHEREAS**, Miller and HFN agree that good cause exists for continuing the CMC from May 12, 2023 to June 16, 2023, or to the first available date thereafter on the Court's calendar, because, in the event the Motion to Dismiss is not granted, then such an extension will enable Miller and HFN to engage in more productive meet and confer discussions regarding the matters to be addressed at the CMC;

**WHEREAS**, Miller and HFN agree that, by filing this Stipulation, HFN does not waive any arguments or positions set forth in the Motion to Dismiss, including, but not limited to, all arguments related to personal jurisdiction, venue, and subject matter jurisdiction.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, SUBJECT TO THE APPROVAL OF THE COURT, THAT:

1. The Case Management Conference currently scheduled for May 12, 2023 is continued to June 16, 2023 at 10:00 a.m., with the Case Management Conference Statement due by June 9, 2023.

**IT IS SO STIPULATED.**

Dated: March 24, 2023        **ALLAN MILLER**

By: /s/ Allan Miller
   Allan Miller
   Plaintiff (Pro se)

Dated: March 24, 2023        **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: /s/ Matthew H. Ladner
   Matthew H. Ladner
   Attorneys for Defendant HFN, Inc.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:        By: _____
   The Honorable Vince Chhabria
   United States District Judge

### ATTESTATION

I hereby attest that all other signatories listed herein, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Matthew H. Ladner
   Matthew H. Ladner