**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Matthew H. Ladner (SBN 284594)
350 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: (213) 928-9816
E-mail: Matthew.Ladner@troutman.com

Attorneys for Defendant
HFN, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN MILLER,<br><br>                    Plaintiff,<br><br>vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>                    Defendants. | Case No. 23-CV-0533-VC<br><br>**DECLARATION OF MATTHEW H. LADNER IN SUPPORT OF JOINT STIPULATION**<br><br>[Filed concurrently with Joint Stipulation and [Proposed] Order Thereon] |

I, Matthew H. Ladner, declare as follows:

1. I am an active member of the State Bar of California, duly licensed to practice before all courts of the State of California. I am a partner in the Business Litigation Practice Group of Troutman Pepper Hamilton Sanders LLP, attorneys of record for Defendant HFN, Inc. ("**HFN**") in the above-captioned action. I have personal knowledge of the facts stated in this Declaration which is submitted pursuant to Northern District of California Civil Local Rule 6-2 in support of Plaintiff Allan Miller's ("**Miller**") and HFN's (collectively, the "**Parties**") Joint Stipulation to Continue May 12, 2023 Case Management Conference (the "**Stipulation**"). If called and sworn as a witness, I could and would testify to the following under oath.

2. On March 3, 2023, HFN filed Notice of Motion and Motion to Dismiss Miller's Complaint for: (1) Lack of Personal Jurisdiction and Improper Venue, or in the Alternative, for (2) Failure to State a Claim, Lack of Subject Matter Jurisdiction, and Lack of Standing (the "**Motion to Dismiss**") (Dkt. No. 11).

3. The hearing on HFN's Motion to Dismiss is set for April 27, 2023.

4. On March 6, 2023, the Court set an Initial Case Management Conference ("**CMC**") for May 12, 2023 (Dkt. No. 13).

5. The Parties have agreed that the Court's ruling on the Motion to Dismiss could potentially eliminate, or otherwise significantly impact, the scope and nature of the claims and issues in this action as to HFN.

6. The Parties have also agreed that because it is not known when the Court will issue a ruling on the Motion to Dismiss, or how the Court will rule on the Motion to Dismiss, they are not currently in a position to have productive meet and confer discussions regarding the matters to be addressed at the May 12, 2023 CMC, including, but not limited to, a full litigation schedule.

7. Therefore, the Parties have agreed to request a continuance of the CMC from May 12, 2023 to June 16, 2023, or to the first available date thereafter on the Court's calendar, because, in the event the Motion to Dismiss is not granted, then such an extension will enable

Miller and HFN to engage in more productive meet and confer discussions regarding the matters to be addressed at the CMC.

8. The Parties have also agreed that that, by filing this Stipulation, HFN does not waive any arguments or positions set forth in the Motion to Dismiss, including, but not limited to, all arguments related to personal jurisdiction, venue, and subject matter jurisdiction.

9. The Parties previously sought a modification of the briefing and hearing schedule for HFN's Motion to Dismiss based upon Miller's request that HFN extend his deadline to file an Opposition to the Motion to Dismiss, which modification was granted by the Court (Dkt. No. 14).

10. Granting this Stipulation should not have any significant impact on the schedule of this case, which was only recently filed and is still at the pleading stage.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on April 24, 2023 in Los Angeles, California.

        /S/Matthew H. Ladner
        Matthew H. Ladner