## CERTIFICATE OF SERVICE

 I hereby certify that I electronically filed the foregoing **JOINT STIPULATION BY PLAINTIFF ALLAN MILLER AND DEFENDANT HFN, INC. TO CONTINUE MAY 12, 2023 CASE MANAGEMENT CONFERENCE; PROPOSED ORDER THEREON; AND DECLARATION OF MATTHEW H. LADNER IN SUPPORT OF JOINT STIPULATION** with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on April 18, 2023.

 I certify that on April 24, 2023, a copy of **JOINT STIPULATION BY PLAINTIFF ALLAN MILLER AND DEFENDANT HFN, INC. TO CONTINUE MAY 12, 2023 CASE MANAGEMENT CONFERENCE; PROPOSED ORDER THEREON; AND DECLARATION OF MATTHEW H. LADNER IN SUPPORT OF JOINT STIPULATION** was mailed by first class U.S. Mail, postage prepaid and properly addressed to the following:

 Allan Miller
 3385 Claudia Drive
 Concord, CA 94519
 Tel: (650) 468-7387
 Allan.miller@alumni.stanford.edu
 *Pro Se Plaintiff*

 I declare under penalty of perjury of the laws of the Unites States of America that I am employed by a member of the Bar of this Court at whose direction the service is made and that the foregoing is true and correct.

 Executed on April 24, 2023, at Irvine, California.

               _____
                  Janine Philips