Allan Miller

3385 Claudia Drive

Concord, CA  94519

650-468-7387

(no fax number)

allan.miller@alumni.stanford.edu

Pro Se Plaintiff

RECEIVED

MAY 08 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLAN MILLER,<br><br>  Plaintiff,<br><br>  vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.,<br>KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company,<br>SRIDHAR SANTHANAM,<br>KUMAR SHIRALAGI, PAVAN VAISH,<br>and VANI KOLA<br><br>  Defendants. | Case Number: 23-CV-0533-VC<br><br>**MOTION TO EXTEND TIME FOR SERVICE; DECLARATION OF ALLAN MILLER IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE; AND [PROPOSED] ORDER TO EXTEND TIME FOR SERVICE** |

## INTRODUCTION

1. The Plaintiff has attempted to obtain a Waiver of Service from each of the Defendants Kalaari Capital Advisors Private Limited, Sridhar Santhanam, Kumar Shiralagi, Pavan Vaish, and Vani Kola, to no avail. Having received no communication from any of the defendants, the Plaintiff must assume that these defendants are unwilling to cooperate with this

Motion, Declaration, and Proposed Order to Extend Time for Service, Case No. 23-CV-0533-VC

Page No. 1 of 4

Court's desire to save unnecessary expenses and delay of serving a summons and complaint. As a result, the Plaintiff has proceeded with serving each of these defendants under Article 5(1)(a) of the Hague Convention.

## MOTION TO EXTEND TIME FOR SERVICE

2. Pursuant to Civ. L. R. 6-3, the Plaintiff moves to extend the time for service to Defendants Kalaari Capital Advisors Private Limited, Sridhar Santhanam, Kumar Shiralagi, Pavan Vaish, and Vani Kola to the return of the Certificate of Service from the Central Authority in India. The Plaintiff is concurrently filing a proposed Order for this extension.

3. The reason for the extension of time is the failure of all of these Defendants to cooperate with this Court's desire to save unnecessary expenses and delay of service by waiving service.

4. See the Plaintiff's Declaration filed concurrently with this Motion for detailed testimony on the actions of the Plaintiff taken to serve each Defendant under Article 5(1)(a) of the Hague Convention. The Plaintiff has no other option than service under Article 5 since India has objected to all other forms of service under the Convention.

5. If this motion is not granted, the Plaintiff will suffer substantial prejudice in that the case will not proceed against any of these Defendants.

6. The case has had two previous time modifications. The first was based on a 3/17/2023 stipulation (dkt. 14) and extended the Plaintiff's time by 13 days to file an Opposition to the Motion to Dismiss. The second was based on a 4/24/2023 stipulation (dkt. 24) as modified by the Court and vacated the Initial Case Management Conference pending the resolution of the Motion to Dismiss.

7. The effect of the requested extension cannot be predicted since it depends on the time for the Central Authority in India to effect service.

Date: 5/8/2023            Sign Name: _Allen M. A. Miller_

                          Print Name: _Allan A. Miller_

Motion, Declaration, and Proposed Order to Extend Time for Service, Case No. 23-CV-0533-VC
Page No. 2 of 4

## DECLARATION OF ALLAN MILLER

In accordance with 28 U.S.C. §1746, Allan Miller hereby declares as follows:

1. I am Allan Miller, the pro se Plaintiff in the above captioned case.

2. On February 15, 2023, I sent the materials prescribed by this Court for a request for Waiver of Service to each of the defendants Kalaari Capital Advisors Private Limited, Sridhar Santhanam, Kumar Shiralagi, Pavan Vaish, and Vani Kola. These materials included completed form AO 398 indicating a date of 02/15/2023 and a return deadline of 60 days, two copies of completed form AO 399 indicating a date of 02/15/2023, a copy of the summons with the signature and seal of the Clerk of Court (completed form AO 440), and a completed and pre-paid FedEx envelope for return of the Waiver, the complaint with Exhibits 1-42, the Order setting initial case management conference and ADR deadlines, the standing orders for the selected Judge, the instructions for preparing a Case Management Statement, the notice of assignment of case to a Magistrate, the ECF registration information, and the filing instructions for the Court. I independently sent each of these to each defendant via FedEx.

3. FedEx confirmed delivery to each defendant on February 20, 2023, with signature confirmation.

4. As of April 17, 2023 (60 days after February 15, 2023), FedEx confirmed that none of the pre-paid return envelopes had been used, and I did not receive any of the Waivers by any other means.

5. On May 5, 2023, I completed the documents required for service of the above defendants under Article 5(1)(a) of the Hague Convention and discussed the process of having the Court transmit these. This discussion was with an official at the Clerk's office.

6. On May 8, 2023, I worked with the Clerk of Court to transmit these documents to the Central Authority for the Ministry of Law and Justice in India.

Signed under the penalty of perjury this 8th day of May, 2023.

Date: 5/8/2023          Sign Name: *Allan A. Miller*
                        Print Name: Allan A. Miller

Motion, Declaration, and Proposed Order to Extend Time for Service, Case No. 23-CV-0533-VC

Page No. 3 of 4

**[PROPOSED] ORDER TO EXTEND TIME FOR SERVICE**

1. On February 15, 2023, Plaintiff Miller ("Plaintiff") properly and timely sent a request for Waiver of Service to each of Defendants Kalaari Capital Advisors Private Limited, Sridhar Santhanam, Kumar Shiralagi, Pavan Vaish, and Vani Kola ("Defendants"). The requests were all delivered on February 20, 2023.

2. No Defendant has returned a Waiver of Service as of the date of this Order, more than 60 days after receiving the request.

3. The Plaintiff has initiated service on each of the Defendants under Article 5(1)(a) of the Hague Convention.

4. Plaintiff Miller's deadline for service on each of the Defendants will be extended until such time as the Certificate of Service for the Defendant is returned by the Central Authority in India.

IT IS SO ORDERED.

Date: _____    By: _____
                                The Honorable Vince Chhabria
                                United States District Judge

## CERTIFICATE OF SERVICE

I, Allan A. Miller, certify that this document was filed with the Clerk's office of the Northern District of California United States District Court on May 8, 2023, and that a paper copy will be sent on May 8, 2023 to each of the following Defendants:

Sridhar Santhanam
Nanoheal
Salapuria symbiosis, Bannerghatta Main Rd Arekere
Venugopal Reddy Layout, Uttarahalli Hobli
Bengaluru, Karnataka   560076   India
Tel: +91-80681-34300

Pavan Vaish
M-1617B, The Magnolias
DLF Golf Links, DLF Phase 5
Gurgaon, Haryana   122002   India
Tel: +91-98100-10092

Kalaari Capital Advisors Pvt Ltd c/o Arjun Sharma
Ground Floor, Unit-2 Navigator Building ITPB
Whitefield Road, Bengaluru, Karnataka   560066   India
Tel: +91-90671-59600

Kumar Shiralagi
Kalaari Capital Advisors Pvt Ltd
Ground Floor, Unit-2 Navigator Building ITPB
Whitefield Road, Bengaluru, Karnataka   560066   India
Tel: +91-90671-59600

Vani Kola
Kalaari Capital Advisors Pvt Ltd c/o Arjun Sharma
Ground Floor, Unit-2 Navigator Building ITPB
Whitefield Road, Bengaluru, Karnataka   560066   India
Tel: +91-90671-59600

Matthew H. Ladner
350 S. Grand Ave. Suite 3400
Los Angeles, CA   90071
Tel: (213) 928-9816
E-mail: Matthew.Ladner@troutman.com
Attorney for Defendant HFN, Inc.

Date:  May 8, 2023           Sign Name:   /Allan A. Miller/
                             Print Name:   Allan A. Miller