| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>Allan Miller <allan.miller@alumni.stanford.edu><br>3385 Claudia Dr, Concord, CA 94519<br><br>TELEPHONE NO.: 650-468-7387   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: ALLAN MILLER | FOR COURT USE ONLY<br><br>**FILED**<br><br>MAY 12 2023<br><br>CLERK, U.S. DISTRICT COURT<br>NORTH DISTRICT OF CALIFORNIA |
|---|---|
| **United States District Court, Northern District of California**<br>STREET ADDRESS: 450 Golden Gate Ave. 16th Floor<br>MAILING ADDRESS: 450 Golden Gate Ave. 16th Floor<br>CITY AND ZIP CODE: San Francisco 94102<br>BRANCH NAME: Phillip Burton Federal Building | |
| PLAINTIFF/PETITIONER: ALLAN MILLER | CASE NUMBER:<br>**CV23-0533 KAW** |
| DEFENDANT/RESPONDENT: HFN INC., DBA AS NANOHEAL BY HFN INC., ET AL. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**REF-12559213** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **Complaint; Standing Order for all judges of the Northern District of California; Supporting Documents; Order Setting Initial Case Management Conference and ADR deadlines**

3. a. Party served *(specify name of party as shown on documents served)*:
      **Kumar Shiralagi**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:

4. Address where the party was served:
   **19800 Harrier Flight Trail, Pflugerville, TX 78660**

5. I served the party *(check proper box)*

   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 05/10/2023 at *(time)*: 12:06 PM
   **Kumar Shiralagi, I delivered the documents to Kumar Shiralagi with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired Middle Eastern male contact 55-65 years of age, 5'10"-6'0" tall and weighing 180-200 lbs with an accent.**

   b. ☐ **by substituted service.** On *(date)*:       at *(time)*:        I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*:        from *(city)*:         or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

BY FAX

Page 1 of 3

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-<br>010 [Rev. January 1, 2007]<br>REF: REF-12559213 | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure. § 417.10<br>Tracking #: 0106261132 |
|---|---|---|

| PLAINTIFF/PETITIONER: ALLAN MILLER | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: HFN INC., DBA AS NANOHEAL BY HFN INC., ET AL. | CV23-0533 KAW |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                         (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

    a. ☒ as an individual defendant.

    b. ☐ as the person sued under the fictitious name of *(specify):*

    c. ☐ as occupant.

    d. ☐ On behalf of *(specify)*

       under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

    a. Name:     **Dena Jones**
    b. Address:   **5235 Coppermead Ln, Austin, TX 78754**
    c. Telephone number:
    d. The fee for service was: **$ 199.00**
    e. I am:

      (1) ☒ not a registered California process server.

      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

      (3) ☐ registered California process server:
          (i) ☐ owner   ☐ employee   ☐ independent contractor.   For:
          (ii) ☐ Registration No.:               Registration #:
          (iii) ☐ County:                       County:

BY FAX

POS-010 [Rev. January 1, 2007]


REF: REF-12559213

**PROOF OF SERVICE OF SUMMONS**

Tracking #: 0106261132



8. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
or
9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 05/11/2023

**Dena Jones**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*Dena D Jones*
(SIGNATURE)

REF: REF-12559213

PROOF OF SERVICE OF SUMMONS

Tracking #: 0106261132

