**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Matthew H. Ladner (SBN 284594)
350 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: (213) 928-9816
E-mail: Matthew.Ladner@troutman.com

Attorneys for Defendants
HFN, INC. and KUMAR SHIRALAGI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN MILLER,<br><br>                Plaintiff,<br>vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>                Defendants. | Case No. 23-CV-0533-VC<br><br>**JOINT STIPULATION BY PLAINTIFF ALLAN MILLER AND DEFENDANT KUMAR SHIRALAGI REGARDING RESPONSE TO COMPLAINT AND FORTHCOMING FIRST AMENDED COMPLAINT** |

## STIPULATION

Plaintiff Allan Miller ("**Miller**") and Defendant Kumar Shiralagi ("**Shiralagi**") hereby submit the following Joint Stipulation pursuant to Northern District of California Civil Local Rule 6-1(a):

**WHEREAS**, on May 10, 2023, the Court entered an Order granting HFN, Inc.'s Motion to Dismiss the Complaint filed by Miller and providing Miller with 21 days, until May 31, 2023, to file an amended complaint. (Dkt. No. 29);

**WHEREAS**, on May 12, 2023, Miller filed a Proof of Service of Summons showing that, on May 10, 2023, copies of the Complaint and other case-initiating documents were delivered by a process server to Shiralagi in Texas, such that Shiralagi's deadline to answer or otherwise respond to the Complaint is May 31, 2023. (Dkt. No. 30);

**WHEREAS**, Miller intends to file a First Amended Complaint (the "**FAC**") on or before May 31, 2023, which pleading will supersede the original Complaint as to all parties, including Shiralagi;

**WHEREAS**, Miller and Shiralagi agree that in light of Miller's forthcoming FAC, it would not be efficient for Shiralagi to respond to the soon-to-be-superseded original Complaint and then shortly thereafter respond to the FAC;

**WHEREAS**, Miller and Shiralagi agree that in order to avoid this inefficiency, Shiralagi is not required to answer or otherwise respond to the original Complaint. Instead, Shiralagi shall only be required to answer or respond to the FAC with 21 days after the FAC is filed by Miller. Shiralagi will not waive his ability to answer, respond to, or raise any argument or defense as to the FAC by not answering or otherwise responding to the original Complaint;

**WHEREAS**, Miller and Shiralagi agree that, by filing this Stipulation, Shiralagi does not waive any arguments or positions he does or may have with respect to Miller's alleged claims against him in this action, including, but not limited to, all arguments related to personal jurisdiction, venue, and subject matter jurisdiction;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT**:

1. Shiralagi is not required to answer or otherwise respond to the original Complaint. Instead, Shiralagi shall only be required to answer or respond to the FAC with 21 days after the FAC is filed by Miller. Shiralagi will not waive his ability to answer, respond to, or raise any argument or defense as to the FAC by not answering or otherwise responding to the original Complaint.

**IT IS SO STIPULATED.**

Dated:     May 24, 2023         **ALLAN MILLER**

By:   /s/ Allan Miller
Allan Miller
Plaintiff (*Pro se*)

Dated:     May 24, 2023         **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:   /s/ Matthew H. Ladner
Matthew H. Ladner
Attorneys for Defendant Kumar Shiralagi

## ATTESTATION

I hereby attest that all other signatories listed herein, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:   /s/ Matthew H. Ladner
Matthew H. Ladner

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **JOINT STIPULATION BY PLAINTIFF ALLAN MILLER AND DEFENDANT KUMAR SHIRALAGI REGARDING RESPONSE TO COMPLAINT AND FORTHCOMING FIRST AMENDED COMPLAINT** with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on May 24, 2023.

I certify that on May 24, 2023, a copy of **JOINT STIPULATION BY PLAINTIFF ALLAN MILLER AND DEFENDANT KUMAR SHIRALAGI REGARDING RESPONSE TO COMPLAINT AND FORTHCOMING FIRST AMENDED COMPLAINT** was mailed by first class U.S. Mail, postage prepaid and properly addressed to the following:

Allan Miller
3385 Claudia Drive
Concord, CA 94519
Tel: (650) 468-7387
Allan.miller@alumni.stanford.edu
*Pro Se Plaintiff*

I declare under penalty of perjury of the laws of the Unites States of America that I am employed by a member of the Bar of this Court at whose direction the service is made and that the foregoing is true and correct.

Executed on May 24, 2023, at Irvine, California.

_____
Janine Philips