## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the forgoing **DEFENDANT HFN, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR: (1) LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE, OR IN THE ALTERNATIVE, FOR (2) FAILURE TO STATE A CLAIM, LACK OF SUBJECT MATTER JURISDICTION, AND LACK OF STANDING; DECLARATION OF SRIDHAR SANTHANAM IN SUPPORT THEREOF**, with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on June 14, 2023.

I certify that all participants in the case re registered CM/ECF users and that the service will be accomplished by the Court's CM/ECF system.

I declare under penalty of perjury of the laws of the Unites States of America that I am employed by a member of the Bar of this Court at whose direction the service is made and that the foregoing is true and correct.

Executed on June 14, 2023, at Irvine, California.

_____
Janine Philips

146790771v1