**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Matthew H. Ladner (SBN 284594)
350 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: (213) 928-9816
E-mail: Matthew.Ladner@troutman.com

William M. Taylor (*pro hac vice*)
125 High Street, 19th Floor
Boston, MA 02110
Telephone: (617) 204-5186
Email: William.Taylor @troutman.com

Attorneys for Defendant
Kumar Shiralagi

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN MILLER,<br><br>               Plaintiff,<br><br>vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>               Defendants. | Case No. 23-CV-0533-VC<br><br>**DECLARATION OF KUMAR SHIRALAGI IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR: (1) LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE, OR, IN THE ALTERNATIVE, FOR (2) FAILURE TO STATE A CLAIM, LACK OF SUBJECT MATTER JURISDICTION, AND LACK OF STANDING**<br><br>[Filed concurrently with Notice of Motion and Motion]<br><br>**Date:**    July 27, 2023<br>**Time:**   10:00 a.m.<br>**Ctrm:**   4<br>**Floor:**   17th |

# DECLARATION OF KUMAR SHIRALAGI

I, Kumar Shiralagi, declare as follows:

1. I offer this Declaration in support of my Motion to Dismiss Plaintiff Allan Miller's ("**Plaintiff**") First Amended Complaint for: (1) Lack of Personal Jurisdiction and Improper Venue, or, in the Alternative, for (2) Failure to State a Claim, Lack of Subject Matter Jurisdiction, and Lack of Standing.

2. If called and sworn as a witness, I could and would competently testify to the matters stated in this Declaration.

3. I am not a shareholder in HFN, Inc. ("**HFN**") and never have been.

4. I served as a director of HFN from June 2012 to June 2022. I resigned in June 2022 because I decided to retire. The last Board meeting that I attended was January or February 2022.

5. During the entire time that I was a director of HFN, I lived in India.

6. I have never lived or worked in California.

7. Between June 2012 and June 2022, I visited California on several occasions, I think about 5-6 times. The visits were brief (normally about three or four days); the longest was about one week when my wife and I visited our daughter in 2022.

8. Several of my trips to California were for personal reasons, such as vacation or to visit family and friends. For example, my wife and I visited California in 2021 to meet our prospective son-in-law, and then again in late July 2022 to visit our daughter and son-in-law.

9. While I was in California, I did not participate in any HFN Board meetings, make decisions on HFN's behalf, or perform my duties as a HFN director.

10. I recall an occasion when I traveled to California in 2016. During that trip, I met with a prospective HFN customer. I briefly participated in the prospective-customer meeting, and HFN did not make any business decisions during that meeting but was only talking about product capabilities. The meeting did not have anything to do with Plaintiff, any shareholder, or any of the allegations set forth in Plaintiff's First Amended Complaint, which I have reviewed.

11. As noted already, I also was in California in late July 2022 with my wife to visit our daughter and son-in-law. At that time, I had already resigned as a director from HFN and had no role in HFN. I met HFN's CEO, Sridhar Santhanam, and an individual named Rahul Singh, for coffee as a courtesy in light of my past history with HFN. During that coffee meeting which lasted about an hour, I did not take any actions on behalf of HFN (nor could I have since I had already resigned from the company), and I am not aware of Messrs. Santhanam or Singh taking any actions on behalf of HFN while we briefly met.

12. After retiring, I decided to live in Texas for part of the year. Beginning in August 2022, I began residing in Austin, Texas for part of the year. For majority of the year, I still live in India (since I have an elderly mother to take care of).

13. I have never owned, leased, subleased, or occupied any real property in California, or maintained any office, post office box, mailing address, telephone listing, or other physical address in California.

14. While I was a director, all HFN Board meetings were held in India at its offices in Bangalore. The only exception is that during COVID, a few meetings were held over Zoom.

15. I never participated in any Board meetings in California (because HFN never held any there) or performed my duties as a director while in California.

16. I communicated with Plaintiff over email in July 2022 to inform him that I was no longer a member of the HFN Board when he copied me on an email he sent to various people at HFN. I don't recall having ever met Plaintiff in person.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2023 at Austin, Texas.

_____
Kumar Shiralagi

DECLARATION OF KUMAR SHIRALAGI
CASE NO. 23-CV-0533-VC

158216817v6