**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Matthew H. Ladner (SBN 284594)
350 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: (213) 928-9816
E-mail: Matthew.Ladner@troutman.com

William M. Taylor (*pro hac vice*)
125 High St., 19th Floor
Boston, MA 02110
Telephone: (617) 204-5186
Email: William.Taylor@troutman.com

Attorneys for Defendant
KUMAR SHIRALAGI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN MILLER,<br><br>                Plaintiff,<br><br>vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>                Defendants. | Case No. 23-CV-0533-VC<br><br>**DEFENDANT KUMAR SHIRALAGI'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: June 21, 2023  TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Matthew H. Ladner
Matthew H. Ladner
Attorneys for Defendant KUMAR SHIRALAGI

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the forgoing **DEFENDANT KUMAR SHIRALAGI'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS,** with the Clerk of the Court for the United States District Court, Central District of California, by using the Court's CM/ECF system on June 21, 2023.

I certify that all participants in the case re registered CM/ECF users and that the service will be accomplished by the Court's CM/ECF system.

I declare under penalty of perjury of the laws of the Unites States of America that I am employed by a member of the Bar of this Court at whose direction the service is made and that the foregoing is true and correct.

Executed on June 21, 2023, at Irvine, California.

                                                                                    _____
                                                                                                Janine Philips