# EXHIBIT 1

May 15, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 772066620099

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Mailroom |
| **Signed for by:** | C.CO STAMP | **Delivery Location:** | MINSTRY OF LAW   JUSTICE 4TH F |
| **Service type:** | FedEx International Economy | | |
| **Special Handling:** | Deliver Weekday | | NEW DELHI, DL, 110001 |
| | | **Delivery date:** | May 15, 2023 10:38 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 772066620099 | **Ship Date:** | May 8, 2023 |
| | | **Weight:** | 37.4 LB/16.98 KG |

**Recipient:**
CENTRAL AUTHORITY, THE MINISTRY OF LAW AND JUSTICE
DEPARTMENT OF LEGAL AFFAIRS
RM 439-A, 4F A-WING, SHASTRI BHAVA
NEW DELHI, DL, IN, 110001

**Shipper:**
MARK B BUSBY, CLERK OF COURT, US DISTRICT COURT N DIST
CALIFORNI
450 GOLDEN GATE AVENUE
16TH FLOOR
SAN FRANCISCO, CA, US, 94102

**Reference**             Hague Service



Thank you for choosing FedEx

# EXHIBIT 2

**Subject:** Phone call

**Date:**   Thursday, June 8, 2023 at 2:52:00 PM Taipei Standard Time

**From:**   Allan Miller

**To:**   arjun@kalaari.com

Hello Mr. Sharma,

Please call me at your convenience. +1-650-468-7387

I'm currently in Taiwan, so our time zones are reasonably close.

If I am not immediately available, please leave a message with a good number and time to reach you.

Thank you.

Allan Miller

# EXHIBIT 3

**Subject:** Re: Communications with the defendants in the HFN litigation

**Date:** Friday, June 9, 2023 at 8:52:29 AM Taipei Standard Time

**From:** Allan Miller

**To:** Taylor, William M.

**CC:** Ladner, Matthew

Hi Mr. Taylor, Mr. Ladner:

Of course - my mistake. I was under the impression that Mr. Sharma was directly representing Kalaari as their in-house counsel.

Just to be clear, are you representing all defendants at this time?

Thank you.

Allan Miller

On 6/9/23, 3:34 AM, "Taylor, William M." <William.Taylor@troutman.com> wrote:

Dear Mr. Miller:

We understand that you have been calling and emailing the defendants in the HFN litigation and their representatives.  We represent those defendants.  Please do not call or email them.  Please call me if you have a message that you would like me to convey.

Regards,
Will

## William M. Taylor
**Partner**
Direct: 617.204.5186
william.taylor@troutman.com
_____
**troutman pepper**
High Street Tower
125 High Street
19th Floor
Boston, MA 02110
troutman.com

Troutman Pepper is a 2021 Mansfield Certified Plus Firm

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.

# EXHIBIT 4

**Subject:** Re: Communications with the defendants in the HFN litigation
**Date:** Thursday, June 15, 2023 at 11:19:36 PM Taipei Standard Time
**From:** Allan Miller
**To:** Taylor, William M.
**CC:** Ladner, Matthew

Hi Mr. Taylor:

Can you confirm that this is your understanding of our call as well? If I don't hear back from you by COB on Friday 6/16/23 I will take that as your agreement.

Thank you.

Allan Miller

> On 6/14/23, 10:15 PM, "Allan Miller" <allan.miller@alumni.stanford.edu> wrote:
>
> Hi Mr. Taylor:
>
> It was good to talk this morning. Just to summarize our call, you and Mr. Ladner are currently representing all the defendants in the case, including HFN Inc., Kalaari Capital Advisors Private Limited, Kumar Shiralagi, Pavan Vaish, Sridhar Santhanam, and Vani Kola. At this time, Kalaari, Vaish, Santhanam, and Kola are not willing to waive service. You also indicated that you are not authorized to accept service for those defendants.
>
> Thank you.
>
> Allan Miller

> > On 6/13/23, 9:25 AM, "Taylor, William M." <William.Taylor@troutman.com> wrote:
> >
> > Yes, that works.
> >
> > **William M. Taylor**
> > **Partner**
> > **troutman pepper**
> > Direct: 617.204.5186
> > william.taylor@troutman.com

**From:** Allan Miller <allan.miller@alumni.stanford.edu>
**Sent:** Monday, June 12, 2023 7:16 PM
**To:** Taylor, William M. <William.Taylor@troutman.com>
**Cc:** Ladner, Matthew <Matthew.Ladner@troutman.com>
**Subject:** Re: Communications with the defendants in the HFN litigation

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you this sender (look at the actual email address) and confirm the content is safe.

Can you talk sometime before 10:30 AM Wednesday your time?

Allan

On 6/12/23, 10:47 PM, "Taylor, William M." <William.Taylor@troutman.com> wrote:

I cannot do tomorrow (Tuesday) but can speak on Wednesday or Thursday. Let me know some times that work; I am on the East Coast of the U.S.

**William M. Taylor**
**Partner**
**troutman pepper**
Direct: 617.204.5186
william.taylor@troutman.com

**From:** Allan Miller <allan.miller@alumni.stanford.edu>
**Sent:** Monday, June 12, 2023 10:45 AM
**To:** Taylor, William M. <William.Taylor@troutman.com>
**Cc:** Ladner, Matthew <Matthew.Ladner@troutman.com>
**Subject:** Re: Communications with the defendants in the HFN litigation

CAUTION: This message came from outside the firm. DO NOT click links or open attachments un this sender (look at the actual email address) and confirm the content is safe.

Hi, I would like to discuss the other defendants. Should I talk with one or both of you? Would you have some time to talk tomorrow (Tuesday)?

Thank you.

Allan Miller

On 6/9/23, 8:52 AM, "Allan Miller" <allan.miller@alumni.stanford.edu> wrote:

Hi Mr. Taylor, Mr. Ladner:

Of course - my mistake. I was under the impression that Mr. Sharma was directly representing Kalaari as their in-house counsel.

Just to be clear, are you representing all defendants at this time?

Thank you.

Allan Miller

On 6/9/23, 3:34 AM, "Taylor, William M." <William.Taylor@troutman.com> wrote:

Dear Mr. Miller:

We understand that you have been calling and emailing the defendants in the HFN litigation and their representatives. We represent those defendants.  Please do not call or email them.  Please call me if you have a message that you would like me to convey.

Regards,
Will

**William M. Taylor**
**Partner**
Direct: 617.204.5186
william.taylor@troutman.com
_____

**troutman pepper**
High Street Tower
125 High Street
19th Floor
Boston, MA 02110
troutman.com

Troutman Pepper is a 2021 Mansfield Certified Plus Firm

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.