| FORM- A /REQUEST | | R. No. 513913 |
|---|---|---|
| | | F. No. 12(443)/2023– Judl. |



**GOVERNMENT OF INDIA**

**MINISTRY OF LAW & JUSTICE**

**DEPARTMENT OF LEGAL AFFAIRS**

**(Judicial Section)**

**\*\*\*\*\*\*\*\*\*\***

☎: 011-23384945

✉: judicial-dla@gov.in

To,
The District Judge, District & Sessions Court
GURGAON, HARYANA, India

Room No. 439- A,
Shastri Bhawan, New Delhi
31 May, 2023

Sub.: **Request for legal assistance in Service of summon/notice/documents in Civil and Commercial Matters**

This Department has received a request from **USA** with foreign countries on the service abroad of judicial and extrajudicial documents in civil or commercial matters on the following party(s) residing at the following address:-

**PAVAN VAISH, M-1617B, The Magnolias, DLF Golf Links, DLF Phase 5, Gurgaon, Haryana 122002, India**

Two sets of Request and documents for each of the three cases (2019-F-1459, 2019-F-1460 and 2019-F-1461) are enclosed herewith. The Court addressed above is requested to serve one set of the Request and the documents for each of the three cases on the aforesaid party(s) and to send a report on the proof of service (alongwith the second set of each of the three cases) to this Section (address: Judicial Section, Department of Legal Affairs, Ministry of Law & Justice, Room No. 439-'A', 4th Floor, 'A'-Wing, Shastri Bhawan, New Delhi- 110001) at the earliest so that the same could be transmitted to the foreign authority concerned. The Service report in this regard may either be produced on a separate paper or be appended on the second set of documents and the same may please be returned to this Section. **SINCE THE MATTER REQUIRES CORRESPONDENCE WITH FOREIGN AUTHORITIES, IT IS EARNESTLY REQUESTED THAT THE REPORT O N THE PROOF OF SERVICE BE IN ENGLISH. FURTHER, IN CASE THE BAILIFF/PROCESS SERVER'S REPORT IS IN THE REGIONAL LANGUAGE, IT IS REQUESTED THAT AN ENGLISH TRANSLATION OF THE REPORT BE ATTACHED THERETO.**

3. Also, since the matter might require time bound disposal, it is requested that in case the address of the respondent(s) does not come within your jurisdiction, the documents need not be returned to this Department but may please be routed to the Court concerned under intimation to this Department. **IN CASE THE NOTICE/SUMMONS COULD NOT BE SERVED ON THE RESPONDENT(S), THE ENTIRE SET OF ATTACHED DOCUMENTS MAY PLEASE BE RETURNED TO THIS SECTION ALONG WITH AN EXPLANATORY REPORT.**

Enclosed: As above

DLA (Judl.)  31/05/2023

SO (judl.)
31/05/23

Copy for information (without any documents) to:
Mark B. Busby, Court Official
US District Court for the Norther District of California, 450 Golden Gate Avenue
San Francisco, California 94102, USA

SPEED POST

R.No. 5739/12
F.No. 12(443)/23......Judl.

भारत सरकार सेवार्थ
ON INDIA GOVERNMENT SERVICE

ED456414976IN
RECEIVED
JUL 03 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RIGHT TO INFORMATION

Sender:
Ministry of Law & Justice
Department of Legal Affairs
Receipt and Issue Section
Shastri Bhawan, New Delhi-110 001

