**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Matthew H. Ladner (SBN 284594)
350 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: (213) 928-9816
E-mail: Matthew.Ladner@troutman.com

Attorneys for Defendants HFN, INC. and KUMAR SHIRALAGI, and for Specially Appearing Defendants KALAARI CAPITAL ADVISORS PRIVATE LIMITED, SRIDHAR SANTHANAM, PAVAN VAISH, and VANI KOLA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN MILLER,<br><br>               Plaintiff,<br>vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>               Defendants. | Case No. 23-CV-0533-VC<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO ALLOW DEFENSE COUNSEL TO APPEAR REMOTELY AT JULY 27, 2023 HEARINGS**<br><br>[Filed concurrently with Stipulation and [Proposed] Order] |

## ADMINISTRATIVE MOTION

This unopposed Administrative Motion respectfully asks the Court to allow counsel for Defendants HFN, Inc. ("**HFN**") and Kumar Shiralagi ("**Shiralagi**") and Specially Appearing Defendants Kalaari Capital Advisors Private Limited, Sridhar Santhanam, Pavan Vaish, and Vani Kola ("**Defense Counsel**") to appear remotely at the upcoming July 27, 2023 hearings in this action, to the extent the hearings remain on calendar. This Administrative Motion is submitted pursuant to Northern District of California Civil Local Rule 7-11, as well as the "Information on Judge Chhabria's Civil Calendars" located on the Court's website.

The following matters are currently scheduled to be heard in this Court on July 27, 2023: (1) HFN's Motion to Dismiss the First Amended Complaint ("**FAC**") of Plaintiff Allan Miller ("**Plaintiff**"); (2) Shiralagi's Motion to Dismiss the FAC; and (3) Plaintiff's Motion for Order Allowing Alternative Service of Summons and Amended Complaint (collectively, the "**July 27 Motions**") (Dkt. Nos. 33, 34, 36).

Defense Counsel are located outside of the Northern District of California – specifically, Matthew H. Ladner, Esq. is located in Los Angeles, California and William M. Taylor is located in Boston, Massachusetts.

On July 10, 2023, Mr. Ladner advised Plaintiff of Defense Counsel's intention to seek permission from the Court to appear remotely via Zoom at the upcoming hearings on the July 27 Motions, and asked Plaintiff whether he opposes this request. Plaintiff does not oppose Defense Counsel's request to appear remotely via Zoom at the hearings on the July 27 Motions, and the parties have executed a Stipulation allowing Defense Counsel to appear and participate remotely. The parties' Stipulation is filed concurrently with this Administrative Motion.

Defense Counsel believe that appearing remotely will not interfere with the proceedings, particularly where the issues before the Court on the July 27 Motions are predominantly legal in nature, and the Court has familiarity with the allegations and issues in this action by virtue of its ruling on HFN's Motion to Dismiss the original Complaint (which was granted without a hearing). (Dkt. No. 29).

For these reasons, and consistent with the parties' Stipulation, Defense Counsel respectfully ask for permission to appear remotely via Zoom at the hearings on the July 27 Motions, to the extent they remain on calendar.

Dated: July 11, 2023					**TROUTMAN PEPPER HAMILTON SANDERS LLP**

						By:	/s/ Matthew H. Ladner
							Matthew H. Ladner
							Attorneys for Defendants HFN, INC. and KUMAR SHIRALAGI, and for Specially Appearing Defendants KALAARI CAPITAL ADVISORS PRIVATE LIMITED, SRIDHAR SANTHANAM, PAVAN VAISH, and VANI KOLA

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing **UNOPPOSED ADMINISTRATIVE MOTION TO ALLOW DEFENSE COUNSEL TO APPEAR REMOTELY AT JULY 27, 2023 HEARINGS** with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on July 11, 2023.

      I certify that all participants in the case are registered CM/ECF users and that the service will be accomplished by the Courts CM/ECF system.

      I declare under penalty of perjury of the laws of the United States of America that I am employed by a member of the Bar of this Court at whose direction the service is made and that the foregoing is true and correct.

      Executed on July 11, 2023, at Irvine, California.

                                                                _/s/ Jennifer S. Allen_
                                                                Jennifer S. Allen