**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Matthew H. Ladner (SBN 284594)
350 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: (213) 928-9816
E-mail: Matthew.Ladner@troutman.com

Attorneys for Defendants HFN, INC. and KUMAR SHIRALAGI, and for Specially Appearing Defendants KALAARI CAPITAL ADVISORS PRIVATE LIMITED, SRIDHAR SANTHANAM, PAVAN VAISH, and VANI KOLA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN MILLER,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>　　　　　　　　　Defendants. | Case No. 23-CV-0533-VC<br><br>**JOINT STIPULATION REGARDING DEFENSE COUNSEL'S REMOTE APPEARANCE AT JULY 27, 2023 HEARINGS**<br><br>[Filed concurrently with Administrative Motion] |

## STIPULATION

The Parties to this action submit the following Joint Stipulation pursuant to Northern District of California Civil Local Rules 7-11 and 7-12:

**WHEREAS**, the following matters are currently scheduled to be heard in this Court on July 27, 2023: (1) Defendant HFN, Inc.'s ("**HFN**") Motion to Dismiss the First Amended Complaint ("**FAC**") of Plaintiff Allan Miller ("**Plaintiff**"); (2) Defendant Kumar Shiralagi's ("**Shiralagi**") Motion to Dismiss the FAC; and (3) Plaintiff's Motion for Order Allowing Alternative Service of Summons and Amended Complaint (collectively, the "**July 27 Motions**") (Dkt. Nos. 33, 34, 36);

**WHEREAS**, counsel for HFN, Shiralagi, and Specially Appearing Defendants Kalaari Capital Advisors Private Limited, Sridhar Santhanam, Pavan Vaish, and Vani Kola ("**Defense Counsel**") are located outside of the Northern District of California – specifically, Matthew H. Ladner, Esq. is located in Los Angeles, California, and William M. Taylor, Esq. is located in Boston, Massachusetts;

**WHEREAS**, on July 10, 2023, Mr. Ladner advised Plaintiff of Defense Counsel's intention to file an Administrative Motion asking for permission to appear remotely via Zoom at the upcoming hearings on the July 27 Motions, and asked Plaintiff whether he opposes this request;

**WHEREAS**, Plaintiff does not oppose Defense Counsel's request to appear remotely via Zoom at the hearings on the July 27 Motions;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT**:

1. In the event the Court keeps the hearings on the July 27 Motions on calendar, Defense Counsel is permitted to attend and participate in the hearings remotely via Zoom.

**IT IS SO STIPULATED.**

Dated: July 11, 2023                                                    **ALLAN MILLER**

By:   /s/ Allan Miller
            Allan Miller
            Plaintiff (Pro se)

Dated: July 11, 2023

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:   /s/ Matthew H. Ladner
     Matthew H. Ladner
     Attorneys for Defendants HFN, INC. and KUMAR SHIRALAGI, and for Specially Appearing Defendants KALAARI CAPITAL ADVISORS PRIVATE LIMITED, SRIDHAR SANTHANAM, PAVAN VAISH, and VANI KOLA

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:                              By: _____
                                              The Honorable Vince Chhabria
                                              United States District Judge

## ATTESTATION

I hereby attest that all other signatories listed herein, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:   /s/ Matthew H. Ladner
     Matthew H. Ladner

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing **JOINT STIPULATION REGARDING DEFENSE COUNSEL'S REMOTE APPEARANCE AT JULY 27, 2023 HEARINGS** with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on July 11, 2023.

    I certify that all participants in the case are registered CM/ECF users and that the service will be accomplished by the Courts CM/ECF system.

    I declare under penalty of perjury of the laws of the United States of America that I am employed by a member of the Bar of this Court at whose direction the service is made and that the foregoing is true and correct.

    Executed on July 11, 2023, at Irvine, California.

                                                              _____
                                                                     Jennifer S. Allen