UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLAN MILLER<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC., KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company, SRIDHAR SANTHANAM, KUMAR SHIRALAGI, PAVAN VAISH, and VANI KOLA<br><br>　　　　Defendants. | Case Number: 23-CV-0533-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ALLAN MILLER'S MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY ON DEFENDANTS HFN, INC. AND KUMAR SHIRALAGI**<br><br>Date:　September 14, 2023<br>Time:　10 AM<br>Judge:　Hon. Vince Chhabria<br>Crtrm:　4<br>Floor:　17 |

The Court determines that a ruling on Defendants HFN, Inc. and Kumar Shiralagi's motions to dismiss Plaintiff Allan Miller's first amended complaint should be deferred pending limited jurisdictional discovery requested by the Plaintiff. The Plaintiff has met his burden to come forth with "some evidence" tending to establish personal jurisdiction over the Defendants, and is therefore entitled to jurisdictional discovery prior to a ruling on the Defendants' motions. Accordingly, the Plaintiff shall serve limited, jurisdictional discovery on the Defendants as soon as practicable, and responses to such discovery will be due within _____ days of service. This limited discovery is granted without prejudice to the Plaintiff's further discovery requests and depositions.

**IT IS SO ORDERED.**

Date: _____     _____

Honorable Vince Chhabria

United States District Judge