**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Matthew H. Ladner (SBN 284594)
350 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: (213) 928-9816
E-mail: Matthew.Ladner@troutman.com

Attorneys for Defendants HFN, INC. and KUMAR SHIRALAGI, and for Specially Appearing Defendants KALAARI CAPITAL ADVISORS PRIVATE LIMITED, SRIDHAR SANTHANAM, PAVAN VAISH, and VANI KOLA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN MILLER,<br><br>                Plaintiff,<br>vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>                Defendants. | Case No. 23-CV-0533-VC<br><br>**JOINT ADMINISTRATIVE MOTION REGARDING CONTINUING AUGUST 3, 2023 HEARINGS TO SEPTEMBER 14, 2023**<br><br>[Filed concurrently with Stipulation and [Proposed] Order |

## ADMINISTRATIVE MOTION

This Joint Administrative Motion – which is based on the concurrently filed Stipulation of the parties to this action – respectfully asks the Court to: (1) continue the hearings currently scheduled in this matter from August 3, 2023 to September 14, 2023; and (2) permit counsel for Defendants HFN, Inc. ("**HFN**") and Kumar Shiralagi ("**Shiralagi**") and Specially Appearing Defendants Kalaari Capital Advisors Private Limited, Sridhar Santhanam, Pavan Vaish, and Vani Kola ("**Defense Counsel**") to appear remotely at such hearings, to the extent the hearings remain on calendar.

This Administrative Motion and the concurrently filed Stipulation are being submitted pursuant to Northern District of California Civil Local Rules 6-2, 6-3, 7-11, and 7-12, as well as the "Information on Judge Chhabria's Civil Calendars" located on the Court's website.

The following matters were previously scheduled to be heard in this Court on July 27, 2023: (1) HFN's Motion to Dismiss the First Amended Complaint ("**FAC**") of Plaintiff Allan Miller ("**Plaintiff**"); (2) Shiralagi's Motion to Dismiss the FAC; and (3) Plaintiff's Motion for Order Allowing Alternative Service of Summons and Amended Complaint (collectively, the "**Dismissal and Alternative Service Motions**") (Dkt. Nos. 33, 34, 36).

On July 18, 2023, the Court re-set the hearings on the Dismissal and Alternative Service Motions to August 3, 2023 (Dkt. No. 50).

Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery on HFN and Shiralagi (the "**Discovery Motion**") is currently scheduled to be heard in this Court on September 14, 2023 (Dkt. No. 48).

The parties agree it would be more efficient for the Dismissal and Alternative Service Motions and the Discovery Motion to be heard on the same date, and that good cause therefore exists for continuing the hearings on the Dismissal and Alternative Service Motions to September 14, 2023 (which is the date of the hearing on the Discovery Motion).

In addition, the Parties previously stipulated and agreed that because Defense Counsel for HFN, Shiralagi, and Specially Appearing Defendants Kalaari Capital Advisors Private Limited,

Sridhar Santhanam, Pavan Vaish, and Vani Kola are located outside of the Northern District of California, Defense Counsel may, subject to the Court's approval, appear for and participate in the hearings on the Dismissal and Alternative Service Motions remotely via Zoom (Dkt. Nos. 46 and 46-1). The parties reconfirm their agreement that Plaintiff does not oppose Defense Counsel's request to appear remotely via Zoom at the hearings on the Dismissal and Alternative Service Motions, or at the hearing on the Discovery Motion.

For these reasons, and consistent with their Stipulation, the parties respectfully ask that the Court grant this Motion and enter an Order approving the parties' Stipulation which provides that:

1. The hearings currently scheduled in this action for August 3, 2023 shall be continued and re-set for hearing on September 14, 2023, or to the first available date thereafter on the Court's calendar when the Dismissal and Alternative Service Motions and Discovery Motion can be heard at the same time; and

2. In the event the Court keeps the hearings on the Dismissal and Alternative Service Motions and Discovery Motion on calendar, Defense Counsel is permitted to attend and participate in any such hearings via Zoom.

Dated: July 21, 2023

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: /s/ Matthew H. Ladner
Matthew H. Ladner
Attorneys for Defendants HFN, INC. and KUMAR SHIRALAGI, and for Specially Appearing Defendants KALAARI CAPITAL ADVISORS PRIVATE LIMITED, SRIDHAR SANTHANAM, PAVAN VAISH, and VANI KOLA

Dated: July 21, 2023

**ALLAN MILLER**

By: /s/ Allan Miller
Allan Miller
Plaintiff (Pro se)