**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Matthew H. Ladner (SBN 284594)
350 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: (213) 928-9816
E-mail: Matthew.Ladner@troutman.com

Attorneys for Defendants HFN, INC. and KUMAR SHIRALAGI, and for Specially Appearing Defendants KALAARI CAPITAL ADVISORS PRIVATE LIMITED, SRIDHAR SANTHANAM, PAVAN VAISH, and VANI KOLA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN MILLER,<br><br>　　　　　　　　　Plaintiff,<br>　　vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.; KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company; SRIDHAR SANTHANAM; KUMAR SHIRALAGI; PAVAN VAISH; and VANI KOLA,<br><br>　　　　　　　　　Defendants. | Case No. 23-CV-0533-VC<br><br>**JOINT STIPULATION REGARDING CONTINUING AUGUST 3, 2023 HEARINGS TO SEPTEMBER 14, 2023**<br><br>[Filed concurrently with Administrative Motion] |

**STIPULATION**

The Parties to this action submit the following Joint Stipulation pursuant to Northern District of California Civil Local Rules 6-2, 6-3, 7-11, and 7-12:

**WHEREAS**, the following matters were previously scheduled to be heard in this Court on July 27, 2023: (1) Defendant HFN, Inc.'s ("**HFN**") Motion to Dismiss the First Amended Complaint ("**FAC**") of Plaintiff Allan Miller ("**Plaintiff**"); (2) Defendant Kumar Shiralagi's ("**Shiralagi**") Motion to Dismiss the FAC; and (3) Plaintiff's Motion for Order Allowing Alternative Service of Summons and Amended Complaint (collectively, the "**Dismissal and Alternative Service Motions**") (Dkt. Nos. 33, 34, 36);

**WHEREAS**, on July 18, 2023, the Court re-set the hearings on the Dismissal and Alternative Service Motions to August 3, 2023 (Dkt. No. 50);

**WHEREAS**, Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery on HFN and Shiralagi (the "**Discovery Motion**") is currently scheduled to be heard in this Court on September 14, 2023 (Dkt. No. 48);

**WHEREAS**, the Parties agree it would be more efficient for the Dismissal and Alternative Service Motions and the Discovery Motion to be heard on the same date, and that good cause therefore exists for continuing the hearings on the Dismissal and Alternative Service Motions to September 14, 2023 (which is the date of the hearing on the Discovery Motion);

**WHEREAS**, the Parties previously stipulated and agreed that because counsel for HFN, Shiralagi, and Specially Appearing Defendants Kalaari Capital Advisors Private Limited, Sridhar Santhanam, Pavan Vaish, and Vani Kola ("**Defense Counsel**") are located outside of the Northern District of California, Defense Counsel may, subject to the Court's approval, appear for and participate in the hearings on the Dismissal and Alternative Service Motions remotely via Zoom (Dkt. Nos. 46 and 46-1);

**WHEREAS**, the Parties reconfirm their agreement that Plaintiff does not oppose Defense Counsel's request to appear remotely via Zoom at the hearings on the Dismissal and Alternative Service Motions, or at the hearing on the Discovery Motion;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT**:

1. The hearings currently scheduled in this action for August 3, 2023 shall be continued and re-set for hearing on September 14, 2023, or to the first available date thereafter on the Court's calendar when the Dismissal and Alternative Service Motions and Discovery Motion can be heard at the same time; and

2. In the event the Court keeps the hearings on the Dismissal and Alternative Service Motions and Discovery Motion on calendar, Defense Counsel is permitted to attend and participate in any such hearings via Zoom.

**IT IS SO STIPULATED.**

Dated: July 21, 2023　　　　　　　　　**ALLAN MILLER**

　　　　　　　　　　　　　　　　　　By: /s/ Allan Miller
　　　　　　　　　　　　　　　　　　　　Allan Miller
　　　　　　　　　　　　　　　　　　　　Plaintiff (Pro se)

Dated: July 21, 2023　　　　　　　　　**TROUTMAN PEPPER HAMILTON SANDERS LLP**

　　　　　　　　　　　　　　　　　　By: /s/ Matthew H. Ladner
　　　　　　　　　　　　　　　　　　　　Matthew H. Ladner
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants HFN, INC. and
　　　　　　　　　　　　　　　　　　　　KUMAR SHIRALAGI, and for Specially
　　　　　　　　　　　　　　　　　　　　Appearing Defendants KALAARI
　　　　　　　　　　　　　　　　　　　　CAPITAL ADVISORS PRIVATE
　　　　　　　　　　　　　　　　　　　　LIMITED, SRIDHAR SANTHANAM,
　　　　　　　　　　　　　　　　　　　　PAVAN VAISH, and VANI KOLA

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　The Honorable Vince Chhabria
　　　　　　　　　　　　　　　　　　　　United States District Judge

## ATTESTATION

I hereby attest that all other signatories listed herein, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:    /s/ Matthew H. Ladner
        Matthew H. Ladner