# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLAN MILLER<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HFN, INC., a Delaware Corporation, d/b/a as NANOHEAL BY HFN INC.,<br>KALAARI CAPITAL ADVISORS PRIVATE LIMITED, an Indian Company,<br>SRIDHAR SANTHANAM,<br>KUMAR SHIRALAGI, PAVAN VAISH, and VANI KOLA<br><br>　　　　Defendants. | Case Number: 23-CV-0533-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO TRANSFER VENUE**<br><br>Date:　October 5, 2023<br>Time:　10 AM<br>Judge: Hon. Vince Chhabria<br>Crtrm: 4<br>Floor:　17 |

The Court determines that jurisdiction is not appropriate in the Northern District of California. Accordingly,

1. Plaintiff's motion to transfer venue is granted and this matter is to be transferred to the Western District of Texas;
2. [Alternatively,] Plaintiff's motion to transfer venue is granted and this matter is to be transferred to the District of Delaware.

**IT IS SO ORDERED.**

Date: _____   _____

Honorable Vince Chhabria

United States District Judge