FORM – B / SERVICE REPORT



Receipt No. 530013/513913
F. No. 12(443)/2023-Judl.

**GOVERNMENT OF INDIA
MINISTRY OF LAW & JUSTICE
DEPARTMENT OF LEGAL AFFAIRS
[Judicial Section]
\*\*\*\*\*\*\*\*\*\*\***

FILED
AUG 1 8 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Room No. 439- A, 4th Floor,
A- Wing, Shastri Bhawan,
New Delhi - 110001

Dated    July, 2023
e-mail id : judicial-dla@gov.in

Sub.: **Service of summon/notice/documents on the respondent**

> PAVAN VAISH, M-1617B, The Magnolias, DLF Golf Links, DLF Phase 5, Gurgaon, Haryana 122002, India

The report from the concerned court has been received in the matter which states that the summon / notice / documents

| | |
|---|---|
| ☐ | ~~have been served appropriately~~ |
| ☑ | **have not been served (Bailiff report enclosed)** |

2.   Accordingly the duly filled Certificate as specified in the Mandatory Form of the Hague Convention of 15th November, 1965 in Civil and Commercial matters is enclosed along with all the documents for information of the under mentioned foreign authority.

**DLA(Judl.)**

**Under Secretary**

To,

> US District Court for the Norther District of California, 450 Golden Gate Avenue
> San Francisco, California 94102, USA