No. 7850 /J-2

From

District and Sessions Judge,
Gurugram (Haryana)

To

The Section Officer (Judicial Section),
Department of Legal Affairs,
Ministry of Law & Justice, Room No. 439-A,
4th Floor, A-Wing, Shastri Bhawan,
New Delhi - 110001

Dated, Gurugram, the 19.07.2023

Subject:     Service of Notice to Sh. Pavan Vaish, M-1617-B, The Magnolias,
DLF Golf Links, DLF Phase-5, Gurugram-122002 (Haryana),
India- **Service request from San Francisco, California, USA**

With reference to your office letter F.No.12(443)/2023-Judl.,
R.No. 513913 dated 31.05.2023, on the subject noted above and as intimated
by Ld. Civil Judge (Senior Division), Gurugram vide letter No. 5000 dated
17.07.2023, it is evident from the report of the Process Server concerned that
summons upon Sh. Pavan Vaish, M-1617-B, The Magnolias, DLF Golf Links,
DLF Phase-5, Gurugram-122002 (Haryana), India - were **unserved**. The
requisite report received alongwith the letter under reference is enclosed
herewith.

विधि एवं न्याय मंत्रालय
प्राप्ति तथा प्रेषक अनुभाग

24 JUL 2023

अनु. डा. सं. 530013

(Dr. Virender Parshad)
Additional District & Sessions Judge (I),
Gurugram 17.07.2023
(Exercising the delegated Powers
of the District and Sessions Judge,
Gurugram)

Endst.No_____ / J-2     Dated_____

Copy forwarded to the Civil Judge (Senior Division), Gurugram,
for information.

(Dr. Virender Parshad)
Additional District & Sessions Judge (I),
Gurugram 17.07.2023
(Exercising the delegated Powers
of the District and Sessions Judge,
Gurugram)

No.  5000          Dated  17/7/23



From,

     Civil Judge (Sr. Divn.),

     Gurugram.

To,

     The Hon'ble. District & Sessions Judge,

     Gurugram.

Subject :  Service of Summon in B. Busby Court Offical  US District Court For the Northern District of California 450 Golden Gate Avenue San Francisco ,California 94102 USA

R/Sir

     Kindly refer to yours honours office letter No. 7027 dated 28/06/2023 on the subject noted above.

     I have the honour to submit herewith the 1 set originiol notice in above noted case after report of the Process-Server is appended on the notice itself. This is for your kind information and necessary action please.

Thanking you.

                       Yours faithfully,

                       Civil Judge(Sr. Divn.),

                       Gurugram. 15/7/23



| FORM- A /REQUEST | | R. No. 513913 |
|---|---|---|

**GOVERNMENT OF INDIA**
**MINISTRY OF LAW & JUSTICE**
**DEPARTMENT OF LEGAL AFFAIRS**
**(Judicial Section)**
**\*\*\*\*\*\*\*\*\*\***

F. No. 12(443)/2023– Judl.

☎: 011-23384945
✉: judicial-dla@gov.in

To,
The District Judge, District & Sessions Court
GURGAON, HARYANA, India

Room No. 439- A,
Shastri Bhawan, New Delhi
31  May, 2023

**Sub.: Request for legal assistance in Service of summon/notice/documents in Civil and Commercial Matters**

This Department has received a request from USA with foreign countries on the service abroad of judicial and extrajudicial documents in civil or commercial matters on the following party(s) residing at the following address:-

PAVAN VAISH, M-1617B, The Magnolias, DLF Golf Links, DLF Phase 5, Gurgaon, Haryana 122002, India

2.      Two sets of Request and documents for each of the three cases (2019-F-1459, 2019-F-1460 and 2019-F-1461) are enclosed herewith. The Court addressed above is requested to serve one set of the Request and the documents for each of the three cases on the aforesaid party(s) and to send a report on the proof of service (alongwith the second  set of each of the three cases) to this Section (address: Judicial Section, Department of Legal Affairs, Ministry of Law & Justice, Room No. 439-'A', 4th Floor, 'A'-Wing, Shastri Bhawan, New Delhi- 110001) at the earliest so that the same could be transmitted to the foreign authority concerned. The Service report in this regard may either be produced on a separate paper or be appended on the second set of documents and the same may please be returned to this Section. **SINCE THE MATTER REQUIRES CORRESPONDENCE WITH FOREIGN AUTHORITIES, IT IS EARNESTLY REQUESTED THAT THE REPORT O N THE PROOF OF SERVICE BE IN ENGLISH. FURTHER, IN CASE THE BAILIFF/PROCESS SERVER'S REPORT IS IN THE REGIONAL LANGUAGE, IT IS REQUESTED THAT AN ENGLISH TRANSLATION OF THE REPORT BE ATTACHED THERETO.**

3.      Also, since the matter might require time bound disposal, it is requested that in case the address of the respondent(s) does not come within your jurisdiction, the documents need not be returned to this Department but may please be routed to the Court concerned under intimation to this Department. **IN CASE THE NOTICE/SUMMONS COULD NOT BE SERVED ON THE RESPONDENT(S), THE ENTIRE SET OF ATTACHED DOCUMENTS MAY PLEASE BE RETURNED TO THIS SECTION ALONG WITH AN EXPLANATORY REPORT.**

Enclosed: As above

DLA (Judl.)

SO (judl.)

(Surya Partap Singh)
District and Sessions Judge
Gurugram

Copy for information (without any documents) to:
Mark B. Busby, Court Official
US District Court for the Norther District of California, 450 Golden Gate Avenue
San Francisco, California 94102, USA

Tamil Nazir to Process

Civil Judge (Sr. Divn.)
GURUGRAM
30 – 0 6 2023