

Receipt No. 530013 /51393

F. No. _____ /22 Judl.

INDIA GOVERNMENT SERVICE

SPEED POST

INSPECTED BY AUG 18

To,

US District Court for the Northern District of California,
450 Golden Gate Avenue
~~San Francisco~~
San Francisco, California. 94102
U.S.A.

EMS SPEED POST
ED430526975IN

RECEIVED
AUG 18 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Sender :**
**Ministry of Law & Justice**
**Department of Legal Affairs**
**Receipt and Issue Section**
**Shastri Bhawan, New Delhi-110 001**

