| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 1 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ALLAN MILLER,

    Plaintiff-Appellant,

v.

HFN, INC., a Delaware Corporation doing business as Nanoheal By HFN Inc.; et al.,

    Defendants-Appellees.

No. 23-16130

D.C. No. 3:23-cv-00533-VC
Northern District of California,
San Francisco

ORDER

    The appellant's motion (Docket Entry No. 4) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

    A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA133